IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| 99 CENTS ONLY STORES, LLC | : | Case No. 24-10721 (JKS) |
| | : | |
| Post-Confirmation Debtor.[1] | : | |

## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

The following creditors hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013:

The County of Denton, Texas
City of Waco and/or Waco ISD

Said creditors request that such notice be given electronically to:

Julie Anne Parsons
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address:  700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address:  P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email:  jparsons@mvbalaw.com

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Dated: February 24, 2025

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Julie Anne Parsons*
Julie Anne Parsons