**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Ref. Docket No. 16** |

**SUPPLEMENT TO THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 24, 2024 TO JANUARY 31, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the official committee of unsecured creditors (the "Committee") hereby submits this supplement (the "Supplement") to its *Third and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period April 24, 2024 to January 31, 2025* [Docket No. 16] (the "Final Application").

**Supplement**

1.      Attached hereto as **Exhibit A** is the Firm's supplemental invoice reflecting additional fees for which PSZ&J seeks approval of that were not already included in the Final Application in the amount $32,326.50 and out-of-pocket expenses in the amount of $127.51. The fees incurred relate to preparing the Final Fee Application, and other matters that were inadvertently omitted from the Final Application.

---

[1]     The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

WHEREFORE, PSZJ respectfully requests that, for the period April 24, 2024 through January 31, 2025, a final allowance be made to PSZJ for compensation in the amount of $1,422,404.50, actual and necessary expenses in the amount of $15,905.78, and compensation in the estimated amount of $10,000.00 for the prosecution of the Final Application for a total allowance of $1,448,310.28 and that the Debtors be authorized and directed to pay to PSZJ the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: March 12, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Bradford J. Sandler (DE Bar No. 4142)
Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          rfeinstein@pszjlaw.com
          sgolden@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel for the Official Committee of*
*Unsecured Creditors*

4902-3601-1814.2 00168.00003