**EXHIBIT A**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

99 Cents Only Stores O.C.C.
-

February 28, 2025
Invoice    145332
Client     00168.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2025

| | |
|---|---:|
| FEES | $32,326.50 |
| EXPENSES | $127.51 |
| **TOTAL CURRENT CHARGES** | **$32,454.01** |
| **BALANCE FORWARD** | **$379,659.84** |
| **TOTAL BALANCE DUE** | **$412,113.85** |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 2 |
| 99 Cents Only Stores O.C.C. | | | | | Invoice 145332 |
| Client 00168.00002 | | | | | February 28, 2025 |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 0.10 | $189.50 |
| IAWN | Nasatir, Iain A.W. | Partner | 1,650.00 | 4.40 | $7,260.00 |
| PJL | Labov, Paul J. | Partner | 1,595.00 | 2.10 | $3,349.50 |
| SSC | Cho, Shirley S. | Partner | 1,525.00 | 3.10 | $4,727.50 |
| CRR | Robinson, Colin R. | Counsel | 1,325.00 | 5.30 | $7,022.50 |
| ECO | Corma, Edward A. | Associate | 875.00 | 0.80 | $700.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 575.00 | 0.30 | $172.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 650.00 | 13.70 | $8,905.00 |
| | | | | 29.80 | $32,326.50 |

Pachulski Stang Ziehl & Jones LLP                                                                                     Page:     3
99 Cents Only Stores O.C.C.                                                                                            Invoice 145332
Client 00168.00002                                                                                                     February 28, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| CO | Claims Administration and Objections | 3.40 | $4,712.00 |
| CP | PSZJ Compensation | 11.30 | $9,805.00 |
| CPO | Other Professional Compensation | 9.10 | $8,654.50 |
| HE | Hearings | 0.30 | $172.50 |
| IC | Insurance Coverage | 4.40 | $7,260.00 |
| PD | Plan and Disclosure Statement | 1.30 | $1,722.50 |
| | | 29.80 | $32,326.50 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
99 Cents Only Stores O.C.C.  Invoice 145332
Client 00168.00002  February 28, 2025

## Summary of Expenses

| Description | Amount |
|---|---:|
| Delivery/Courier Service | $87.50 |
| Lexis/Nexis- Legal Research | $40.01 |
| | $127.51 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
99 Cents Only Stores O.C.C.  Invoice 145332
Client 00168.00002  February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|

**Claims Administration and Objections**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/21/2025 | CRR | CO | Zoom conference with Debtors' counsel re open claims. | 0.50 | 1,325.00 | $662.50 |
| 01/30/2025 | ECO | CO | Conference call with Beth Levine/Genesis re discussion of claims reconciliation(0.4); review e-mails/prepare notes re same (0.4). | 0.80 | 875.00 | $700.00 |
| 01/31/2025 | PJL | CO | Review Personal Injury claims and prepare claims for cross-reference. | 1.40 | 1,595.00 | $2,233.00 |
| 01/31/2025 | PJL | CO | Conference with C. Holzapfel regarding personal injury claims. | 0.70 | 1,595.00 | $1,116.50 |
|  |  |  |  | **3.40** |  | **$4,712.00** |

**PSZJ Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/05/2025 | SSC | CP | Correspond with P. Jeffries re PSZJ final fee app. | 0.10 | 1,525.00 | $152.50 |
| 02/09/2025 | PJJ | CP | Prepare final fee application. | 1.00 | 650.00 | $650.00 |
| 02/09/2025 | PJJ | CP | Prepare certificate of no objection regarding 7th monthly fee application. | 0.20 | 650.00 | $130.00 |
| 02/10/2025 | CRR | CP | Review CNO re monthly fee app and email to P. Jeffries re filing. | 0.20 | 1,325.00 | $265.00 |
| 02/10/2025 | PJJ | CP | Circulate certificate of no objection regarding PSZJ fees (.2); efile (.2). | 0.40 | 650.00 | $260.00 |
| 02/10/2025 | SSC | CP | Review and revise PSZJ final fee application. | 0.50 | 1,525.00 | $762.50 |
| 02/13/2025 | PJJ | CP | Work on PSZJ final fee application. | 3.50 | 650.00 | $2,275.00 |
| 02/20/2025 | CRR | CP | Review revised final fee application and S. Cho edits. | 0.30 | 1,325.00 | $397.50 |
| 02/20/2025 | PJJ | CP | Revise final fee application. | 1.00 | 650.00 | $650.00 |
| 02/20/2025 | SSC | CP | Review and revise PSZJ final fee application. | 0.30 | 1,525.00 | $457.50 |
| 02/21/2025 | PJJ | CP | Revise final fee application. | 1.00 | 650.00 | $650.00 |
| 02/21/2025 | SSC | CP | Further review and revise PSZJ fee application. | 0.20 | 1,525.00 | $305.00 |
| 02/21/2025 | SSC | CP | Telephone conference with P. Jeffries re final fee app status. | 0.10 | 1,525.00 | $152.50 |
| 02/24/2025 | CRR | CP | Review, finalize PSZJ final fee application. | 0.70 | 1,325.00 | $927.50 |

Pachulski Stang Ziehl & Jones LLP  
99 Cents Only Stores O.C.C.  
Client 00168.00002  

Page: 6  
Invoice 145332  
February 28, 2025  

|            |     |     |                                                                                                          | Hours | Rate     | Amount     |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 02/24/2025 | PJJ | CP  | Prepare final fee application for service and filing.                                                    | 0.40  | 650.00   | $260.00    |
| 02/24/2025 | PJJ | CP  | File and serve PSZJ final fee application.                                                               | 0.60  | 650.00   | $390.00    |
| 02/24/2025 | SSC | CP  | Telephone conference with P. Jeffries re PSZJ final fee application edits.                               | 0.10  | 1,525.00 | $152.50    |
| 02/25/2025 | CRR | CP  | Review re interim comp application and send to P. Jeffries.                                              | 0.50  | 1,325.00 | $662.50    |
| 02/28/2025 | SSC | CP  | Telephone conference with B. Sandler re final fee application.                                           | 0.20  | 1,525.00 | $305.00    |
|            |     |     |                                                                                                          | **11.30** |      | **$9,805.00** |

**Other Professional Compensation**

|            |     |     |                                                                                                          | Hours | Rate     | Amount     |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 02/10/2025 | PJJ | CPO | Draft M.F. Solomon final fee application.                                                                | 1.00  | 650.00   | $650.00    |
| 02/11/2025 | BJS | CPO | Review Milbank fee app                                                                                   | 0.10  | 1,895.00 | $189.50    |
| 02/11/2025 | SSC | CPO | Review and revise MFS fee application.                                                                   | 0.30  | 1,525.00 | $457.50    |
| 02/12/2025 | PJJ | CPO | Revise M .F. Solomon final fee application.                                                              | 0.40  | 650.00   | $260.00    |
| 02/12/2025 | SSC | CPO | Further review MFS final fee application and correspond with P. Jeffries re same.                        | 0.10  | 1,525.00 | $152.50    |
| 02/13/2025 | PJJ | CPO | Review M. F. Solomon final fee application (.2); telephone conference with M. F. Solomon regarding same (.2). | 0.40  | 650.00   | $260.00    |
| 02/13/2025 | SSC | CPO | Review MFS final fee application and telephone conference with P. Jeffries re same.                      | 0.20  | 1,525.00 | $305.00    |
| 02/14/2025 | PJJ | CPO | Prepare for, file and serve M. F. Solomon final fee application.                                         | 1.00  | 650.00   | $650.00    |
| 02/14/2025 | SSC | CPO | Review final MFS fee application.                                                                        | 0.10  | 1,525.00 | $152.50    |
| 02/14/2025 | SSC | CPO | Review filed MFS fee application.                                                                        | 0.10  | 1,525.00 | $152.50    |
| 02/18/2025 | CRR | CPO | Review Kelley Drye combined monthly fee application and internal email re filing and service.            | 0.30  | 1,325.00 | $397.50    |
| 02/21/2025 | SSC | CPO | Correspond with C. Robinson re ASK final fee application.                                                | 0.10  | 1,525.00 | $152.50    |
| 02/21/2025 | SSC | CPO | Telephone conference with C. Robinson re final fee applications.                                         | 0.20  | 1,525.00 | $305.00    |

Pachulski Stang Ziehl & Jones LLP  
99 Cents Only Stores O.C.C.  
Client 00168.00002

Page: 7  
Invoice 145332  
February 28, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/21/2025 | SSC | CPO | Correspond with P. Jeffries re final fee app status. | 0.10 | 1,525.00 | $152.50 |
| 02/24/2025 | CRR | CPO | Review, finalize ASK final fee application. | 0.50 | 1,325.00 | $662.50 |
| 02/24/2025 | PJJ | CPO | Prepare for, file and serve ASK final fee application. | 1.00 | 650.00 | $650.00 |
| 02/24/2025 | SSC | CPO | Review emails from Udem, Robinson re ASK Final fee application. | 0.10 | 1,525.00 | $152.50 |
| 02/25/2025 | CRR | CPO | Review, respond re fee application issue. | 0.40 | 1,325.00 | $530.00 |
| 02/25/2025 | PJJ | CPO | Prepare for and file KDW notice of rate changes. | 0.30 | 650.00 | $195.00 |
| 02/25/2025 | PJJ | CPO | Prepare for and file KDW final fee application. | 1.10 | 650.00 | $715.00 |
| 02/25/2025 | PJJ | CPO | Prepare KDW fee application for service. | 0.40 | 650.00 | $260.00 |
| 02/25/2025 | SSC | CPO | Review several emails re KDW final fee application. | 0.20 | 1,525.00 | $305.00 |
| 02/28/2025 | CRR | CPO | Review re final fee apps and filing of same and send email to Debtors' counsel. | 0.60 | 1,325.00 | $795.00 |
| 02/28/2025 | SSC | CPO | Review and correspond with C. Robinson re final fee hearing. | 0.10 | 1,525.00 | $152.50 |
| | | | | **9.10** | | **$8,654.50** |

**Hearings**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/22/2025 | CAK | HE | Assist in preparation of 1/24/25 hearing | 0.30 | 575.00 | $172.50 |
| | | | | **0.30** | | **$172.50** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/28/2025 | IAWN | IC | Review file and emails re coverage. | 0.80 | 1,650.00 | $1,320.00 |
| 01/28/2025 | IAWN | IC | Review policy and exchange emails re same with team. | 0.80 | 1,650.00 | $1,320.00 |
| 01/28/2025 | IAWN | IC | Exchange emails re insurance with team. | 0.20 | 1,650.00 | $330.00 |
| 01/31/2025 | IAWN | IC | Review virtual file room re policies. | 0.80 | 1,650.00 | $1,320.00 |
| 01/31/2025 | IAWN | IC | Exchange emails with S. Cho and P. Jefferies re policies. | 0.20 | 1,650.00 | $330.00 |
| 01/31/2025 | IAWN | IC | Review policies re coverage. | 1.30 | 1,650.00 | $2,145.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Pachulski Stang Ziehl & Jones LLP  
99 Cents Only Stores O.C.C.  
Client 00168.00002

Page: 8  
Invoice 145332  
February 28, 2025

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2025 | IAWN | IC | Telephone conference with S. Cho re coverage. | 0.30 | 1,650.00 | $495.00 |
| | | | | **4.40** | | **$7,260.00** |

**Plan and Disclosure Statement**

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2025 | CRR | PD | Review draft confirmation order from Debtors. | 0.40 | 1,325.00 | $530.00 |
| 01/15/2025 | CRR | PD | Research re revised proposed plan language and email to S. Cho re analysis. | 0.30 | 1,325.00 | $397.50 |
| 01/21/2025 | CRR | PD | Review Wilmington Trust comments and internal emails with S. Cho and KDW. | 0.30 | 1,325.00 | $397.50 |
| 01/21/2025 | CRR | PD | Review emails and additional revised plan language re UST objection. | 0.30 | 1,325.00 | $397.50 |
| | | | | **1.30** | | **$1,722.50** |

**TOTAL SERVICES FOR THIS MATTER:** $32,326.50

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 9 |
| 99 Cents Only Stores O.C.C. | Invoice 145332 |
| Client 00168.00002 | February 28, 2025 |

**Expenses**

| | | | |
|---|---|---|---:|
| 01/21/2025 | LN | 168.00002 Lexis Charges for 01-21-25 | 40.01 |
| 02/21/2025 | DC | 168.00002 Advita Charges for 02-21-25 | 72.50 |
| 02/21/2025 | DC | 168.00002 Advita Charges for 02-21-25 | 7.50 |
| 02/28/2025 | DC | 168.00002 Advita Charges for 02-28-25 | 7.50 |
| | | **Total Expenses for this Matter** | **$127.51** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 10 |
| 99 Cents Only Stores O.C.C. | | Invoice 145332 |
| Client 00168.00002 | | February 28, 2025 |

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 02/28/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 143252 | 10/31/2024 | $15,179.20 | $0.00 | $15,179.20 |
| 144244 | 12/31/2024 | $141,092.00 | $1,285.62 | $142,377.62 |
| 144868 | 01/31/2025 | $220,411.00 | $1,692.02 | $222,103.02 |

**Total Amount Due on Current and Prior Invoices:**          **$412,113.85**