**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>    Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF CONTINUED OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for March 26, 2025 at 10:00 a.m. (prevailing Eastern Time), has been rescheduled for **March 27, 2025 at 11:00 a.m.** (prevailing Eastern Time) before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank*]

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4922-0572-9835.1 00168.00003

| Dated: March 18, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | -and- |
| | |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Paul J. Labov (admitted *pro hac vice*) |
| | Shirley S. Cho (admitted *pro hac vice*) |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email:  rfeinstein@pszjlaw.com |
| | plabov@pszjlaw.com |
| | scho@pszjlaw.com |
| | |
| | *Counsel for the 99 Cents Creditors' Liquidating Trust* |