# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721(JKS)<br><br>RE: D.I. 69 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I served or caused to be served *Soledad Pavana-Camargo's Reply to Safety National Casualty Corporation's Objection to the Plan Injunction Relief Motion and (2) Limited Objection to Motion of the 99 Cents Creditors' Liquidating Trust For Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claim* (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases and (ii) upon the parties listed on the attached service list by electronic mail, if available, and if not available, by first class mail.

/s/ *Jennifer K. Malow*
Jennifer K. Malow (DE No. 7424)

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**In re: 99 Cents Only Stores LLC**
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Collin County, Collin County College, and City of Plano | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | 1700 Redbud Blvd, Ste. 300 | | McKinney | TX | 75069 | | 214-544-4000 | 214-544-4040 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Counsel to Reliant Energy Retail Services, LLC | Ashby & Geddes, P.A | Attn: Tiffany Geyer Lydon | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | | 302-654-1888 | | tlydon@ashbygeddes.com |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Ashby & Geddes, P.A. | Attn: Benjamin W. Keenan | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | 302-654-1888 | | bkeenan@ashbygeddes.com |
| Counsel to Nova Manna, Inc. | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | 302-654-1888 | | gtaylor@ashbygeddes.com |
| Counsel to Reynaldo's Mexican Food Company, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Mark I. Duedall | 3414 Peachtree Road, N.E. | Suite 1500 | Atlanta | GA | 30326 | | 404-443-6774 | 404-221-6501 | mduedall@bakerdonelson.com |
| Counsel to Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Nicholas J. Brannick, Margaret A. Vesper | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801-3034 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com<br>vesperm@ballardspahr.com |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | ejohnson@bayardlaw.com |
| Counsel to Ciuti International | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Juan E. Martinez | 1313 North Market Street | Suite 1201 | Wilmington | DE | 19801-6101 | | 302-442-7010 | | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>jmartinez@beneschlaw.com |
| Counsel to Palmdale Investment Group, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street, Suite 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-309-8063 | ernie.park@bewleylaw.com |
| Counsel to Highway Properties, L.P. | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-803-4600 | | dklauder@bk-legal.com |
| Counsel to the Official 99SD Holdings LLC | Blanchard, Krasner & French | Attn: Robert W. Blanchard, Esq. | 800 Silverado Street | 2nd Floor | La Jolla | CA | 92037 | | 858-551-2440 | | bblanchard@bkflaw.com |
| Counsel to Ollie's Bargain Outlet, Inc. and OBO Ventures, Inc. | Blank Rome LLP | Attn: Regina Stango Kelbon, Josef W. Mintz | 1201 Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | Regina.Kelbon@BlankRome.com<br>Josef.Mintz@BlankRome.com |
| Counsel to PepsiCo, Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. | Burke, Warren, MacKay & Serritella, P.C. | Attn: Joseph D. Frank, Jeremy C. Kleinman | 330 North Wabash Avenue | Suite 2100 | Chicago | IL | 60611-3607 | | 312-840-7000; 312-840-7900 | | jfrank@burkelaw.com<br>jkleinman@burkelaw.com |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company | Chiesa Shahinian & Giantomasi PC | Attn: Jonathan Bondy, Terri J. Freedman | 105 Eisenhower Parkway | | Roseland | NJ | 07068 | | 973-325-1500 | | jbondy@csglaw.com<br>tfreedman@csglaw.com |
| Counsel to Betty Sterling | Christenson Law Firm, LLP | Attn: Vonn R. Christenson, Esq. | 472 W. Putnam Avenue | | Porterville | CA | 93257 | | 559-784-4934 | | vrc@christensonlaw.com |
| Counsel to RBC Equities, LLC | Cole Shotz P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | preilley@coleschotz.com |
| Counsel to Kassy D. Clifford, Ashley F. Keely | Conaway-Legal LLC | Attn: Bernard G. Conaway | Market West | 221 W. Tenth Street Suite 400 | Wilmington | DE | 19801 | | 302-428-9350 | | bgc@conaway-legal.com |
| Counsel to ALDI Inc. | Connolly Gallagher LLP | Attn: Karen C. Bifferato | 1201 North Market | Street, 20th Floor | Wilmington | DE | 19801 | | 302-888-6221 | | kbifferato@connollygallagher.com |
| Counsel to Masters Advanced Remediation Services, LLC | Connolly Gallagher LLP | Attn: Lisa R. Hatfield | 1201 North Market Street | 20th Floor | Wilmington | DE | 19801 | | 302-757-7300 | | lhatfield@connollygallagher.com |
| Counsel to Maricopa AZ Investments, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 N. Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Delaware State Treasury | Delaware State Treasury | Attn: President or General Counsel | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 | | | | |
| Counsel to Masters Advanced Remediation Services, LLC | Doré Rothberg Law, P.C. | Attn: Connor J. Smith | 16225 Park Ten Place | Suite 700 | Houston | TX | 77084 | | 281-829-1555 | | csmith@dorelaw.com |
| Counsel to Bar-S Foods Company | Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 302-425-7171 | | glorioso.alessandra@dorsey.com |
| Epps & Coulson | Epps & Coulson | Attn: Dawn M. Coulson | 1230 Crenshaw Boulevard, Suite 200 | | Torrance | CA | 90501 | | | | dawn@eppscoulson.com<br>bkollman@eppscoulson.com |
| Counsel to Niki Main Street, LP, a California limited partnership | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to OP Crimson, LLC, a Delaware limited liability company | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to Dayforce US, Inc. | Fredrikson & Byron, P.A. | Attn: James C. Brand, Samuel M. Andre | 60 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1425 | | 612-492-7000 | | jbrand@fredlaw.com<br>sandre@fredlaw.com |
| Counsel to the Official 99SD Holdings LLC | Gellert Seitz Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | | 302-425-5812 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel to North Valley Mall II LLC | Gibbons P.C | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801 | | 302-518-6300 | | kearle@gibbonslaw.com |

In re: 99 Cents Only Stores LLC
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to FTT Village Fair North, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | 10575 North 114th Street, Suite 115 | | Scottsdale | AZ | 85259 | | 480-767-6149 | 480-767-6150 | rbird@gilbertbirdlaw.com |
| Counsel to Betty Sterling | Gordon, Fournaris & Mammarella, P.A. | Attn: Christopher P. Clemson, Esq. | 1925 Lovering Avenue | | Wilmington | DE | 19806 | | 302-652-2900 | | cclemson@gfmlaw.com |
| Counsel to Attorneys for American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Tara B. Annweiler, Marc D. Young | One Moody Plaza, 18th Floor | | Galveston | TX | 77550 | | 409-797-3200 | 409-766-6424 | tannweiler@greerherz.com |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Harris County Attorney's Office | Attn: Property Tax Division, Susan Fuertes | P.O. Box 2848 | | Houston | TX | 77252 | | 346-286-8899 | | taxbankruptcy.cao@harriscountytx.gov |
| Counsel to SENTRE, Inc. and Temecula Marketplace LLC | Harvest LLP | Attn: Jamie Altman Buggy, Fernando Landa | 10940 Wilshire Blvd., Suite 1600 | | Los Angeles | CA | 90024 | | 310-842-8038 | | jbuggy@harvestllp.com flanda@harvestllp.com |
| Counsel to Shell Energy Solutions | Hogan McDaniel | Attn: Garvan F. McDaniel | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | 302-656-7599 | gfmcdaniel@dkhogan.com |
| Counsel to Plaza Four General Partnership | Horner Law Group, P.C. | Attn: Clifford R. Horner, Paymon Hifai | 800 S. Broadway | Suite 200 | Walnut Creek | CA | 94596 | | 925-943-6570 | | chorner@hornerlawgroup.com phifai@hornerlawgroup.com spiserchio@hornerlawgroup.com |
| Counsel to Imperial County Treasurer-Tax Collector | Imperial County Treasurer-Tax Collector | Attn: Suzanne C. Bermudez | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-265-1270 | 442-265-1272 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to Diana Rendon, Naser Ahmad, Arsalan Azizollahi, Diana Bravo, Sky McCloud, Nicole Vance | Jack Shrum P.A. | Attn: "J" Jackson Shrum, Esq. | 919 N. Market Street | Suite 1410 | Wilmington | DE | 19801 | | 302-543-7551 | 302-543-6386 | Jshrum@jshrumlaw.com |
| Counsel to Jean Morgan, Trustee of the Richard Charles Levy Trust | Jean Morgan, Trustee of the Richard Charles Levy Trust | Attn: Adrienne Hanley | 2155 W. State Route 89A, Ste. 202 | | Sedona | AZ | 86336 | | 928-282-4511 | | sedonaattorney@gmail.com |
| Counsel to Dollar Tree, Inc. | Jones Day | Attn: T. Daniel Reynolds, Nicholas Buchta | North Point | 901 Lakeside Avenue | Cleveland | OH | 44114-1190 | | 216-586-3939 | 216-579-0212 | hlennox@jonesday.com tdreynolds@jonesday.com nbuchta@jonesday.com |
| Counsel to Global Packaging Supply, Inc | Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | | 302-388-1944 | | mjoyce@mjlawoffices.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Jason R. Adams, Robert L. LeHane, Jennifer D. Raviele | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com |
| Counsel to Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | P.O. Box 579 | | Bakersfield | CA | 93302-0579 | | | | bankruptcy@kerncounty.com |
| Counsel to Dayforce US, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Benjamin M. Fischer | 919 N. Market Street | Suite 1000 | Wilmington | DE | 19801-3062 | | 302-552-5501 | | rbeck@klehr.com bfischer@klehr.com |
| Counsel to Beaty, LLC. | Kogan Law Firm, APC | Attn: Michael S. Kogan | 11500 W. Olympic Blvd. | Suite 400 | Los Angeles | CA | 90064 | | 310-954-1690 | | mkogan@koganlawfirm.com |
| Counsel to Ecolab Inc | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Building, Barnabas Business Center | 4650 North Port Washington Road | Milwaukee | WI | 53212-1059 | | 414-962-5110 | 414-962-8725 | swisotzkey@kmksc.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer, Jessica Berman, Christine Porter | 1 World Trade Center | 31st Floor | New York | NY | 10007 | | 833-234-5627 | 646-328-2851 | 99onlyTeam@ra.kroll.com serviceqa@ra.kroll.com |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks | 919 Market Street, Suite 1800 | | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 | landis@lrclaw.com cobb@lrclaw.com brooks@lrclaw.com |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Lane & Nach, P.C. | Attn: Adam B. Nach, Paul Hilkert | 2001 E. Campbell, Suite 103 | | Phoenix | AZ | 85016 | | 602-258-5448 | | Adam.Nach@lane-nach.com Paul.Hilkert@lane-nach.com |
| Counsel to Aria Capital Venture, LLC | Law Offices of Abbasi & Associates | Attn: Matthew Abbasi | 6320 Canoga Ave., Suite 950 | | Woodland Hills | CA | 91367 | | 310-358-9341 | 888-709-5448 | matthew@malawgroup.com |
| Counsel to Natalia GN LLC | Levin-Epstein & Associates, P.C. | Attn: Joshua Levin-Epstein | 60 East 42nd Street, Suite 4700 | | New York | NY | 10165 | | 212-792-0046 | | joshua@levinepstein.com |
| Counsel to Cameron County, City of Mcallen, Mclennan County, and Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Counsel to Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089; 469-221-5125 | 469-221-5003 | dallas.bankruptcy@lgbs.com john.turner@lgbs.com |

**In re: 99 Cents Only Stores LLC**
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Montgomery County, Fort Bend County, Katy ISD, Harris CO ESD # 12, Houston ISD, Houston Comm Coll System, City of Humble, Harris CO ESD # 01, Harris CO ESD # 29, Harris CO ESD # 11, Harris CO ESD # 48, City of Pasadena, Harris CO ESD # 20, Harris CO ESD # 46, City of Houston, Harris CO ESD # 09, Lone Star College System, Harris CO ESD # 25 | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713- 844-3503 | houston_bankruptcy@lgbs.com |
| Counsel to Robert Chan, Yee "Elaine" Chan, Man Shu "Raymond" Chan, Edward M. Chan, and Howard M. Chan | Long & Delis | Attn: Warren B. Campbell | 400 North Tustin Avenue, Suite 370 | | Santa Ana | CA | 92705 | | 714-668-1400 | 714-668-1411 | wbcampbell@ldlawyers.com |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | McCarron & Diess | Attn: Gregory Brown | 200 Broadhollow Road, Suite 207 | | Melville | NY | 11747 | | 631-425-8110 | 202-364-2731 | gbrown@mccarronlaw.com |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way | Suite 100 | Round Rock | TX | 78665 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to Reliant Energy Retail Services, LLC | McDowell Hetherington LLP | Attn: Michael D. Matthews, Jr., Tyrone L. Haynes | 1001 Fannin Street | Suite 2400 | Houston | TX | 77002 | | 713-337-5580 | 713-337-8850 | matt.matthews@mhllp.com tyrone.haynes@mhllp.com |
| Counsel to Mira Mesa Shopping Center–West LLC | Mesa Centers | Attn: Roberto M. Contreras | 9968 Hibert Street, Suite 200 | | San Diego | CA | 92131 | | 858-271-4682 | 858-271-5161 | robbyc@mesacenters.com |
| Counsel to CDS Distributing, Inc. | Meuers Law Firm, P.L. | Attn: Lawrence H. Meuers | 5395 Park Central Court | | Naples | FL | 34109 | | 239-513-9191 | 239-513-9677 | lmeuers@meuerslawfirm.com |
| Counsel to Betteravia 2002, LLC | Michael Development Corp. | Attn: Joseph Michael | 12400 Wilshire Boulevard, Suite 650 | | Los Angeles | CA | 90025 | | | | JMichael@MichaelCorp.com |
| Counsel to the Debtor and Debtor in Possession | Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ldoyle@milbank.com ddunne@milbank.com mprice@milbank.com bkinney@milbank.com jpaperny@milbank.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N. Market Street | Suite 2201 | Wilmington | DE | 19801 | | 302-574-3000 | 302-574-3001 | jody.barillare@morganlewis.com |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Melissay Y. Boey | 1400 Page Mill Road | | Palo Alto | CA | 94304 | | 650-843-4000 | 650-843-4001 | melissa.boey@morganlewis.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr., Matthew O. Talmo, Jonathan M. Weyand | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@morrisnichols.com mtalmo@morrisnichols.com jweyand@morrisnichols.com |
| Debtor | Numbers Holdings, Inc. | Attn: President or General Counsel | 10105 E Via Linda | Ste 103 PMB 1207 | Scottsdale | AZ | 85258 | | | | |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox, Nicole Watson, Mike Girello | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | | | | rosa.sierra-fox@usdoj.gov Mike.Girello@usdoj.gov Nicole.Watson2@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors, the Plan Administrator | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | 919 N. Market Street, 17th Floor | | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | bsandler@pszjlaw.com sgolden@pszjlaw.com crobinson@pszjlaw.com |
| Counsel to the Plan Administrator | Pachulski Stang Ziehl & Jones LLP | Attn: Edward A. Corma | 919 N. Market Street, 17th Floor | | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | ecorma@pszjlaw.com |
| Counsel to the Plan Administrator | Pachulski Stang Ziehl & Jones LLP | Attn: Paul J. Labov, Shirley S. Cho, Beth E. Levin | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | 212-561-7700 | 212-561-7777 | plabov@pszjlaw.com scho@pszjlaw.com blevine@pszjlaw.com |
| Counsel to Official Committee of Unsecured Creditors, the Plan Administrator | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com |
| Counsel to American Communication Solutions, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: Henry J. Jaffe | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-592-6497 | | hjaffe@pashmanstein.com |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II and Alexis R. Gambale | 824 North Market Street | Suite 800 | Wilmington | DE | 07601 | | 302-592-6496 | 732-852-2482 | jbarsalona@pashmanstein.com agambale@pashmanstein.com |
| Counsel to Certain 2026 Note Holders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sarah Harnett | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3629 | 212-492-0629 | sharnett@paulweiss.com |
| Counsel to Richardson ISD, City of Colleyville, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd. | Suite 640, LB 40 | Garland | TX | 75042 | | 972-278-8282 | 817-860-6509 | lreece@pbfcm.com |
| Counsel to Galena Park Independent School District, Harris County Municipal Utility District # 285, Klein Independent School District, Harris County Water Control and Improvement District # 133, Fountainhead Municipal Utility District, Pasadena Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | mvaldez@pbfcm.com |

In re: 99 Cents Only Stores LLC
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Natalia GN LLC | Pierson Ferdinand LLP | Attn: Carl D. Neff, Esq. | CSC Station | 112 S. French Street | Wilmington | DE | 19801 | | 302-482-4244 | | carl.neff@pierferd.com |
| Counsel to Pinal County Treasurer | Pinal County Treasurer | Attn: Linette McMinn | P.O. Box 729 | | Florence | AZ | 85132 | | 520-866-6327 | | bankruptcy@pinal.gov |
| Counsel to EMCOR Facilities Services, Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Michael B. Dearman | 1000 Main Street | 36th Floor | Houston | TX | 77002 | | 713-226-6000 | 713-226-6295 | jwolfshohl@porterhedges.com mdearman@porterhedges.com |
| Counsel to Ad Hoc Group of Secured Noteholders | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | | 302-984-6000 | 302- 658-1192 | bcleary@potteranderson.com kgood@potteranderson.com bhaywood@potteranderson.com lakkerman@potteranderson.com |
| Counsel to Passion Growers West, LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: William Smelko | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-525-3834 | 619-744-5447 | bill.smelko@procopio.com |
| Counsel to the FILO Agent, TC Lending, LLC, and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Ji Hye You, Adam Hillman, David M. Hillman, Melany Cruz Burgos | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3039; 212- 969-3000 | 212-969-2900 | jyou@proskauer.com dhillman@proskauer.com mcruzburgos@proskauer.com |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Jordan Sazant | 70 West Madison | Suite 3800 | Chicago | IL | 60602 | | 312-962-3550 | | jsazant@proskauer.com |
| ABL Facility Agent | RBC Agency Services Group | Attention: Manager, Agency Services | 20 King Street West | 4th Floor, South Tower | Toronto | ON | M5H 1C4 | Canada | 416-842-5196 | 416-842-4023 | |
| PropCo Promissory Note Lender | RCB Equities #1, LLC | Attn: General Counsel | c/o Barak Richter & Dror | 5862 West 3rd Street | Los Angeles | CA | 90036 | | | | |
| Counsel to Wilmington Trust, National Association, as trustee for the 7.500% Senior Secured Notes due 2026 | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | 1201 North Market Street, Suite 1500 | | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com jangelo@reedsmith.com |
| Counsel to Dollar Tree, Inc. | Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Emily R. Mathews, Gabrielle A. Colson | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | shapiro@rlf.com mathews@rlf.com colson@rlf.com |
| Counsel to 1820 W. 182nd St., LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | 302-516-1700 | 302-516-1699 | jedmonson@rc.com |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Katherine S. Dute | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | 302-516-1706 | 302-516-1699 | kdute@rc.com |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | 1650 Market Street, Suite 3030 | | Philadelphia | PA | 19103 | | 215-398-0600 | 215-827-5982 | rmauceri@rc.com |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Richard E. Willi III | 666 Third Avenue, 20th Floor | | New York | NY | 10017 | | 212-451-2903 | 215-451-2999 | rwilli@rc.com |
| Counsel to ALDI Inc. | Rubin & Levin, P.C. | Attn: James E. Rossow Jr. | 135 N. Pennsylvania St., Suite 1400 | | Indianapolis | IN | 46204 | | 317-634-0300 | | jim@rubin-levin.net |
| Counsel to Kent Holding LLC | Saul Ewing LLP | Attn: John D. Demmy | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6848 | | john.demmy@saul.com |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Nicholas Smargiassi | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6827 | | nicholas.smargiassi@saul.com |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Zev M. Shechtman, Tom R. Sestanovich | 1888 Century Park East, Suite 1500 | | Los Angeles | CA | 90067 | | 310-255-6130 | | zev.shechtman@saul.com tom.sestanovich@saul.com |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Evan T. Miller | 1201 N. Market St, Suite 2300 | | Wilmington | DE | 19801 | | 302-421-6864 | | evan.miller@saul.com |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Jorge Garcia | 701 Brickell Avenue, Suite 1700 | | Miami | FL | 33131 | | 305-428-4500 | | jorge.garcia@saul.com |
| Secretary of State | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover | DE | 19903 | | | | |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Latonia C. Williams | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com lwilliams@goodwin.com |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Latonia C. Williams and Anthony R. Scarcella | One Constitution Plaza | | Hartford | CT | 06103 | | 860-251-5037 | 860-251-5218 | lwilliams@goodwin.com ascarcella@goodwin.com |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Anna Gumport | 350 South Grand Avenue | | Los Angeles | CA | 90071 | | 213-896-6000 | 213-896-6600 | agumport@sidley.com |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell | One South Dearborn | | Chicago | IL | 60603 | | 312-853-7000 | 312-853-7036 | dtwomey@sidley.com jgarvey@sidley.com iferrell@sidley.com |
| Counsel to the ABL Lenders | Sidley Austin LLP | Attn: Michele A. Nudelman; Leslie Plaskon | 787 7th Ave | | New York | NY | 10019 | | 212-839-5696 | | mnudelman@sidley.com |

In re: 99 Cents Only Stores LLC
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Realty Associates Fund X, L.P. and PP Tango CA, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| FILO Agent | Sixth Street Specialty Lending, Inc. | Attn: TSLX Accounting | 2100 McKinney Ave, Suite 1500 | | Dallas | TX | 75201 | | | | TSLAccounting@tpg.com TPG-TPGK@statestreet.com |
| Counsel to Nova Manna, Inc. | Snell & Wilmer | Attn: Steven D. Jerome, James G. Florentine | One East Washington Street | Suite 2700 | Phoenix | AZ | 85004 | | 602-382-6000 | | sjerome@swlaw.com jflorentine@swlaw.com |
| Counsel to Ag Pros, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | 619-231-0303 | | mbreslauer@swsslaw.com wyones@swsslaw.com |
| Counsel to J3 Generations, LLC | Stanford J. Germaine, P.C. | Attn: Standford J. Germaine | 4634 North 44th Street | | Phoenix | AZ | 85018 | | 602-953-5588 | 602-953-5590 | sgermaine@germaine-law.com |
| Counsel to Date Palm YFT, LLC, Date Palm SFT, LLC, and Date Palm BST, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | public.information@oag.state.tx.us |
| Counsel to Harco National Insurance Company | Stradley, Ronon, Stevens & Young, LLP | Attn: Daniel M. Pereira | 1000 N. West Street, Suite 1200 | | Wilmington | DE | 19801 | | 302-295-3805 | 302-295-4801 | dpereira@stradley.com |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel to Mira Mesa Shopping Center–West LLC | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel to Dole Packaged Foods LLC | Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | zallinson@sha-llc.com |
| Counsel to Raymond Leasing Corporation and Raymond Intralogistics Solutions | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | 630-780-8472 | 630-799-6901 | cstahl@smbtrials.com |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW | Suite 500 | Washington | DC | 20036 | | 202-921-4080 | 202-478-2781 | jrhodes@tlclawfirm.com |
| Counsel to Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk | Bankruptcy & Collections Division | 12221 Merit Drive, Suite 825 | Dallas | TX | 75251 | | 214-290-8802 | 214-969-8813 | jamie.kirk@oag.texas.gov |
| Counsel to Great American Insurance Company | The Law Office of T. Scott Leo | Attn: T. Scott Leo | 100 N. LaSalle Street, Suite 514 | | Chicago | IL | 60602 | | 312-857-0910 | 312-857-1240 | sleo@leolawpc.com |
| Counsel to Ralph Edwards Productions, a California Corporation | The Law Offices of Robert D. Bass | Attn: Robert D. Bass | 832 Ike Mooney Rd., NE | | Silverton | OR | 97381 | | 818-389-8007 | | bob.bass47@icloud.com |
| Counsel to Newport Sales | The Rosner Law Group LLC | Attn: Frederick B. Rosner | 824 N. Market St., Suite 810 | | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup | Seventh Floor, Camelback Esplanade II | 2525 East Camelback Road | Phoenix | AZ | 85016-4237 | | 602-255-6000 | 602-255-0103 | crk@tblaw.com |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup, David M. Barlow | 2525 E Camelback Rd, Seventh Floor | | Phoenix | AZ | 85016 | | 602-255-6000 | | crk@tblaw.com dmb@tblaw.com |
| Counsel to Tulare County Tax Collector | Tulare County Tax Collector | Attn: Chris Silva | 221 S Mooney Blvd Room 104-E | | Visalia | CA | 93291-4593 | | | 559-636-5250 | taxhelp@tularecounty.ca.gov |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | | | | |
| Counsel to Producers Dairy Foods, Inc. | Wanger Jones Helsley | Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn | 265 E. River Park Circle, Suite 310 | | Fresno | CA | 93720 | | 559-233-4800 | 559-233-4800 | rwalter@wjhattorneys.com iquinn@wjhattorneys.com jkinsey@wjhattorneys.com |
| Counsel to the Ad Hoc Group of 2026 Noteholders and Ad Hoc Group of Secured Noteholders | Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8871; 212-310-8000 | 212-310-8007 | Chase.Bentley@weil.com jeffrey.saferstein@weil.com andriana.georgallas@weil.com |
| Counsel to Callaghan Square Investmentsd, LTD. | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Caruth, Richard M. Kaplan | 24 Greenway Plaza, Ste. 2050 | | Houston | TX | 77046 | | 713-341-1158 | 713-961-5341 | jcarruth@wkpz.com rkaplan@wkpz.com |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company, and Great American Insurance Company | Whiteford, Taylor & Preston LLC | Attn: Paul Nussbaum | 600 North King Street, Suite 300 | | Wilmington | DE | 19801 | | 302-357-3277 | 302-357-3261 | pnussbaum@whitefordlaw.com |
| Counsel to RGGD, Inc., d/b/a Crystal Art Gallery | Wilcox Law Firm | Attn: Robert D. Wilcox, Esq. | 1301 RiverPlace Blvd, Suite 800 | | Jacksonville | FL | 32207 | | 904-405-1250 | | rw@wlflaw.com |
| Trustee and Notes Collateral Agent pursuant to 2026 Notes Indenture | Wilmington Trust, National Association | Attn: Rita Marie Ritrovato | 1100 North Market Street | | Wilmington | DE | 19890-1605 | | | | |

**In re: 99 Cents Only Stores LLC**
Core/2002 Service List
Case No. 24-10721 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to RCB Equities #1, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin | Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White | 11400 West Olympic Boulevard | Ninth Floor | Los Angeles | CA | 90064 | | | | saron@wrslawyers.com ehorowitz@wrslawyers.com dmedioni@wrslawyers.com mrosenbaum@wrslawyers.com jsamberg@wrslawyers.com jwhite@wrslawyers.com |
| Counsel to RBC Equities, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 W. Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064 | | 310-478-4100 | 310-479-14222 | saron@wrslawyers.com |
| Counsel to Royal Bank of Canada | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton and Carol E. Cox | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | emorton@ycst.com bankfilings@ycst.com |