**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 99 Cents Only Stores LLC, ) | Case No. 24-10721 (JKS) |
| ) | |
| Post-Confirmation Debtor. ) | |
| ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Morgan Hutchinson, Esq., of Husch Blackwell, 4801 Main Street, Suite 1000 Kansas City, MO 64112, for Safety National Casualty Corporation in this case.

Dated: March 20, 2025

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
HOGAN♦MCDANIEL
1311 Delaware Avenue, Wilmington, DE 19806
(302) 656-7540; (302) 656-7599 (f)
gfmcdaniel@dkhogan.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 20, 2025

*/s/ Morgan Hutchinson*
Morgan Hutchinson
HUSCCH BLACKWELL
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8193; (816) 983-8080 (f)
morgan.hutchinson@huschblackwell.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.