# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS[2]
SCHEDULED FOR HEARING ON MARCH 27, 2025 AT 11:00 A.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.**

**All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

## ADJOURNED MATTERS

1.  California Self-Insurers' Security Fund Motion for Payment of Administrative Expense Claim [Filed 03.03.25, Docket No. 42].

    **Objection Deadline**: March 17, 2025, at 4:00 p.m. (ET).

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2] All docket references relate to Case No. 24-10721 unless otherwise noted.

**Responses Received**:

(a) Preliminary Objection of the 99 Cents Creditors' Liquidating Trust to the Motion of California Self-Insurers' Security Fund for Allowance and Payment of Administrative Expense Claim [Filed 03.20.25, Docket No. 70].

**Related Documents**:

a) Certificate of No Objection Regarding Motion of California Self-Insurers' Security Fund for Allowance and Payment of Administrative Expense Claim [Filed: 03.18.25, Docket No. 62].

**Status**: This matter is adjourned to a date to be determined.

2. Motion of Esperanza Hernandez Sandoval (I) for Relief from the Automatic Stay and (II) to Permit Filing of a Proof of Claim After the Bar Date [Filed 09.10.24, Case No. 24-10719 Docket No. 1244].

    **Objection Deadline**: September 17, 2024, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Objection of Safety National Casualty Corporation as to Motion of Esperanza Hernandez Sandoval for Relief from the Automatic Stay [Filed 09.13.24, Case No. 24-10719 Docket No. 1256].

    **Related Documents**: None

    **Status**: The parties are preparing a stipulation resolving this matter. This matter is adjourned to a date to be determined.

3. Belen L. Banuelos Reyes Motion to Lift Bankruptcy Stay [Filed 11.12.24, Case No. 24-10719 Docket No. 1472].

    **Objection Deadline**: December 13, 2024, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Objection of Safety National Casualty Corporation as to Motion of Belen L. Banuelos Reyes for Relief from the Automatic Stay [Filed 11.22.24, Case No. 24-10719 Docket No. 1513].

    **Related Documents**:

    a) Amended Notice of Motion [Filed 11.13.24, Case No. 24-10719 Docket No. 1476].

    **Status**: The parties are preparing a stipulation resolving this matter. This matter is adjourned to a date to be determined.

4.  Motion of Melrose Investment Company, LLC for Entry of an Order Compelling the Debtors' Payment of Post-Petition Obligations Owed Under the Unexpired Lease of Non-Residential Real Property [Filed 01.03.25, Case No. 24-10719 Docket No. 1639].

    **Objection Deadline**: January 17, 2025, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Debtors' Objection to Motion of Melrose Investment Company, LLC for Entry of an Order Compelling the Debtors Payment of Post-Petition Obligations Owed Under the Unexpired Lease of Nonresidential Real Property [Filed 01.27.25, Case No. 24-10719 Docket No. 1676].

    **Related Documents**: None.

    **Status**: This matter is adjourned to a date to be determined.

5.  Windstream Services, LLC Motion for Payment of Administrative Expenses/Claims [Filed 01.23.25, Case No. 24-10719 Docket No. 1709].

    **Objection Deadline**: February 17, 2025, at 4:00 p.m. (ET). The objection deadline has been extended to a date to be determined for the Trust.

    **Responses Received**: None.

    **Related Documents**: None.

    **Status**: This matter is adjourned to a date to be determined.

6.  Wheldon Investments, LLC's Motion for Allowance and Payment of Administrative Expense Claim [Filed 02.14.25, Case No. 24-10719 Docket No. 1805].

    **Objection Deadline**: March 5, 2025, at 4:00 p.m. (ET). The objection deadline has been extended to a date to be determined for the Trust.

    **Responses Received**: None.

    **Related Documents**: None.

    **Status**: This matter is adjourned to a date to be determined.

**RESOLVED MATTER**

7.  Jesus Medina Prieto Motion for Relief from Stay [Filed 01.27.25, Case No. 24-10719 Docket No. 1743].

    **Objection Deadline**: February 12, 2025, at 4:00 p.m. (ET).

**Responses Received**:

(a) Objection as to (I) Motion of Jesus Ivan Medina Prieto for an Order Modifying the Stay and Plan Injunction and (II) the Motion of Chantal French for Relief from Stay [Filed 02.07.25, Case No. 24-10719 Docket No. 1786].

**Related Documents**:

a) Notice of Withdrawal of Motion for an Order Modifying Stay and Plan Injunction [Filed 03.18.25, Case No. 24-10719 Docket No. 1848].

**Status**: The matter has been withdrawn.

## MATTERS GOING FORWARD

8. Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46] (the "Trust's PI Claims Motion").

   **Objection Deadline**: March 19, 2025, at 4:00 p.m. (ET).

   **Responses Received**:

   a) Safety National Casualty Corporation's Limited Objection to Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed March 19, 2025, Docket No. 67].

   (b) Limited Objection and Reservation of Rights of certain Personal Injury Claimants to the Motion of the 99 Cents Creditors Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.19.25, Docket No. 68].

   (c) Soledad Pavana-Camargo's Reply to Safety National Casualty Corporation's Objection to the Plan Injunction Relief Motion and (2) Limited Objection to Motion of the 99 Cents Creditors' Liquidating Trust For Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.19.25, Docket No. 69].

   (d) Victory Asiriuwa's Objection to Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II)

> Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.20.25, Docket No. 72].

**Replies Filed:**

a) Safety National Casualty Corporation's Reply to (I) Soledad Pavana-Camargo's, (II) Victory Asiriuwa, and (Iii) Various Claimant's Objections to Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed: 03.24.25, Docket No. 76].

**Related Documents**: None.

**Status**:  This matter will go forward.

9. Motion of Madai Elisa Ruiz for Relief from the Automatic Stay [Filed 06.26.24, Case No. 24-10719 Docket No. 877].

   **Objection Deadline**: July 3, 2024, at 4:00 p.m. (ET).

   **Responses Received**:

   (a) Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 [Filed 07.02.24, Case No. 24-10719 Docket No. 917].

   (b) Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Filed 07.03.24, Case No. 24-10719 Docket No. 937].

   **Related Documents**:

   a) Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions [Filed 07.03.24, Case No. 24-10719 Docket No. 935].

   b) Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions [Filed 07.05.24, Case No. 24-10719 Docket No. 947].

   c) [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay [Filed 07.08.24, Case No. 24-10719, Docket No. 967].

   d) [REDACTED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay [Filed 07.11.24, Case No. 24-10719, Docket No. 1012].

   e) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury

Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46].

**Status**: This matter will go forward.

10. Motion of Yesenia Velasquez for Relief from the Automatic Stay ([Filed 06.26.24, Case No. 24-10719 Docket No. 879].

    **Objection Deadline**: July 3, 2024, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 [Filed 07.02.24, Case No. 24-10719 Docket No. 917].

    (b) Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Filed 07.03.24, Case No. 24-10719 Docket No. 937].

    **Related Documents**:

    a) Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions [Filed 07.03.24, Case No. 24-10719 Docket No. 935].

    b) Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions [Filed 07.05.24, Case No. 24-10719 Docket No. 947].

    c) [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay [Filed 07.08.24, Case No. 24-10719, Docket No. 967].

    d) Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay [Filed 07.11.24, Case No. 24-10719, Docket No. 1012].

    e) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46].

    **Status**: This matter will go forward.

11. Motion by Cynthia Remis to Modify Stay [Filed 08.15.24, Case No. 24-10719 Docket No. 1179].

    **Objection Deadline**: September 17, 2024, at 4:00 p.m. (ET).

**Responses Received**:

(a) Consolidated Objection as to Motions of Cynthia Remis, Brenda Firestone, Judith Persino, and Dohana Pantaleon for Relief from the Automatic Stay [Filed 09.03.24, Case No. 24-10719 Docket No. 1229].

**Related Documents**:

a) Amended Notice of Motion by Cynthia Remis for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Filed 08.16.24, Case No. 24-10719 Docket No. 1184].

b) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Case No. 24-10719 Docket No. 46].

**Status**: This matter will go forward.

12. Chantal French Motion for Relief from Stay [Filed 01.24.25, Case No. 24-10719 Docket No. 1741].

    **Objection Deadline**: January 17, 2025, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Objection as to (I) Motion of Jesus Ivan Medina Prieto for an Order Modifying the Stay and Plan Injunction and (II) the Motion of Chantal French for Relief from Stay [Filed 02.07.25, Case No. 24-10719 Docket No. 1786].

    **Related Documents**:

    a) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46].

    **Status**: This matter is going forward; the resolution of which will be addressed in the Trust's PI Claims Motion.

13. Motion of Joann Ruiz Castillo for Relief form the Plan Injunction [Filed 02.07.25, Case No. 24-10719 Docket No. 1787].

    **Objection Deadline**: February 17, 2025, at 4:00 p.m. (ET).

**Responses Received**:

(a) Consolidated Objection to (I) Motion of Joann Ruiz Castillo for Relief form the Plan Injunction and (II) Motion of Soledad Pavana-Camargo for Relief form the Plan Injunction [Filed 02.14.25, Case No. 24-10719 Docket No. 1804].

**Related Documents**:

a) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46].

**Status**: This matter will go forward.

14. Motion of Soledad Pavana-Camargo for Relief from the Plan Injunction [Filed 02.10.25, Case No. 24-10719 Docket No. 1791].

    **Objection Deadline**: February 17, 2025, at 4:00 p.m. (ET).

    **Responses Received**:

    (a) Consolidated Objection to (I) Motion of Joann Ruiz Castillo for Relief form the Plan Injunction and (II) Motion of Soledad Pavana-Camargo for Relief form the Plan Injunction [Filed 02.14.25, Case No. 24-10719 Docket No. 1804].

    **Related Documents**:

    a) Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(A) and 502(C), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed 03.11.25, Docket No. 46].

    b) Notice of Revised Proposed Form of Order [Filed 03.21.25, Docket No. 75].

    **Status**: This matter will go forward.

15. Motion of Victory Asiriuwa for Relief from the Automatic Stay and/or Plan Injunction [Filed 02.21.25, Case No. 24-10719 Docket No. 1822].

    **Objection Deadline**: March 7, 2025, at 4:00 p.m. (ET).

    **Responses Received**: None

    **Related Documents**:

    a) Certificate of No Objection of the Motion of Victory Asiriuwa for Relief from the Automatic Stay and/or Plan Injunction [Filed 03.19.25, Case No. 24-10719 Docket No. 1849].

**Status**: This matter will go forward.

**FINAL FEE APPLICATION MATTERS**

16. Final fee applications of estate professionals are scheduled to go forward at this hearing. Attached hereto as **Exhibit A** is an index of the fee applications scheduled to be heard.

    Response Deadline:   See **Exhibit A**.

    Responses Received:  See **Exhibit A**.

    Related Documents:   See **Exhibit A**.

    Status:  The estate professionals received informal comments from the U.S. Trustee and the Court that have been resolved. A proposed omnibus final fee order will be submitted under certification of counsel prior to the hearing. No hearing is necessary unless the Court has further questions.

*[Remainder of Page Intentionally Blank]*

| | |
|---|---|
| Dated:  March 25, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | -and- |
| | |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Paul J. Labov (to be admitted *pro hac vice*) |
| | Shirley S. Cho (to be admitted *pro hac vice*) |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email:    rfeinstein@pszjlaw.com |
| | plabov@pszjlaw.com |
| | scho@pszjlaw.com |
| | |
| | *Counsel for the 99 Cents Creditors' Liquidating Trust* |