# SIGN-IN SHEET

| CASE NAME 99 Cents Only Stores LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-10721 JKS | DATE: 3/27/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin Robinson | PSZJ | 99 cents Ccc Trustee |
| Paul Labov | PSZJ | 99 Cents Ccc Trustee |
| STANLEY TARR | BLANK ROME | CAMARGO |
| Garvan McDaniel | Hogan McDaniel | Safety National |
| Scott Leonhardt | Esbrook | Victory Asiriowa |
| C. Loizides | Loizides PA | PI Claimants |
| Rosa J Fox | U.S.T.P. | U.S. Trustee |

## 11:00 AM

**24-10721-JKS 99 Cents Only Stores LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Andrew Ames | Foran Glennon | Interested Party | 11:00 AM | Audio Only | no |
| Mark Benedict | Husch Blackwell LLP | Safety National Casualty Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| J. Luke Brzozowski | Morris Nichols Arsht & Tunnell | Debtor | 11:00 AM | Zoom(Video and Audio) | yes |
| Shirley Cho | Pachulski Stang Ziehl & Jones LLP | 99 Cents Creditors Liquidating Trust | 11:00 AM | Zoom(Video and Audio) | yes |
| Lauren Doyle | Milbank | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| William Graves | Lyfe Law, LLP | Lyfe Law, LLP | 11:00 AM | Audio Only | yes |
| Taylor Harrison | | | 11:00 AM | Audio Only | no |
| Brett Michael Haywood | Potter Anderson & Corroon | Interested Party | 11:00 AM | Zoom(Video and Audio) | yes |
| Caleb T Holzaepfel | Husch Blackwell LLP | CBL & Associates | 11:00 AM | Zoom(Video and Audio) | yes |
| Morgan Hutchinson | Husch Blackwell LLP | Safety National Casualty Corporation | 11:00 AM | Zoom(Video and Audio) | yes |
| Brian Kinney | Milbank | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Type | |
|---|---|---|---|---|---|
| Thomas A Labuda | Dentons | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Yessenia Moreno | Milbank | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Tuvia Peretz | Milbank | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Samantha Ruben | Dentons | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Matthew O Talmo | Morris, Nichols, Arsht & Tunnell LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Ernnisa C Truman | | Self | 11:00 AM | Zoom(Video and Audio) | yes |
| Marianna Udem | Ask LLP | ASK LLP | 11:00 AM | Zoom(Video and Audio) | yes |
| Jason Adams | Kelley Drye & Warren LLP | Unsecured Creditor's Committee | 11:00 AM | Zoom(Video and Audio) | yes |
| Andrew Ames | Foran Glennon | Interested Party | 11:00 AM | Audio Only | no |
| Uday Gorrepati | | | 11:00 AM | Audio Only | no |
| William Graves | Lyfe Law, LLP | Leona Millan | 11:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Taylor Harrison | | | 11:00 AM | Audio Only | no |
| Omar Rodriguez | X-IGENT Printing Inc. | X-IGENT Printing Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Vinai Sewaliah | Genesis Credit Partners | UCC | 11:00 AM | Zoom(Video and Audio) | yes |
| Sidney S Sohn | Venerable Injury Law | Chantal French | 11:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 11:00 AM | Audio Only | no |
| Corey Timpson | City of Fresno | Creditor - City of Fresno | 11:00 AM | Zoom(Video and Audio) | yes |
| Ernnisa C Truman | | | 11:00 AM | Zoom(Video and Audio) | yes |