# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Hearing Date: TBD**<br>**Objection Deadline: May 1, 2025 at 4:00 p.m. (ET)**<br>Ref. No. 96 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF ASHBY & GEDDES, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL TO NOVA MANNA, INC.

I, Gregory A. Taylor, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to counsel to Nova Manna, Inc., LLC ("Nova Manna"), hereby certify the following:

1. On April 17, 2025, Ashby & Geddes, P.A. ("Ashby") filed the Motion of Ashby & Geddes, P.A. for Leave to Withdraw as Counsel to Nova Manna, Inc. [D.I. 96] (the "Motion").

2. Pursuant to the Notice of Hearing for the Motion, responses, if any, to approval of the Motion were to be filed with the Court and served upon undersigned counsel on or before May 1, 2025 at 4:00 p.m. (ET).

3. As of the date hereof, undersigned counsel has not been served with any objections or responses in opposition to the approval of the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

**WHEREFORE**, Ashby respectfully requests that the Court enter the Proposed Order, attached to the Motion as Exhibit A at the Court's earliest convenience.

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

{02118212;v1 }

Dated: May 2, 2025

**ASHBY & GEDDES, P.A.**

<u>/s/ *Gregory A. Taylor*</u>
Gregory A. Taylor (No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com

-and-

**SNELL & WILMER L.L.P**
Steven D. Jerome (*admitted pro hac vice*)
James G. Florentine (*admitted pro hac vice*)
One E Washington St., Ste. 2700
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
sjerome@swlaw.com
jflorentine@swlaw.com