IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Confirmation Debtor in the above-captioned chapter 11 case.

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Melendrez, Noelia (ADRID: 28911727), at an address that has been redacted in the interest of privacy:

- Order Further Extending Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Case No. 24-10719 Docket No. 1524]

Dated: May 5, 2025

                                                                                                          */s/ Paul Pullo*
                                                                                                          Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 5, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

SRF 86106