IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 99 CENTS ONLY STORES, LLC | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | Ref. No. 95 & 105 |

## ORDER GRANTING SNELL & WILMER L.L.P.'S MOTION TO WITHDRAW AS COUNSEL FOR NOVA MANNA, INC.

Upon the motion (the "Motion")[2] of Snell & Wilmer L.L.P. ("S&W") for the entry of an order (i) authorizing S&W to withdraw as counsel to Nova Manna in the above-captioned jointly administered bankruptcy cases and (ii) granting S&W such other and further relief as may be just and proper; and the Court having considered the Motion and all related pleadings and documents; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. S&W is hereby withdrawn as counsel to Nova Manna in the above-captioned jointly administered bankruptcy cases.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: May 13th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE