## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Ref. No. 96 & 106** |

### ORDER GRANTING LEAVE TO ASHBY & GEDDES, P.A.
### TO WITHDRAW AS COUNSEL TO NOVA MANNA, INC.

Upon the *Motion of Ashby & Geddes, P.A. For Leave To Withdraw As Counsel to Nova Manna, Inc.* (the "Motion"),[2] filed by Ashby & Geddes, P.A. ("Ashby & Geddes"); and the Court having reviewed the Motion and any and all responses and pleadings filed in connection with or in response to the Motion, and sufficient notice of the Motion having been given, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.     The Motion is GRANTED, as set forth herein.

2.      Ashby & Geddes is authorized to withdraw as counsel to Nova Manna in the Bankruptcy Case.

3.     This Order shall be immediately effective and enforceable upon its entry.

4.     This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

**Dated: May 13th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**