**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 99 CENTS ONLY STORES, LLC | ) | Case No. 24-10721 (JKS) |
| | ) | |
| Post-Confirmation Debtor.[1] | ) | **Ref. No. 95 & 105** |
| | ) | |

**ORDER GRANTING SNELL & WILMER L.L.P.'S MOTION TO WITHDRAW AS**
**COUNSEL FOR NOVA MANNA, INC.**

Upon the motion (the "Motion")[2] of Snell & Wilmer L.L.P. ("S&W") for the entry of an

order (i) authorizing S&W to withdraw as counsel to Nova Manna in the above-captioned jointly

administered bankruptcy cases and (ii) granting S&W such other and further relief as may be just

and proper; and the Court having considered the Motion and all related pleadings and

documents; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and (b) notice of the Motion was due and proper under the

circumstances; and after due deliberation, and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.      The Motion is **GRANTED** as set forth herein.

2.      S&W is hereby withdrawn as counsel to Nova Manna in the above-captioned

jointly administered bankruptcy cases.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation and/or enforcement of this Order.

Dated: May 13th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 24-10721-JKS
99 Cents Only Stores LLC                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                          Page 1 of 17
Date Rcvd: May 13, 2025                        Form ID: pdfgen                      Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

**Recip ID               Recipient Name and Address**
db               +  99 Cents Only Stores LLC, 1730 Flight Way, Suite 100, Tustin, CA 92782-1840
                 +  Nova Manna, 8825 N. 23rd Avenue, Suite 100, Phoenix, AZ 85021-4148
                 +  Nova Manna, 5536 W Roosevelt St Suite 2, Phoenix, AZ 85043-2607

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:**

**Name                          Email Address**

Aaron S. Applebaum
                          on behalf of Creditor Red Hill Village  LLC aaron.applebaum@us.dlapiper.com,
                          carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Adam Hiller
                          on behalf of Interested Party Baldwin Brown ahiller@adamhillerlaw.com

Adam Hiller
                          on behalf of Interested Party Moose Holding Company  LLC ahiller@adamhillerlaw.com

Adam Hiller
                          on behalf of Interested Party Nancy Tresch ahiller@adamhillerlaw.com

Adam Hiller
                          on behalf of Interested Party Ana Montemayor ahiller@adamhillerlaw.com

Adam B. Nach
      on behalf of Creditor Oracle Limberlost Shopping Center  LLC adam.nach@lane-nach.com

Adam B. Nach
      on behalf of Creditor DeRito Talking Stick North  LLC and affiliates adam.nach@lane-nach.com

Adam B. Nach
      on behalf of Creditor Goodwill of Central and Northern Arizona adam.nach@lane-nach.com

Adam G. Landis
      on behalf of Interested Party TC Lending  LLC landis@lrclaw.com,
      Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
      on behalf of Interested Party Sixth Street Specialty Lending  Inc. landis@lrclaw.com,
      Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Alessandra Glorioso
      on behalf of Creditor Bar-S Foods Company glorioso.alessandra@dorsey.com  alessandra-glorioso-9339@ecf.pacerpro.com

Alexander Paul Cohen
      on behalf of Interested Party Ad Hoc Group of Secured Noteholders alexander.cohen@weil.com

Alexis R. Gambale
      on behalf of Creditor Anthem Blue Cross Life and Health Insurance Company agambale@pashmanstein.com
      lsalcedo@pashmanstein.com

Anna Gumport
      on behalf of Interested Party Royal Bank of Canada agumport@sidley.com
      laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com

Benjamin Joseph Steele
      on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele
      on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin W. Keenan
      on behalf of Creditor DeRito Talking Stick North  LLC and affiliates bkeenan@ashbygeddes.com,
      kjones@ashbygeddes.com;adellose@ashbygeddes.com;kwilford@ashbygeddes.com;DKosloske@ashbygeddes.com;KTsaganos@
      ashbygeddes.com

Benjamin W. Keenan
      on behalf of Creditor Oracle Limberlost Shopping Center  LLC bkeenan@ashbygeddes.com,
      kjones@ashbygeddes.com;adellose@ashbygeddes.com;kwilford@ashbygeddes.com;DKosloske@ashbygeddes.com;KTsaganos@
      ashbygeddes.com

Benjamin W. Keenan
      on behalf of Creditor Goodwill of Central and Northern Arizona bkeenan@ashbygeddes.com
      kjones@ashbygeddes.com;adellose@ashbygeddes.com;kwilford@ashbygeddes.com;DKosloske@ashbygeddes.com;KTsaganos@
      ashbygeddes.com

Bernard George Conaway
      on behalf of Creditor Ashley F Keely bgc@conaway-legal.com

Bernard George Conaway
      on behalf of Creditor Golden Gate Paper Company  Incorporated bgc@conaway-legal.com

Bernard George Conaway
      on behalf of Creditor Kassy D. Clifford bgc@conaway-legal.com

Bradford J. Sandler
      on behalf of Plan Administrator Plan Administrator bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler
      on behalf of Liquidating Trust 99 Cents Creditors Liquidating Trust bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler
      on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler
      on behalf of Plaintiff 99 Cents Creditors Liquidating Trust bsandler@pszjlaw.com  abates@pszjlaw.com

Brett Michael Haywood
      on behalf of Interested Party Ad Hoc Group of Secured Noteholders bhaywood@potteranderson.com
      leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
      m

Brett Philip Lowe
      on behalf of Debtor Number Holdings  Inc. Blowe@milbank.com

Byron Z Moldo
      on behalf of Interested Party Niki Main Street  LP bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

District/off: 0311-1        User: admin        Page 3 of 17

Date Rcvd: May 13, 2025        Form ID: pdfgen        Total Noticed: 3

Byron Z Moldo
>on behalf of Creditor SGISMFederal LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo
>on behalf of Interested Party OP Crimson LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Caleb T Holzaepfel
>on behalf of Creditor Safety National Casualty Corporation caleb.holzaepfel@huschblackwell.com serena.gray@huschblackwell.com;caleb-holzaepfel-9767@ecf.pacerpro.com

Carol E Thompson
>on behalf of Interested Party Royal Bank of Canada bankfilings@ycst.com

Caroline Djang
>on behalf of Creditor Grand A International Co. Inc. cdjang@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Casey Sawyer
>on behalf of Attorney Morris Nichols, Arsht & Tunnell csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Claims Agent Kroll Restructuring Administration LLC csawyer@morrisnichols.com casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Other Prof. Kroll Restructuring Administration LLC csawyer@morrisnichols.com casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Debtor 99 Cents Only Stores LLC csawyer@morrisnichols.com casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Attorney Milbank LLP csawyer@morrisnichols.com casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Attorney Morris Nichols, Arsht & Tunnell LLP csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Debtor Number Holdings Inc. csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Financial Advisor Alvarez & Marsal North America LLC csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer
>on behalf of Financial Advisor Jefferies LLC csawyer@morrisnichols.com casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Charles S. Stahl, Jr.
>on behalf of Creditor Raymond Leasing Corporation cstahl@smbtrials.com

Christopher Dean Loizides
>on behalf of Creditor Esperanza Hernandez Sandoval loizides@loizides.com

Christopher Dean Loizides
>on behalf of Creditor Shahnaz Foroutanzad Levyim loizides@loizides.com

Christopher Dean Loizides
>on behalf of Creditor Dawna McNeal loizides@loizides.com

Christopher Dean Loizides
>on behalf of Creditor Judith Persino loizides@loizides.com

Christopher Dean Loizides
>on behalf of Creditor Alicia Hidalgo loizides@loizides.com

Christopher Dean Loizides
>on behalf of Creditor Elder Reyes loizides@loizides.com

Christopher Dean Loizides

District/off: 0311-1                          User: admin                                    Page 4 of 17
Date Rcvd: May 13, 2025                    Form ID: pdfgen                              Total Noticed: 3

on behalf of Creditor Mary Restrepo loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ernisha Truman loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Joann Ruiz Castillo loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kevin Frankenstein loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Yesenia Velasquez loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Paul Breisch loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Dohana Pantaleon loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Madai Elisa Ruiz loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Pontea Davoud loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Liliana Bravo loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Adela Marquez loizides@loizides.com

Christopher Dean Loizides

on behalf of Attorney Esperanza Hernandez Sandoval loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Elva De La Fuente loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Brenda Firestone loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lenis Anel Valencia loizides@loizides.com

Christopher Page Simon

on behalf of Creditor Maricopa AZ Investments  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor California Self-Insurers' Security Fund csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Paul Clemson

on behalf of Creditor Betty Sterling cclemson@gfmlaw.com

Christopher Paul Clemson

on behalf of Creditor Betty Stirling cclemson@gfmlaw.com

Christopher R Kaup

on behalf of Creditor Maricopa AZ Investments  LLC crk@tblaw.com, crkdepartment@tblaw.com

Clifford R Horner

on behalf of Creditor Plaza Four General Partnership chorner@hornerlawgroup.com
spiserchio@hornerlawgroup.com;phifai@hornerlawgroup.com

Colin R. Robinson

on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Other Prof. 99 Cents Creditors' Liquidating Trust crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Plan Administrator Plan Administrator crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Plaintiff 99 Cents Creditors Liquidating Trust crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Liquidating Trust 99 Cents Creditors Liquidating Trust crobinson@pszjlaw.com

Craig Edward Power

on behalf of Creditor Shell Energy Solutions cpower@cokinoslaw.com

District/off: 0311-1
User: admin
Page 5 of 17
Date Rcvd: May 13, 2025
Form ID: pdfgen
Total Noticed: 3

Daniel Michael Pereira
on behalf of Creditor Harco National Insurance Company dpereira@stradley.com

Daniel Michael Pereira
on behalf of Creditor Gessner Square  Ltd. dpereira@stradley.com

David B. Golubchik
on behalf of Interested Party USA Debt Recovery Solutions  Inc. dbg@lnbyb.com

David L. Neale
on behalf of Interested Party Yorba Linda  LP dln@lnbyg.com

David M. Klauder
on behalf of Interested Party Highway Properties  L.P. dklauder@bk-legal.com, DE17@ecfcbis.com

Dawn M. Coulson
on behalf of Interested Party Epps & Coulson  LLP dawn@eppscoulson.com, ecfnotices@eppscoulson.com

Denisse Guevara
on behalf of Creditor Mar  LLC dguevara@atllp.com

Dennis A. Meloro
on behalf of Interested Party North Oaks  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Diane W. Sanders
on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Don Stecker
on behalf of Creditor Bexar County don.stecker@lgbs.com

Don Stecker
on behalf of Creditor City Of El Paso don.stecker@lgbs.com

Donald J. Detweiler
on behalf of Interested Party Shamrock Foods Corporation don.detweiler@wbd-us.com
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Douglas D. Herrmann
on behalf of Other Prof. Hilco Real Estate  LLC
wlbank@troutman.com,Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Edmon L. Morton
on behalf of Interested Party Royal Bank of Canada bankfilings@ycst.com

Edward A. Corma
on behalf of Liquidating Trust 99 Cents Creditors Liquidating Trust ecorma@pszjlaw.com

Edward A. Corma
on behalf of Plan Administrator Plan Administrator ecorma@pszjlaw.com

Elazar A. Kosman
on behalf of Interested Party Freeway Firestone  LLC ekosman@coleschotz.com

Elihu Ezekiel Allinson, III
on behalf of Creditor Dole Packaged Food  LLC ZAllinson@SHA-LLC.com,
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo
on behalf of Creditor City of Colleyville rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo
on behalf of Creditor Grapevine-Colleyville ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo
on behalf of Creditor Richardson ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Emily Margaret Hahn
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Emily Rae Mathews
on behalf of Interested Party Dollar Tree  Inc. mathews@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

District/off: 0311-1                             User: admin                                    Page 6 of 17
Date Rcvd: May 13, 2025                      Form ID: pdfgen                              Total Noticed: 3

Emma Myles
> on behalf of Creditor Shell Energy Solutions emyles@cokinoslaw.com

Eric H Saiki
> on behalf of Creditor Conroy Family Trust eric@saikilawgroup.com

Eric M. Sutty
> on behalf of Creditor Mar  LLC esutty@atllp.com, mmillis@atllp.com

Eric S. Goldstein
> on behalf of Creditor Anthem Blue Cross Life and Health Insurance Company egoldstein@goodwin.com
> bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Ericka Fredricks Johnson
> on behalf of Interested Party Kin Properties  Inc., Esther Jeffrey LLC and Jefan LLC ejohnson@bayardlaw.com,
> rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ernie Zachary Park
> on behalf of Creditor Palmdale Investment Group  LLC ernie.park@bewleylaw.com

Evan T. Miller
> on behalf of Creditor Passion Growers West  LLC evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Frederick Brian Rosner
> on behalf of Creditor Guerra Family Properties II  LLC rosner@teamrosner.com,
> chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
> on behalf of Interested Party Tammy Demora rosner@teamrosner.com
> chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
> on behalf of Interested Party Newport Sales rosner@teamrosner.com
> chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
> on behalf of Creditor Sunkist Growers Inc. rosner@teamrosner.com
> chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gabrielle Colson
> on behalf of Interested Party Dollar Tree  Inc. gcolson@reedsmith.com

Garvan F. McDaniel
> on behalf of Creditor Safety National Casualty Corporation gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Creditor Dairy Farmers of America  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Creditor Stremicks Heritage Foods  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Creditor FTT Village Fair North  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
> on behalf of Creditor Shell Energy Solutions gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

GianClaudio Finizio
> on behalf of Interested Party Five Crowns  Inc., Mountain High Potato & Onion, Inc., Coast Citrus Distributors, Inc., Farmacopia
> Farms, LLC, Progressive Produce, LLC, Produce International, LLC, Dynasty Farms, Inc., and Altafresh
> gfinizio@bayardlaw.com,
> bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio
> on behalf of Interested Party Clairemont Rental Properties  L.P. gfinizio@bayardlaw.com,
> bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
> on behalf of Creditor Landlord 21 Bapaz  LLC and 199 Murdock Associates LLC gtaylor@ashbygeddes.com,
> kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory A. Taylor
> on behalf of Creditor Nova Manna  Inc. gtaylor@ashbygeddes.com,
> kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory Adam Brown
> on behalf of Creditor Promate Produce USA gbrown@mccarronlaw.com

Gregory Adam Brown
> on behalf of Creditor Jem-D International (Michigan) Inc. gbrown@mccarronlaw.com

Henry Jon Jaffe
> on behalf of Creditor American Communication Solutions  Inc. hjaffe@pashmanstein.com, hjaffe@pashmanstein.com

District/off: 0311-1                   User: admin                           Page 7 of 17

Date Rcvd: May 13, 2025           Form ID: pdfgen                   Total Noticed: 3

Ian J Bambrick
> on behalf of Interested Party KTR CLA II LLC ian.bambrick@faegredrinker.com cathy.greer@faegredrinker.com

Jack Shrum
> on behalf of Creditor Diana Bravo jshrum@jshrumlaw.com

Jack Shrum
> on behalf of Creditor Naser Ahmad jshrum@jshrumlaw.com

Jack Shrum
> on behalf of Creditor Nicole Vance jshrum@jshrumlaw.com

Jack Shrum
> on behalf of Creditor Diana Rendon jshrum@jshrumlaw.com

Jack Shrum
> on behalf of Creditor Sky McCloud jshrum@jshrumlaw.com

Jack Shrum
> on behalf of Creditor Arsalan Azizollahi jshrum@jshrumlaw.com

James C. Brand
> on behalf of Interested Party Dayforce US  Inc. jbrand@fredlaw.com, wmunt@fredlaw.com

James E Rossow, Jr
> on behalf of Interested Party ALDI Inc. jrossow@bbfr.law  mralph@rubin-levin.net

James E Rossow, Jr
> on behalf of Creditor ALDI Inc. jrossow@bbfr.law  mralph@rubin-levin.net

James S. Yan
> on behalf of Creditor Mar  LLC jsyan@msn.com

Jamie Kirk
> on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov

Jamie Altman Buggy
> on behalf of Creditor Sentre  Inc. jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com

Jamie Altman Buggy
> on behalf of Creditor Temecula Marketplace LLC jbuggy@harvestllp.com
> jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com

Jason Custer Powell
> on behalf of Creditor Ecolab Inc. jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell
> on behalf of Creditor 3365 Lavco LLC  and certain of its affiliates jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Daniel Angelo
> on behalf of Creditor Wilmington Trust  National Association, as Trustee for the 7.500% Senior Secured Notes due 2026
> JAngelo@reedsmith.com, glauer@reedsmith.com

Jason S. Pomerantz
> on behalf of Plan Administrator Plan Administrator jspomerantz@pszjlaw.com

Jeffrey Rhodes
> on behalf of Interested Party Kin Properties  Inc., Esther Jeffrey LLC and Jefan LLC jrhodes@tlclawfirm.com

Jeffrey M. Carbino
> on behalf of Interested Party Alfred J. Lakritz jeffrey.carbino@pierferd.com
> jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
> on behalf of Creditor Golden Lyon Investment Co.  d/b/a W.Y. International Inc. jeffrey.carbino@pierferd.com,
> jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
> on behalf of Interested Party Judith A. Lakritz jeffrey.carbino@pierferd.com
> jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey R. Waxman
> on behalf of Creditor Fourstar Group USA  Inc. jwaxman@morrisjames.com,
> ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com

Jeffrey R. Waxman
> on behalf of Creditor Tarantino Properties  Inc. jwaxman@morrisjames.com,
> ddepta@morrisjames.com;slisko@morrisjames.com;mwhalen@morrisjames.com

Jeffrey S Kwong
> on behalf of Interested Party USA Debt Recovery Solutions  Inc. jsk@lnbyg.com

Jennifer K Malow

on behalf of Interested Party Soledad Pavana-Camargo jennifer.malow@blankrome.com

Jeremy C. Kleinman

on behalf of Creditor PepsiCo Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. jkleinman@burkelaw.com, csucic@Burkelaw.com;jfrank@burkelaw.com

Jody C. Barillare

on behalf of Creditor Colgate-Palmolive Company jody.barillare@morganlewis.com lori.gibson@morganlewis.com

John Russell

on behalf of Creditor Allied West Paper Corp. jrussell@wallinrussell.com

John C Gentile

on behalf of Creditor Ciuti International jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John D. Demmy

on behalf of Creditor Kent Holding LLC john.demmy@saul.com robyn.warren@saul.com

John D. Demmy

on behalf of Creditor Franklin Family Partnership john.demmy@saul.com robyn.warren@saul.com

John D. Demmy

on behalf of Creditor CSIM FM 1960 Title Holder LLC john.demmy@saul.com robyn.warren@saul.com

John D. Demmy

on behalf of Creditor CSIM FM 1960 Operator LLC john.demmy@saul.com robyn.warren@saul.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John R. Knapp, Jr.

on behalf of Creditor Symphony Talent LLC john.knapp@millernash.com, edgar.rosales@millernash.com;anna.sier@millernash.com

John R. Weaver, Jr.

on behalf of Creditor Conopco Inc. dba Unilever United States jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor 31033 Date Palm LLC jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John T. Carroll, III

on behalf of Interested Party Rosewood Group LLC jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss

on behalf of Financial Advisor Genesis Credit Partners LLC jweiss@pashmanstein.com

Jonathan Bondy

on behalf of Creditor Western Surety Company jbondy@csglaw.com ecf@csglaw.com

Jonathan Bondy

on behalf of Creditor Philadelphia Indemnity Ins. Co. jbondy@csglaw.com ecf@csglaw.com

Jonathan Bondy

on behalf of Creditor Westchester Fire Ins. Co. jbondy@csglaw.com ecf@csglaw.com

Jonathan Michael Weyand

on behalf of Financial Advisor Jefferies LLC jweyand@morrisnichols.com john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Jonathan Michael Weyand

on behalf of Attorney Milbank LLP jweyand@morrisnichols.com john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Jonathan Michael Weyand

on behalf of Debtor Number Holdings Inc. jweyand@morrisnichols.com, john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Jordan Sazant

on behalf of Interested Party Sixth Street Specialty Lending Inc. jsazant@proskauer.com, jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant

on behalf of Interested Party TC Lending LLC jsazant@proskauer.com, jordan-sazant-0995@ecf.pacerpro.com

Jordan L. Williams

on behalf of Interested Party Katy Mission  LLC jordan.williams@blankrome.com

Jordan L. Williams

on behalf of Interested Party Yacoel 2021 Partners  LP jordan.williams@blankrome.com

Jordan L. Williams

on behalf of Interested Party Yacoel 2016 Partners  LP jordan.williams@blankrome.com

Josef W. Mintz

on behalf of Interested Party OBO Ventures  Inc. mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com

Josef W. Mintz

on behalf of Interested Party Ollie's Bargain Outlet  Inc. mintz@blankrome.com, ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Anthem Blue Cross Life and Health Insurance Company jbarsalona@pashmanstein.com
joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank

on behalf of Creditor PepsiCo  Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North
America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. jfrank@burkelaw.com,
csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph D. Frank

on behalf of Creditor PepsiCo Sales  Inc., Quaker Sales & Distribution, Inc. and Rolling Frito-Lay Sales, LP
jfrank@burkelaw.com, csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph E Brenner

on behalf of Creditor Melrose Investment Company  LLC jbrenner@grsm.com, kpatrick@grsm.com

Joseph H Lemkin

on behalf of Creditor Conroy Family Trust jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Date Palm SFT  LLC jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Date Palm BST  LLC jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Date Palm YFT  LLC jlemkin@stark-stark.com

Joshua Brooks

on behalf of Interested Party Sixth Street Specialty Lending  Inc. brooks@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Interested Party TC Lending  LLC brooks@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua W. Wolfshohl

on behalf of Interested Party EMCOR Facilities Services  Inc. jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ymccullar@porterhedges.com

Juan E Martinez

on behalf of Creditor Ciuti International jmartinez@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julia Bettina Klein

on behalf of Creditor Cynthia Remis klein@kleinllc.com

Julie Anne Parsons

on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor City of Waco and Waco ISD jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor County of Denton  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Karen C. Bifferato

on behalf of Interested Party ALDI Inc. kbifferato@connollygallagher.com

Karen C. Bifferato

District/off: 0311-1
Date Rcvd: May 13, 2025
User: admin
Form ID: pdfgen
Page 10 of 17
Total Noticed: 3

on behalf of Creditor ALDI Inc. kbifferato@connollygallagher.com

Katherine Welch

on behalf of Interested Party Victory Asiriuwa katherine.welch@esbrook.com

Katherine M. Devanney

on behalf of Interested Party B33 Valley Central II  LLC kdevanney@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Katherine S. Dute

on behalf of Creditor Allied Universal Security Services kdute@rc.com

Kevin A Sprenz

on behalf of Creditor Belen Banuelos Reyes ksprenz@sprenzlaw.com

Kevin Scott Mann

on behalf of Creditor Maricopa AZ Investments  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Khaled Tarazi

on behalf of Creditor 3365 Lavco LLC  and certain of its affiliates ktarazi@buchalter.com, cdaniels@buchalter.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kurt F. Gwynne

on behalf of Creditor Wilmington Trust  National Association, as Trustee for the 7.500% Senior Secured Notes due 2026
kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

L. Katherine Good

on behalf of Interested Party Ad Hoc Group of Secured Noteholders kgood@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laurel D. Roglen

on behalf of Creditor The Vons Companies  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CCA-Tooele Towne Center LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Newmark Merrill Companies roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Lancaster Investors LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Bearwood Partners roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor NMC Southgate  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Torres South El Monte LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Albertsons LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Buckingham Plaza Limited Partnership roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor GGF Huntington  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor K&L Redondo Beach Partnership roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Schwartz Torrance Company  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 430 N. Mountain Avenue  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor HWS Palm Desert  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Hekmatravan Family Norwalk SPE  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Tropicana & Nellis roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Holdings 12 SPE  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor PDP Imperial Partners roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor HWS Palm Desert roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor Levian Family Norwalk SPE  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor 612 Twin Holdings  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor MGP XII Mountaingate  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor 5950 West Jefferson LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor HUVF-Hilltop LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor NMC Anaheim  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Cred. Comm. Chair Hueneme Bay Center roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
>                          on behalf of Creditor Dart Warehouse Corporation roglenl@ballardspahr.com  carbonej@ballardspahr.com

Lawrence H. Meuers
>                          on behalf of Creditor CDS Distributing  Inc. lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com

Lawrence Raymond Thomas, III
>                          on behalf of Interested Party Powermax Battery (U.S.A.) Inc. lorenzo.thomas@blankrome.com

Lawrence Raymond Thomas, III
>                          on behalf of Interested Party Unique Industries  Inc. lorenzo.thomas@blankrome.com

Levi Akkerman
>                          on behalf of Interested Party Ad Hoc Group of Secured Noteholders lakkermanesq@gmail.com  tmistretta@potteranderson.com

Lisa Holder - Attorney
>                          on behalf of Creditor MING & STINE SHOPPING CENTER  LLC lholder@lnhpc.com

Lisa R. Hatfield
>                          on behalf of Creditor Masters Advanced Remediation Services  LLC lhatfield@connollygallagher.com,
>                          deecf@sterneisenberg.com;bkecf@sterneisenberg.com

Lucian Borders Murley
>                          on behalf of Creditor KRG Houston New Forest  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
>                          on behalf of Interested Party EMCOR Facilities Services  Inc. luke.murley@saul.com, robyn.warren@saul.com

Luke Brzozowski
>                          on behalf of Attorney Morris  Nichols, Arsht & Tunnell lbrzozowski@morrisnichols.com,
>                          luke-brzozowski-2846@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morris
>                          nichols.com;radha--chevli--2257@ecf.pacerpro.com

Luke Brzozowski
>                          on behalf of Debtor Number Holdings  Inc. lbrzozowski@morrisnichols.com,
>                          luke-brzozowski-2846@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morris
>                          nichols.com;radha--chevli--2257@ecf.pacerpro.com

Luke Brzozowski
>                          on behalf of Attorney Milbank LLP lbrzozowski@morrisnichols.com
>                          luke-brzozowski-2846@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morris
>                          nichols.com;radha--chevli--2257@ecf.pacerpro.com

M. Blake Cleary
>                          on behalf of Interested Party Ad Hoc Group of Secured Noteholders bcleary@potteranderson.com
>                          leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
>                          m;tmistretta@potteranderson.com;mromano@potteranderson.com

Malcolm M Bates
>                          on behalf of U.S. Trustee U.S. Trustee malcolm.m.bates@usdoj.gov

Marc J. Phillips
>                          on behalf of Creditor U.S. Merchants mphillips@mmwr.com  mphillips@whitefordlaw.com

Margaret A. Vesper
>                          on behalf of Creditor Brixmor Holdings 12 SPE  LLC vesperm@ballardspahr.com

Margaret A. Vesper
          on behalf of Creditor Buckingham Plaza Limited Partnership vesperm@ballardspahr.com

Mark Iver Duedall
          on behalf of Creditor Reynaldo's Mexican Food Company  LLC mduedall@bakerdonelson.com

Markus D. Young
          on behalf of Creditor American National Insurance Company myoung@greerherz.com

Marla S. Benedek
          on behalf of Creditor Granite Telecommunications  LLC mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew Probus
          on behalf of Creditor Gessner Square  Ltd. matthewprobus@theprobuslawfirm.com

Matthew O Talmo
          on behalf of Debtor 99 Cents HoldCo LLC mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo
          on behalf of Debtor Number Holdings  Inc. mtalmo@mnat.com,
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo
          on behalf of Debtor 99 Cents PropCo LLC mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo
          on behalf of Debtor 99 Cents Only Stores LLC mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo
          on behalf of Debtor 99 Cents Only Stores Texas  Inc. mtalmo@mnat.com,
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew O Talmo
          on behalf of Debtor Bargain Wholesale LLC mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Maxim B. Litvak
          on behalf of Creditor Committee Official Committee Of Unsecured Creditors mlitvak@pszjlaw.com

Melissa E. Valdez
          on behalf of Creditor PASADENA INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
          on behalf of Creditor Galena Park Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
          on behalf of Creditor Texas Tax Authorities mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Breslauer
          on behalf of Creditor Western Cactus Enterprises  LLC mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Michael Breslauer
          on behalf of Creditor Ag Pros  LLC mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Michael Ingrassia
          on behalf of Creditor Salesforce  Inc. ingrassiam@whiteandwilliams.com,
michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael G. Busenkell
          on behalf of Creditor NG19 LP mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
          on behalf of Creditor NG19  LP and Affiliated Entities mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
          on behalf of Creditor 99SD Holdings LLC mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
          on behalf of Creditor Selective Imports Corp. mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

Michael G. Busenkell
on behalf of Creditor Bhullar Investments and Bhullar Properties LLC mbusenkell@gsbblaw.com mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor Niki Holdings  LP; WCY, LLC; BriMar Cherry Hill, LLC; TNG ES, LLC; NG21, LP; Niki Castle Rock, LP; and Niki Norco, LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor Jerry Fein  Trustee of the Fein Family Trust mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor TNG Muir  LLC, NG19, LP, TNG ES, LLC, TNG BF, LLC, Niki Riverside, LP, TNG Green Valley, LP, Niki Holdings, LP, Unified-Niki II, LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor Gerald I Fein and Joyce E. Fein  Co-Trustees of the Fein Family Trust mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael I. Gottfried
on behalf of Creditor K&L Redondo Beach Partnership MGottfried@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor 5950 West Jefferson LLC MGottfried@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor Tropicana & Nellis MGottfried@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com

Michael Joseph Joyce
on behalf of Creditor DiMare Fresh Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Global Packaging Supply  Inc.d/b/a Global Supply Company mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Citrus Crossing Properties Fee  LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Mr. &Mrs. Moniem Shaaban mjoyce@mjlawoffices.com

Michael S. Kogan
on behalf of Creditor Beaty  LLC mkogan@koganlawfirm.com

Michelle E. Shriro
on behalf of Creditor The Realty Associates Fund X  L.P. mshriro@singerlevick.com, scotton@singerlevick.com

Michelle E. Shriro
on behalf of Creditor PP Tango CA  LLC mshriro@singerlevick.com, scotton@singerlevick.com

Nicholas Smargiassi
on behalf of Creditor Betteravia 2002  LLC nicholas.smargiassi@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Nicholas Smargiassi
on behalf of Creditor KRG Houston New Forest  LLC nicholas.smargiassi@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Paige Noelle Topper
on behalf of Creditor Franklin Family Partnership paige.topper@saul.com  cassandra.joyner@saul.com

Patrick J. Reilley
on behalf of Creditor RBC Equities  LLC preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paul M Hilkert
on behalf of Creditor Goodwill of Central and Northern Arizona paul.hilkert@lane-nach.com  aimee.bourassa@lane-nach.com

Paul M Hilkert
on behalf of Creditor Oracle Limberlost Shopping Center  LLC paul.hilkert@lane-nach.com, aimee.bourassa@lane-nach.com

Paul M Hilkert
on behalf of Creditor DeRito Talking Stick North  LLC and affiliates paul.hilkert@lane-nach.com, aimee.bourassa@lane-nach.com

R. Grant Dick, IV
on behalf of Creditor Wheldon Investments  LLC gdick@coochtaylor.com, gdick@ecf.courtdrive.com

Rachel B. Mersky
on behalf of Creditor Brickstar Capital  LLC rmersky@monlaw.com

Rachel B. Mersky
on behalf of Creditor One Crenshaw  LLC rmersky@monlaw.com

District/off: 0311-1                          User: admin                              Page 14 of 17
Date Rcvd: May 13, 2025                  Form ID: pdfgen                          Total Noticed: 3

Rachel B. Mersky

on behalf of Creditor KRCX PRICE REIT  LLC, PKII CREEKSIDE CENTER, LP, KIMCO REALTY OP, LLC AND WRI CHARLESTON COMMONS, LLC (COLLECTIVELY "KIMCO LANDLORDS") rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Rachel Jaffe Mauceri

on behalf of Creditor Allied Universal Security Services rmauceri@rc.com

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Aldo Trading  Ltd. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Raymond Ghermezian

on behalf of Attorney Raymond Ghermezian raymond@ghermezianlaw.com

Reagan H. "Tres Gibbs, III

on behalf of Creditor Shell Energy Solutions tgibbs@cokinoslaw.com

Richard Michael Beck

on behalf of Interested Party Dayforce US  Inc. rbeck@klehr.com, lstanton@klehr.com

Rick S. Miller

on behalf of Creditor LALA  US, Inc. rmiller@ferryjoseph.com, mstucky@ferryjoseph.com

Riley C. Walter

on behalf of Creditor Producers Dairy Foods  Inc RIBTecf@wjhattorneys.com

Robert A Klyman

on behalf of Creditor Red Hill Village  LLC robert.klyman@us.dlapiper.com, nbrosman@gibsondunn.com

Robert D. Bass

on behalf of Attorney Ralph Edwards Productions bob.bass47@icloud.com

Robert J Berens

on behalf of Creditor Harco National Insurance Company rberens@smtdlaw.com  sr@smtdlaw.com

Robert J. Dehney

on behalf of Debtor Number Holdings  Inc. rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor 99 Cents Only Stores Texas  Inc. rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Attorney Morris  Nichols, Arsht & Tunnell rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Bargain Wholesale LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor 99 Cents PropCo LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor 99 Cents Only Stores LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor 99 Cents HoldCo LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Feinstein

on behalf of Liquidating Trust 99 Cents Creditors Liquidating Trust rfeinstein@pszjlaw.com

Robert J. Feinstein

on behalf of Plan Administrator Plan Administrator rfeinstein@pszjlaw.com

Robert L. LeHane

on behalf of Creditor Committee Official Committee Of Unsecured Creditors KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
>
> on behalf of Spec. Counsel Kelley Drye & Warren LLP
> KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Roberto Contreras
>
> on behalf of Creditor Mira Mesa Shopping Center West LLC robbyc@mesacenters.com

Rosa Sierra-Fox
>
> on behalf of U.S. Trustee U.S. Trustee rosa.sierra@usdoj.gov  rosa.sierra-fox@usdoj.gov

Ryan J Bird
>
> on behalf of Creditor FTT Village Fair North  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Samuel C. Wisotzkey
>
> on behalf of Creditor Ecolab Inc. swisotzkey@kmksc.com  kmksc@kmksc.com

Scott Alan Zuber
>
> on behalf of Creditor Western Surety Company szuber@csglaw.com  ecf@csglaw.com

Scott Alan Zuber
>
> on behalf of Creditor Westchester Fire Ins. Co. szuber@csglaw.com  ecf@csglaw.com

Scott J. Leonhardt
>
> on behalf of Interested Party Victory Asiriuwa scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt
>
> on behalf of Interested Party Victory Asiriuwa scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Sidney S Sohn
>
> on behalf of Creditor CHANTAL FRENCH ssohn@venerablelaw.com

Simon Aron
>
> on behalf of Creditor RCB Equities #1  LLC saron@wrslawyers.com

Simon Aron
>
> on behalf of Creditor RBC Equities  LLC saron@wrslawyers.com

Simon E. Fraser
>
> on behalf of Creditor American National Insurance Company sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Stanley B. Tarr
>
> on behalf of Petitioning Creditor Soledad Pavana-Camargo stanley.tarr@blankrome.com

Stanley B. Tarr
>
> on behalf of Interested Party Soledad Pavana-Camargo stanley.tarr@blankrome.com

Stanley B. Tarr
>
> on behalf of Interested Party Soledad Pavana-Camargo stanley.tarr@blankrome.com

Susan R Fuertes
>
> on behalf of Creditor Harris County  et al susan.fuertes@harriscountytx.gov

Tamara K. Mann
>
> on behalf of Debtor Number Holdings  Inc. tmann@mnat.com,
> tamara-mann-9707@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Tara B. Annweiler
>
> on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara L. Grundemeier
>
> on behalf of Creditor Harris County ESD #01 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor Harris County ESD #20 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor Harris County ESD #25 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
>
> on behalf of Creditor Harris County ID #46 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County ESD #48 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County ESD #12 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County ESD #29 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Texas Tax Authorities houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Terri Jane Freedman
on behalf of Creditor Western Surety Company tfreedman@csglaw.com

Terri Jane Freedman
on behalf of Creditor Philadelphia Indemnity Ins. Co. tfreedman@csglaw.com

Terri Jane Freedman
on behalf of Creditor Westchester Fire Ins. Co. tfreedman@csglaw.com

Thomas Joseph Francella, Jr.
on behalf of Creditor Great American Insurance Company TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Creditor Western Surety Company TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Creditor Philadelphia Indemnity Ins. Co. TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Creditor Westchester Fire Ins. Co. TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Tiffany Geyer Lydon
on behalf of Creditor Reliant Energy Retail Services  LLC tlydon@ashbygeddes.com, nstarzi@ashbygeddes.com

Timothy T Mitchell
on behalf of Creditor Indian River Plaza L.L.C. dkrm@aol.com  donna@rashtiandmitchell.com

Todd C Ringstad
on behalf of Creditor CP WOOD  LLC todd@ringstadlaw.com

Todd C Ringstad
on behalf of Creditor Chills99  LLC todd@ringstadlaw.com

Todd C Ringstad
on behalf of Creditor 99 OLIVES  LLC todd@ringstadlaw.com

Todd C Ringstad
on behalf of Creditor SC PICO PLAZA  LLC todd@ringstadlaw.com

Todd C Ringstad
on behalf of Creditor 15501 Gardena  LLC todd@ringstadlaw.com

Todd C Ringstad

on behalf of Creditor Gordean Family Property Management  LLC todd@ringstadlaw.com

Todd C Ringstad

on behalf of Creditor Upland Village Center  LLC todd@ringstadlaw.com

Todd C Ringstad

on behalf of Creditor KINGS WP5  LLC todd@ringstadlaw.com

Todd C Ringstad

on behalf of Creditor 99WHTLNE  LLC todd@ringstadlaw.com

Todd C Ringstad

on behalf of Creditor SIERRA FONTANA 99  LLC todd@ringstadlaw.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Victor A. Sahn

on behalf of Interested Party MIDEB Nominees  Inc victor.sahn@gmlaw.com, pdillamar@sulmeyerlaw.com

William A. Hazeltine

on behalf of Interested Party Tradewinds LTD whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Promate Produce USA whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Jem-D International (Michigan) Inc. whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Cove Parkdale Commons MT  LLC whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Mira Mesa Shopping Center West LLC whazeltine@sha-llc.com

William A. Smelko, II

on behalf of Creditor Passion Growers West  LLC bill.smelko@procopio.com,
kristina.terlaga@procopio.com,calendaringbankruptcy@procopio.com

William E. Chipman, Jr.

on behalf of Interested Party Advance Carts LLC chipman@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

William F. Taylor, Jr

on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr

on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr

on behalf of Creditor UNS Electric  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com

William F. Taylor, Jr

on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr

on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William F. Taylor, Jr

on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William W. Cheney, III

on behalf of Creditor Windstream Services  LLC wcheney@fmglaw.com, jennifer.iommie@fmglaw.com

Zachary I Shapiro

on behalf of Interested Party Dollar Tree  Inc. shapiro@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zev Shechtman

on behalf of Creditor Betteravia 2002  LLC Zev.Shechtman@saul.com


TOTAL: 397