**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post Confirmation Debtor. | |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| July 22, 2025 | 3:00 p.m. prevailing Eastern Time |
| August 21, 2025 | 11:00 a.m. prevailing Eastern Time |

Dated: July 7th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4919-6741-2050.1 00168.00003