**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS**[3]
**SCHEDULED FOR HEARING ON JULY 22, 2025 AT 3:00 P.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

> **AS NO MATTERS ARE GOING FORWARD, THE HEARING
> HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**RESOLVED MATTER**

1.      99 Cents Creditors' Liquidating Trust's Motion for Entry of an Order Extending the Period to File Objections to Claims [Filed July 3, 2025; Docket No. 137].

**Objection Deadline**: July 15, 2025, at 4:00 p.m. (ET).

**Responses Received**: None.

**Related Documents**:

a)      Certificate of No Objection Regarding 99 Cents Creditors' Liquidating Trust's Motion for Entry of an Order Extending the Period to File Objections to Claims [Filed July 16, 2025; Docket No. 149].

b)      **[Signed] Order Granting The 99 Cents Creditors' Liquidating Trust's Motion For Entry Of An Order Extending The Period To File Objections To Claims [Filed July 21, 2025; Docket No. 155].**

---

[1]   The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2]   Amended items appear in **bold**.

[3]   All docket references relate to Case No. 24-10721 unless otherwise noted.

**Status**: An order has been entered, resolving the matter.

Dated:  July 22, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
             scho@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*