# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>99 Cents Only Stores LLC,<br>      Post-Confirmation Debtor.[1] | Chapter 11<br>Case No. 24-10721 (JKS)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION OF MIREILLE BAGDADI FOR RELIEF FROM THE PLAN INJUNCTION

PLEASE TAKE NOTICE THAT on August 15, 2025, Mireille Bagdadi ("Movant") filed the *Motion of Mireille Bagdadi For Relief From The Plan Injunction.*

Mireille Bagdadi, by and through her undersigned counsel, hereby withdraws the *Motion of Mireille Bagdadi For Relief From The Plan Injunction*, filed on August 15, 2025, without prejudice.

Date: September 8, 2025          LAW OFFICES OF MOSES LEBOVITS, P.C.

                                 By:_____
                                    Moses Lebovits
                                    Attorneys For MIREILLE BAGDADI

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

1