# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS[2]**
**SCHEDULED FOR HEARING ON SEPTEMBER 11, 2025 AT 2:30 P.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.**
>
> **All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

## WITHDRAWN MATTER

1. Motion of Mirelle Bagdadi for Relief from the Plan Injunction [Filed August 15, 2025; Docket No. 170].

    **Objection Deadline**: September 4, 2025, at 4:00 p.m. (ET).

    **Responses Received**:

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2] All docket references relate to Case No. 24-10721 unless otherwise noted.

a) Objection of Safety National Casualty Corporation as to the Motion of Mireille Bagdadi for Relief from the Plan Injunction [Filed August 28, 2025; Docket No. 175]

**Related Documents**:

a) Notice of Withdrawal of Motion of Mirelle Bagdadi for Relief from the Plan Injunction [Filed September 8, 2025; Docket No. 180].

**Status**: The matter has been withdrawn.

## MATTERS SUBMITTED UNDER CERTIFICATION OF COUNSEL

2. The 99 Cents Creditors' Liquidating Trusts First Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate Claims, Amended/Superseded Claims and Late Filed Claims) [Filed August 4, 2025; Docket No. 164].

    **Objection Deadline**: August 25, 2025, at 4:00 p.m. (ET).

    **Responses Received**: None.

    **Related Documents**:

    a) Notice of Submission of Proof of Claim re The 99 Cents Creditors' Liquidating Trusts First Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate Claims, Amended/Superseded Claims and Late Filed Claims) [Filed August 28, 2025; Docket No. 177].

    b) Certification of Counsel Regarding The 99 Cents Creditors' Liquidating Trusts First Omnibus Objection (Non-Substantive) to Certain Claims (Duplicate Claims, Amended/Superseded Claims and Late Filed Claims) [Filed September 8, 2025; Docket No. 181].

    **Status**: The Trust has filed a revised proposed order under certification of counsel addressing the informal responses from claimants and respectfully requests entry of the revised proposed order at the Court's convenience. No hearing is necessary unless the Court has questions.

3. The 99 Cents Creditors' Liquidating Trust's Second Omnibus Objection (Substantive) to Certain Claims (Modified Claims, Reclassified Claims and No Liability Claims) [Filed August 4, 2025; Docket No. 165].

    **Objection Deadline**: August 25, 2025, at 4:00 p.m. (ET).

    **Responses Received**:

    a) The Trust received informal responses from (i) 46333 Downey Acquisition, LLC; (ii) Hapy Line Limited; (iii) Kimberly Clark Corporation; (iv) PP Tango CA LLC;

        (v) Century Snacks, LLC; (vi) CRG Financial LLC; (vii) Pacific Beverage Co.; (viii) Arizona Department of Revenue, which responses have been addressed by the revised proposed order submitted with the certification of counsel.

b)      Response to Objection to Claim with Declaration of Prem Kanji and Exhibit 1 and proof of service [Filed August 22, 2025; Docket No. 176].

**Related Documents**:

a)      Notice of Submission of Proof of Claim re The 99 Cents Creditors' Liquidating Trust's Second Omnibus Objection (Substantive) to Certain Claims (Modified Claims, Reclassified Claims and No Liability Claims) [Filed August 28, 2025; Docket No. 178].

b)      Certification of Counsel Regarding The 99 Cents Creditors' Liquidating Trust's Second Omnibus Objection (Substantive) to Certain Claims (Modified Claims, Reclassified Claims and No Liability Claims) [Filed September 8, 2025; Docket No. 182].

**Status**: The Trust has filed a revised proposed order under certification of counsel addressing the informal responses from claimants and respectfully requests entry of the revised proposed order at the Court's convenience. No hearing is necessary unless the Court has questions.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 9, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
   pkeane@pszjlaw.com
   ecorma@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
   scho@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*