## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 99 Cents Only Stores, LLC, | ) | Case No. 24-10721 (JKS) |
| | ) | |
| Post-Confirmation Debtor.[1] | ) | |
| | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Confirmation Debtor in the above-captioned chapter 11 case.

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Supplemental Claimants Service List attached hereto as **Exhibit A**:

- The 99 Cents Creditors' Liquidating Trust's First Notice of Satisfaction of Claims and Partial Satisfaction of Claims [Docket No. 136]

Dated: September 16, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ CINDY C. HOSEIN-MOHAN
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

SRF 90847

**<u>Exhibit A</u>**

Exhibit A

Supplemental Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28967916 | Cyma Orchids Corporation | 590 W Central Ave, Suite A | Brea | CA | 92821 |
| 28960558 | Grand A International Co., Inc. | Caroline Djang,Buchalter, APC 1000 Wilshire Boulevard, Suite 1500 | Los Angeles | CA | 90017-1730 |