# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Post-Confirmation Debtor in the above-captioned chapter 11 case.

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Claimants Service List attached hereto as **Exhibit A**:

- The 99 Cents Creditors' Liquidating Trust's First Notice of Satisfaction of Claims and Partial Satisfaction of Claims [Docket No. 136]

Dated: October 10, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 10, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

_/s/ OLEG BITMAN_
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

SRF 91783 & 91815

**Exhibit A**

Exhibit A
Supplemental Claimants Service List
Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 28967916 | CYMA ORCHIDS CORPORATION | 1201 S BEACH BLVD | STE 217 | | | LA HABRA | CA | 90631-1184 | |
| 28921464 | NINGBO SHIMMER STAR IMP AND EXP COR | ROOM 901, NO.666 DONGYI NORTH ROAD | CAMEL STREET | | | NINGBO, ZHEJIANG | | 315202 | CHINA |
| 28961937 | PRESTIGE CAPITAL FINANCE, LLC | ATTN: ALAN ELIASOF, CEO | PARK 80 WEST | PLAZA ONE 250 PEHLE AVENUE | SUITE 313 | SADDLE BROOK | NJ | 07663 | |