**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that:

1. On October 22, 2025, I caused a true and correct copy of the following documents to be served on the Parties on the Post-Confirmation Service listed on **Exhibit A** attached hereto and in the manner identified therein:

- *Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims* [Docket No. 200].

2. On October 22, 2025, I caused a true and correct copy of the following documents to be served on the affected Claimants listed on **Exhibit B** attached hereto and in the manner identified therein:

- *Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims* [Docket No. 200].

3. On October 22, 2025, I caused a true and correct copy of the following documents to be served on the affected Claimants listed on **Exhibit C** attached hereto and in the manner identified therein:

- *Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims* [Docket No. 200].

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Dated: October 22, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*

**EXHIBIT A**

**(Post-Confirmation Service list)**

**Service by Email**

| | | |
|---|---|---|
| Betty Stirling<br>Christopher P. Clemson, Esq.<br>ORDON, FOURNARIS<br>& MAMMARELLA, P.A<br>Email: cclemson@gfmlaw.com | Betty Stirling<br>Vonn R. Christenson, Esq.<br>CHRISTENSON LAW FIRM, LLP<br>Email: vrc@christensonlaw.com | City of Garland, Garland ISD<br>Carrollton-Farmers branch ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Email: lreece@pbfcm.com |
| County of Denton<br>Texas City of Waco and/or Waco ISD<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Julie Anne Parsons<br>Email: jparsons@mvbalaw.com | Galena Park ISD, Harris County MUD #285,<br>Klein ISD, Harris County WCID #133,<br>Fountainhead MUD, Pasadena ISD, City of Houston<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>c/o Melissa E. Valdez<br>Email: mvaldez@pbfcm.com | Montgomery County<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>Tara L. Grundemeier<br>PO Box 3064<br>Email:<br>houston_bankruptcy@lgbs.com |
| PP Tango<br>Michelle E. Shriro, Esq.<br>Singer & Levick, P.C<br>Email: mshriro@singerlevick.com | Richardson ISD, City of Colleyville,<br>Grapevine-Colleyville ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Email: ebcalvo@pbfcm.com | US TRUSTEE<br>J. Caleb Boggs Federal Building<br>Rosa Sierra-Fox<br>Nicole Watson<br>Mike Girello<br>Email: rosa.sierra-fox@usdoj.gov;<br>Mike.Girello@usdoj.gov;<br>Nicole.Watson2@usdoj.gov |

**EXHIBIT B**

**(Affected Claimants)**

**Service by First Class U.S. Mail**

| | | |
|---|---|---|
| Acosta, Katherine<br>c/o Easton & Easton, LLP<br>Attn: Brenda Kocaj<br>650 Town Center Drive<br>Suite 1850<br>Costa Mesa, CA 92626 | Acosta, Katherine<br>c/o Easton & Easton, LLP<br>Attn: Brenda Kocaj<br>650 Town Center Drive<br>Suite 1850<br>Costa Mesa, CA 92626 | Aguilar, Rosa Elena<br>Address Redacted |
| Aguillon, Alicia<br>Monarch Law Group<br>3636 Birch Street, Suite 270<br>Newport Beach , CA 92660 | Alburez, Gladys<br>Address Redacted | ALVARADO, CINDY<br>LAW OFFICES OF RICHARD DE ANZA<br>6800 OWENSMOUTH AVE<br>SUITE 380<br>WOODLAND HILLS, CA 91303 |
| Alvarez, Tomas<br>Address Redacted | Anaya, Maria<br>Otus Law Group<br>7901 Oakport Street<br>Suite 4300<br>Oakland , CA 94621 | Andrade De Lopez, Maria<br>Daniel Jones, Esq.<br>301 Mission Avenue<br>Ste. 203<br>Oceanside , CA 92054 |
| Anthony, Leila<br>The Paris Firm<br>15335 Fairfield Ranch Rd.<br>Suite 105<br>Chino Hills, CA 91709 | APARICIO MENDEZ, MA ISABEL<br>C/O LAW OFFICES OF JOAN LAURICELLA, APC<br>5900 SEPULVEDA BLVD., STE. 270<br>VAN NUYS, CA 91411 | Arenas, Juana<br>Address Redacted |
| Armstead, Summer L<br>Address Redacted | Azizollahi, Arsalan<br>Jack Shrum, P.A.<br>c/o "J" Jackson Shrum, Esq.<br>919 N. Market St.<br>Ste. 1410<br>Wilmington, DE 19801 | Baca, Renae Sophia<br>Attention: Law Offices of Hess Panah<br>9454 Wilshire Blvd., Floor 6<br>Beverly Hills, CA 90212 |
| Bagdadi, Mireille<br>c/o Law Offices of Moses Lebovits, P.C.<br>Moses Lebovits<br>11601 Wilshire Boulevard<br>14th Floor<br>Los Angeles, CA 90025 | Banuelos-Reyes, Belen<br>c/o Sprenz Law<br>9960 W. Cheyenne Avenue #170<br>Las Vegas , NV 89129 | BARAJAS, ENRIQUETA<br>c/o MELINDA HARRISON COTIVITI<br>10701 S River Front Pkwy<br>PO Box 12011<br>S Jordan, UT 84095-1221 |
| Batou, Eyong<br>Denicks Legal PLLC<br>7324 Southwest Fwy<br>Ste 370<br>Houston, TX 77074 | BEY, JAMIE<br>Address Redacted | Branch, Steven<br>c/o Pacific West Injury Law<br>8180 Rafael Rivera Way #200<br>Las Vegas, NV 89113 |
| Bravo, Diana<br>c/o "J" Jackson Shrum, Esq.<br>919 N. Market St.<br>Ste. 1410<br>Wilmington, DE 19801 | Bretz, Julie<br>Maison Law APLC<br>700 N Central Ave Suite 450<br>Glendale, CA 91203 | Brown Mohamed, Rhonda<br>Address Redacted |

| | | |
|---|---|---|
| Brown, Kesi<br>Address Redacted | BROWN, MEEKA<br>Address Redacted | Cervantes, Veronica Alejandra<br>Address Redacted |
| Chan, Blondie<br>c/o Gourjian Law Group, PC<br>101 N. Brand Blvd<br>Suite 1220<br>Glendale, CA 91203 | Clayton, Scott<br>c/o Kroger-Diamond & Campos, APC<br>3180 University Ave. #640<br>San Diego, CA 92104 | Coffey, Stephanie<br>Attention To: Aslin Tutuyan, Esq.,<br>The Mandell Law Firm<br>5950 Canoga Avenue<br>Suite 605<br>Woodland Hills, CA 91367 |
| Contreras, Felipe<br>Law Offices of Brad Husen<br>2200 Vesper Circle, Suite F-7<br>Corona, CA 92879 | Cornejo, Elizabeth<br>c/o Law Offices of Harlan B. Kistler<br>Attn: Nolan Bartlett Kistler<br>4193 Flat Rock Drive, Suite 300<br>Riverside, CA 92505 | Corona, Victoria<br>Sepulveda Sanchez Law, PC<br>3530 Wilshire Blvd, Suite 1515<br>Los Angeles, CA 90010 |
| Corona, Victoria<br>Sepulveda Sanchez Law, PC<br>3530 Wilshire Blvd, Suite 1515<br>Los Angeles, CA 90010 | Cruz, Gloria<br>c/o Law Offices of Davis & VanWagenen<br>5703 N. West Ave., Suite 100<br>Fresno, CA 93711 | Cux Chan, Catarina<br>c/o Viciti Law<br>13743 Ventura Boulevard Suite 240<br>Sherman Oaks , CA 91423 |
| Davis, Rodney<br>Bauman Law APLC<br>1820 Capital Ave<br>#208<br>Sacramento, CA 95811 | Davis, Rodney<br>Bauman Law APLC<br>1820 Capital Ave<br>#208<br>Sacramento, CA 95811 | DE LA TORRE, LUDIVINA<br>c/o LAW OFFICE OF ERIC HERSHLER<br>ERIC HERSHLER<br>11845 WEST OLYMPIC BLVD<br>SUITE 725 W<br>LOS ANGELES, CA 90064 |
| Del Valle, Cynthia<br>Wells Call, A Professional Corporation<br>c/o Benjamin W. Scott<br>620 Great Jones Street<br>Fairfield, CA 94533 | Delgado, Maria<br>c/o Law Office of Domingo Garcia<br>Attn: John Terrelle Bynum<br>12929 Gulf Freeway<br>Houston, TX 77034 | DEYVID, HERNANDEZ<br>C/O: LAW OFFICES OF SERGIO F. BENEDETTO<br>ATTN: SERGIO F. BENEDETTO, ESQ.<br>535 NORTH BRAND.,SUITE 700<br>GLENDALE , CA 91203 |
| Diaz, Martha<br>Law Offices of Ramin Younessi<br>Jeffrey Ronaldo Pineda<br>3435 Wilshire Blvd.<br>Suite 2200<br>Los Angeles, CA 90010 | Dordulian Law Group Attorneys for Cherylyn Ramos<br>William Wilson - Dordulian Law Group<br>550 N. Brand Blvd<br>Ste 1990<br>Glendale, CA 92103 | Dordulian Law Group Attorneys for Jimmy Nordmann<br>William Wilson - Dordulian Law Group<br>550 N. Brand Blvd Ste 1990<br>Glendale, CA 92103 |
| Fain, Gloria Eileen<br>Address Redacted | Feldman, Caron<br>Address Redacted | Franklin, Gwendolyn<br>LA Century Law<br>1880 Century Park E. Ste 1101<br>Los Angeles , CA 90067 |
| Galdamez, Theresa<br>Address Redacted | GALICIA, CRISTINA<br>WELTIN STREB AND WELTIN, LLP<br>1432 MARTIN LUTHER KING JR WAY<br>OAKLAND, CA 94612 | Gama-Higuera, Lidia<br>Address Redacted |

| | | |
|---|---|---|
| Garcia, Christopher<br>Address Redacted | Garcia, Gabriela<br>Avalon Law Firm, APC<br>18960 Ventura Blvd.<br>Suite 425<br>Tarzana, CA 91356 | Garza Espinoza, Karla<br>Address Redacted |
| Gonzalez, Felipe<br>c/o: Azimi Law Firm<br>Attn: Yasmin Azimi, Esq<br>1401 Dove St<br>Suite 450<br>Newport Beach, CA 92660 | Gonzalez, Sara Ortega<br>Address Redacted | Gutierrez, Irene<br>Address Redacted |
| Hamilton, Cathy<br>c/o Steven Parke<br>3111 S Maryland Pkwy<br>Las Vegas, NV 89109 | Hernandez, Paulina<br>c/o Orion Robinson<br>Robinson Di Lando, APC<br>801 S. Grand Ave. Suite 500<br>Los Angeles, CA 90017 | HERNANDEZ, ROSALIA<br>Address Redacted |
| Hill, Rodrick<br>Address Redacted | Holiday, Cynthia<br>Dordulian Law Group<br>Aram Bagrazyan, Esq<br>550 N. Brand Blvd #1990<br>Glendale, CA 91203 | Hudson, Asontie Alethea<br>Address Redacted |
| Huynh, Brian<br>California Justice Lawyers<br>500 N. Brand Blvd. Suite 2000<br>Glendale, CA 91203 | Jackson, Viola<br>c/o Westphal Law Group<br>1881 Commercenter East<br>Suite 210<br>San Bernardino, CA 92408 | Jaradat, Rania<br>Farzam Law Firm<br>11766 Wilshire Blvd. Suite 280<br>Los Angeles, CA 90025 |
| JIMENEZ, MARCO<br>Address Redacted | Johnson, Brenda<br>Law Offices of David M. Slater<br>14545 Victory Boulevard, Suite 504<br>Van Nuys, CA 91411 | Jones, Kenecka D’Anne<br>Address Redacted |
| Jones, Marina<br>c/o The Baird Law Firm<br>2323 South Voss Road, Suite 325<br>Houston, TX 77057 | Joseph Farzam Law Firm c/o<br>Cassandra Lombera<br>11766 Wilshire Blvd #280<br>Los Angeles, CA 90025 | Joseph Farzam Law Firm c/o Jose<br>Raya Ramirez<br>11766 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90025 |
| JOSEPHINA PAIVA, SARAH<br>Address Redacted | Kebbeh, Samer<br>Address Redacted | KHACHATOURIAN, NORIK<br>Address Redacted |
| LEMON, APRILE<br>Address Redacted | Lemus, Manuel Ramirez<br>Address Redacted | LEON AGUILAR, ISABEL<br>LAW OFFICES OF RICHARD DE<br>ANZA<br>6800 OWENSMOUTH AVE<br>SUITE 380<br>WOODLAND HILLS, CA 91303 |
| Lerma, Esmeralda<br>Address Redacted | Lopez Alvarez, Yazmin<br>Care Of: The Law Office of<br>Lawrence M. Knapp<br>250 Dorris Place<br>Stockton, CA 95204 | Lorenzana, Ruth<br>Address Redacted |
| Lorenzana, Ruth Maria<br>Address Redacted | Luna, Maria Isabel<br>Gene Toscano, Inc.<br>846 Culebra Road<br>Suite 104<br>San Antonio, TX 78201 | Luz Amparo, Olivia Alfaro<br>Address Redacted |

| | | |
|---|---|---|
| Magallon, Delores<br>Address Redacted | MAGANA, ANGELICA<br>Address Redacted | Magana, Leticia<br>Address Redacted |
| MARQUEZ, MONICA C Esq.<br>5938 PRIESTLY DR. SUITE 103<br>CARLSBAD, CA 92008 | Marshall, Simone<br>c/o Law Offices of Silverman & Goldszer<br>215 S. La Cienega Boulevard<br>Suite 300A<br>Beverly Hills, CA 90211 | Martinez, Maria Bernal<br>Address Redacted |
| MARTINEZ, YOLANDA<br>C/O RAYMOND GHERMEZIAN, A PROFESSIONAL LAW CORP.<br>ATTN: RAYMOND GHERMEZIAN<br>8383 WILSHIRE BOULEVARD, SUITE 1030<br>BEVERLY HILLS, CA 90211 | Masdeo, Michael<br>Wilshire Law Firm<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010 | Mazzeo, Patricia<br>Address Redacted |
| McCloud, Sky<br>c/o “J” Jackson Shrum, Esq.<br>919 N. Market St.<br>Ste. 1410<br>Wilmington, DE 19801 | Mendoza, Martha<br>c/o Blanco & Arias, APC<br>21171 South Western Avenue, Suite 2812<br>Torrance, CA 90501 | Menjivar, Elizabeth<br>Stephan Philip PC<br>100 W Broadway Suite 1200<br>Glendale , CA 91210 |
| Might, Deborah Jean<br>Address Redacted | Miller, Gloria<br>Address Redacted | Miller, Rosalind<br>Address Redacted |
| Minyard, Grace<br>Azimi Law<br>1401 Dove Street #450<br>Newport Beach, CA 92660 | | |

**EXHIBIT C**

**(Affected Claimants)**

| | | |
|---|---|---|
| Mohamed, Rhonda<br>Address Redacted | Morales, Jovita<br>Westside Injury Lawyers<br>147 Waverly Drive Suite A<br>Pasadena, CA 91105 | Mosley, Delicia<br>C/O Law Offices of Darrell E. Goss<br>6060 W Manchester Ave.<br>Suite 307<br>Los Angeles, CA 90045 |
| Mosley, Delicia<br>C/O Law Offices of Darrell E. Goss<br>6060 W Manchester Ave.<br>Suite 307<br>Los Angeles, CA 90045 | Murphy, Loreta<br>Address Redacted | NELSON, ALECEA MONET<br>SEDAGHAT LAW GROUP<br>C/O: LILLIAN SEDAGHAT<br>9454 WILSHIRE BLVD.<br>SUITE 830<br>BEVERLY HILLS, CA 90212 |
| Nunez, Juanita<br>c/o Gibson & Hughes<br>Attn: Robert B. Gibson<br>26021 Acero<br>Mission Viejo, CA 92691 | Nunez, Olga<br>LA Century Law<br>1880 Century Park E. Ste 1101<br>Los Angeles , CA 90067 | Nuno, Andres<br>Tishbi Law Firm<br>5757 Wilshire Blvd., Suite 372<br>Los Angeles, CA 90036 |
| Osuna, Patricia<br>c/o Sedaghat Law Group<br>Attn: Lilian Sedaghat; Ryan Cowan<br>9454 Wilshire Blvd.<br>Suite 830<br>Beverly Hills, CA 90212 | Parvana-Camargo, Soledad<br>The Dominguez Firm<br>3250 Wilshire Blvd. Suite 2200<br>Los Angeles, CA 90010 | Peck, Ryon<br>Address Redacted |
| Pereira San Innocencio, Vivian A<br>Address Redacted | Perez de la Paz, Gerardo<br>c/o Schmidt Law Group<br>3770 North 7th Street Suite #150<br>Phoenix, AZ 85014 | Perry, Mario<br>c/o Law Offices of Bob Khakshooy<br>9454 Wilshire Blvd.<br>Suite 601<br>Beverly Hills, CA 90212 |
| Porter, Brenda<br>C/O: Law Offices of Hamed Yazdanpanah & Associates<br>Attn: Ray Benyamin, Esq.; Hamed Yazdanpanah, Esq.<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | QUIROZ, DORA<br>McNALLY LAW OFFICE<br>225 S. Lake Ave., Suite 1100<br>Pasadena, CA 91101 | Ramirez, Jose<br>Address Redacted |
| Rangel, Kassandra Elizabeth<br>Address Redacted | Rodriguez, Lourdes<br>Address Redacted | Romero, Alice<br>Mestemaker Srtaub & Zumwalt<br>3100 Timmons Lane, Suite 455<br>Houston, TX 77027 |
| SANCHEZ BAUTISTA, JULIA<br>C/O BANKER'S HILL LAW FIRM, A.P.C.<br>160 THORN STREET, SUITE 200<br>SAN DIEGO, CA 92103 | Sandoval Lepe, Susana<br>Address Redacted | Sepe, Adina<br>Jurewitz Law Group<br>600 B Street<br>Suite 1450<br>San Diego, CA 92101 |
| Sepulveda, Tomas<br>Joseph Farzam Law Firm<br>11766 Wilshire Blvd, #280<br>Los Angeles , CA 90025 | Sims, Lawrence & Broghammer LLP<br>1478 Stone Point Drive, #450<br>Roseville, CA 95661 | Smith, Carolyn<br>Address Redacted |

| | | |
|---|---|---|
| SOLIS, MARTHA<br>JHM LAW OFFICES<br>14553 DELANO STREET<br>SUITE 216 AND 217<br>VAN NUYS, CA 91411 | Soqui, David<br>Address Redacted | TORRES, MARIA<br>Address Redacted |
| Torres, Maria<br>Address Redacted | Torres, Tony<br>Pacific West Injury Law<br>8180 Rafael Rivera Way, Ste #200<br>Las Vegas, NV 89113 | Vance, Nicole<br>c/o "J" Jackson Shrum, Esq.<br>919 N. Market St.<br>Ste. 1410<br>Wilmington, DE 19801 |
| Vu, Tam Thi<br>Address Redacted | Walker, Willie<br>c/o Elliott N. Tiomkin<br>16945 Livorno Dr<br>Pacific Palisades, CA 90272 | Wilson, Jacquelyn<br>c/o Law Offices of Eslamboly Hakim<br>8730 Wilshire Blvd<br>Suite 500<br>Beverly Hills , CA 90211 |