## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| 99 Cents Only Stores LLC | ) | Case No 24-10721 (JKS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Paul J. Winterhalter to represent Adena Sepe in this action.

                                              */s/ Brian J. McLaughlin*
                                              Brian J. McLaughlin (DE#2462)
                                              OFFIT KURMAN, P.A.
                                              222 Delaware Avenue, Suite 1105
                                              Wilmington, DE  19801
                                              (302) 351.0916
                                              brian.mclaughlin@offitkurman.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

                                              */s/ Paul J. Winterhalter*
                                              Paul J. Winterhalter
                                              OFFIT KURMAN, P.A.
                                              401 Plymouth Road, Suite 100
                                              Plymouth Meeting, PA 19462
                                              (267) 338.1370
                                              pwinterhalter@offitkurman.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

4902-9685-7720, v. 1