# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

RECEIVED
2025 NOV 12  AM 8:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:** 99 Cents Only Stores LLC
**Case No.:** 24-10721 (JKS)
**Chapter 11**

# Response of Claimant Ryon Peck
# with Exhibits A–E

Filed: October 25, 2025

I, Ryon Peck, submit this response regarding the 99 Cents Only Stores bankruptcy case. I respectfully request the Court to recognize that my attorney, Ms. Paris Page, was relieved as counsel only after multiple improper filings, and I did not receive any of my client files or official notice regarding ongoing matters. On September 9, 2024, Ms. Page filed a motion to be relieved as counsel, which was denied due to procedural defects. Despite this, she remained listed as my attorney of record through November 21, 2024, when the Court finally issued an order relieving her as counsel. I did not receive advance notice of the hearing or the resulting order until after it had been entered by the Court and mailed by the Clerk's Office. The envelope was received in December 2024. Therefore, Ms. Page technically remained counsel of record through the July 8, 2024, bar date, during which I had no actual notice or communication from her regarding the Delaware bankruptcy filing or the required proof of claim. For these reasons, I respectfully request that my late filing be accepted as timely under the doctrine of excusable neglect, given the lack of notice, attorney abandonment, and ongoing confusion regarding the Delaware filing jurisdiction. I further request the Court recognize that I acted in good faith once I learned of the proceedings and promptly sought to address the deficiency. Respectfully submitted,

/s/ Ryon Peck
1738 Canyon Dr., #210
Los Angeles, CA 90028
Email: ryonpeck@mac.com
Phone: 323-443-5765
Filed with the Clerk of the Court
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor, Wilmington, DE 19801

**Exhibit A — Email from attorney Paris Page dated July 31, 2024.**

**Exhibit B — Court docket excerpt showing motion to be relieved as counsel.**

7:37

26 Messages
**Bentruptcy Matter**
< Back    **Bankruptcy Matter**

Found in iCloud Inbox



**Paris Page**                              7/31/24
To: Ryon   Cc: Salena & 2 more... >

Hi Ryon,

Although my office has made it clear we are no longer representing you. I would recommend that you speak to an Attorney that is licensed in Delaware since the 99 cent store bankruptcy is filed in Delaware. I am only licensed in California and I do not practice bankruptcy law.

Thank you,

**Paris Page, Esq.**
**PAGE LAW**
7119 W. Sunset Blvd #225
Los Angeles CA 90046
Tel: 213.220.3965
Fax: 213.402.6322

CONFIDENTIALITY NOTICE: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named

   

**Credit**

Exhibit B - Court docket excerpt showing motion to be relieved as counsel

7:38 

**6 Messages**

 Back    **Court record of activity**  

**05/07/2024** Certificate of Mailing for Certificate of Mailing for (Non-Appearance Case Review) of 04/19/2024; Minute Order (Non-Appearance Case Review); Filed by: Clerk

**05/07/2024** Updated -- Certificate of Mailing for Minute Order (Non-Appearance Case Review); Certificate of Mailing for (Non-Appearance Case Review) of 04/19/2024: Name Extension changed from Certificate of Mailing for (Non-Appearance Case Review) of 04/19/2024; Minute Order (Non-Appearance Case Review) to Minute Order (Non-Appearance Case Review); Certificate of Mailing for (Non-Appearance Case Review) of 04/19/2024

**04/19/2024** Non-Appearance Case Review Re: Bankruptcy scheduled for 10/14/2024 at 08:30 AM in Spring Street Courthouse at Department 28

**04/19/2024** Status Conference Re: Bankruptcy scheduled for 10/08/2024 at 08:30 AM in Spring Street Courthouse at Department 28

**04/19/2024** Non-Appearance Case Review Re: Bankruptcy scheduled for 10/14/2024 at 08:30 AM in Spring Street Courthouse at Department 28

**04/19/2024** Case special status: Stay - Bankruptcy; Start Date updated from to

            

**Credit**

**7:38**  



~~scheduled for 10/03/2024 at 08:30 AM in Spring~~
Street Courthouse at Department 28

**04/19/2024** Non-Appearance Case Review Re:
Bankruptcy scheduled for 10/14/2024 at 08:30
AM in Spring Street Courthouse at Department
28

**04/19/2024** Case special status: Stay -
Bankruptcy; Start Date updated from to
04/17/2024

**04/19/2024** Minute Order (Non-Appearance Case
Review)

**04/19/2024** Certificate of Mailing for (Non-
Appearance Case Review) of 04/19/2024; Filed
by: Clerk

**04/19/2024** The case is placed in special status
of: Stay - Bankruptcy

**04/19/2024** Final Status Conference scheduled
for 08/02/2024 at 10:00 AM in Spring Street
Courthouse at Department 28 Not Held - Vacated
by Court on 08/02/2024

**04/19/2024** Non-Jury Trial scheduled for
08/14/2024 at 08:30 AM in Spring Street
Courthouse at Department 28 Not Held - Vacated
by Court on 08/14/2024

**04/19/2024** Order to Show Cause Re: Dismissal
scheduled for 08/14/2024 at 08:30 AM in Spring
Street Courthouse at Department 28 Not Held -

   

**Credit**

7:38

Courthouse at Department 28 Not Held - Vacated
by Court on 08/14/2024

**04/19/2024** Order to Show Cause Re: Dismissal
scheduled for 08/14/2024 at 08:30 AM in Spring
Street Courthouse at Department 28 Not Held -
Vacated by Court on 08/14/2024

**04/19/2024** Non-Appearance Case Review Re:
Bankruptcy scheduled for 10/14/2024 at 08:30
AM in Spring Street Courthouse at Department
28 Not Held - Vacated by Court on 10/14/2024

**04/19/2024** Non-Appearance Case Review Re:
Bankruptcy scheduled for 10/14/2024 at 08:30
AM in Spring Street Courthouse at Department
28 Not Held - Vacated by Court on 10/14/2024

**04/19/2024** Non-Appearance Case Review Re:
Bankruptcy scheduled for 10/14/2024 at 08:30
AM in Spring Street Courthouse at Department
28 Not Held - Vacated by Court on 10/14/2024

**04/19/2024** The case is removed from the special
status of: Stay - Bankruptcy

**04/18/2024** Non-Appearance Case Review Re:
Bankruptcy scheduled for 10/14/2024 at 08:30
AM in Spring Street Courthouse at Department
28

**04/18/2024** The case is placed in special status
of: Stay - Bankruptcy

**04/17/2024** Notice of Stay of Proceedings

   

Credit

**04/19/2024** The case is removed from the special status of: Stay - Bankruptcy

**04/18/2024** Non-Appearance Case Review Re: Bankruptcy scheduled for 10/14/2024 at 08:30 AM in Spring Street Courthouse at Department 28

**04/18/2024** The case is placed in special status of: Stay - Bankruptcy

**04/17/2024** Notice of Stay of Proceedings (Bankruptcy); Filed by: 99 CENTS ONLY STORES LLC (Defendant); Bankruptcy Stay Case Type: Case

**09/18/2023** Notice of Continuance of Trial; Filed by: 99 CENTS ONLY STORES LLC (Defendant); As to: RYON PECK (Plaintiff)

**09/15/2023** [Proposed Order] and Stipulation to Continue Trial, FSC (and Related Motion/ Discovery Dates) Personal Injury Courts Only (Central District); Signed and Filed by: 99 CENTS ONLY STORES LLC (Defendant); As to: RYON PECK (Plaintiff)

**09/15/2023** Pursuant to written stipulation, Final Status Conference scheduled for 01/31/2024 at 10:00 AM in Spring Street Courthouse at Department 28 Not Held - Continued - Stipulation was rescheduled to 08/02/2024 10:00 AM

**09/15/2023** Pursuant to written stipulation, Non-

   

Credit

10:00 AM in Spring Street Courthouse at Department 28 Not Held - Continued - Stipulation was rescheduled to 08/02/2024 10:00 AM

**09/15/2023** Pursuant to written stipulation, Non-Jury Trial scheduled for 02/14/2024 at 08:30 AM in Spring Street Courthouse at Department 28 Not Held - Continued - Stipulation was rescheduled to 08/14/2024 08:30 AM

**07/25/2023** Notice of Posting of Jury Fees; Filed by: 99 CENTS ONLY STORES LLC (Defendant)

**07/21/2023** Updated -- Motion to Be Relieved as Counsel: Filed By: Robin E. Paley (Attorney),RYON PECK (Plaintiff); Result: Granted ; Result Date: 07/21/2023

**07/21/2023** Updated -- Notice of Rejection of Electronic Filing: As To Parties: ; Status changed from Rejected to Issued

**07/21/2023** Substitution of Attorney; Filed by: RYON PECK (Plaintiff)

**07/21/2023** Address for Paris S. Page (Attorney) updated

**07/21/2023** Minute Order (Hearing on Motion to be Relieved as Counsel)

**07/21/2023** Hearing on Motion to be Relieved as Counsel scheduled for 07/21/2023 at 01:30 PM in Spring Street Courthouse at Department 28 updated: Result Date to 07/21/2023: Result Type

   

Credit

Electronic Filing. As To Parties. , Status changed from Rejected to Issued

**07/21/2023** Substitution of Attorney; Filed by: RYON PECK (Plaintiff)

**07/21/2023** Address for Paris S. Page (Attorney) updated

**07/21/2023** Minute Order (Hearing on Motion to be Relieved as Counsel)

**07/21/2023** Hearing on Motion to be Relieved as Counsel scheduled for 07/21/2023 at 01:30 PM in Spring Street Courthouse at Department 28 updated: Result Date to 07/21/2023; Result Type to Held - Motion Granted

**06/21/2023** Motion to Be Relieved as Counsel; Filed by: Attorney

**06/21/2023** Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Robin E. Paley (Attorney); RYON PECK (Plaintiff)

**06/21/2023** Hearing on Motion to be Relieved as Counsel scheduled for 07/21/2023 at 01:30 PM in Spring Street Courthouse at Department 28

**09/21/2022** Demand for Jury Trial; Filed by: 99 CENTS ONLY STORES LLC (Defendant)

**09/21/2022** Answer; Filed by: 99 CENTS ONLY STORES LLC (Defendant); As to: RYON PECK (Plaintiff)

   

Credit

7:39     

6 Messages
‹ Back    **Court record of activity**    ∧  ∨

**06/21/2023** Motion to Be Relieved as Counsel;
Filed by: Attorney

**06/21/2023** Declaration in Support of Attorney's
Motion to Be Relieved as Counsel-Civil; Filed by:
Robin E. Paley (Attorney); RYON PECK (Plaintiff)

**06/21/2023** Hearing on Motion to be Relieved as
Counsel scheduled for 07/21/2023 at 01:30 PM in
Spring Street Courthouse at Department 28

**09/21/2022** Demand for Jury Trial; Filed by: 99
CENTS ONLY STORES LLC (Defendant)

**09/21/2022** Answer; Filed by: 99 CENTS ONLY
STORES LLC (Defendant); As to: RYON PECK
(Plaintiff)

**08/17/2022** Order to Show Cause Re: Dismissal
scheduled for 08/14/2024 at 08:30 AM in Spring
Street Courthouse at Department 28

**08/17/2022** Complaint; Filed by: RYON PECK
(Plaintiff); As to: 99 CENTS ONLY STORES LLC
(Defendant)

**08/17/2022** Case assigned to Hon. Daniel M.
Crowley in Department 28 Spring Street
Courthouse

**08/17/2022** Non-Jury Trial scheduled for
02/14/2024 at 08:30 AM in Spring Street
Courthouse at Department 28

**08/17/2022** Final Status Conference scheduled

            

Credit

**Exhibit C — Proof of service document filed in Los Angeles Superior Court.**

**POS-030**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br><br>Paris Page, Page & Nguyen APC. SB#296772<br>7119 W. Sunset Blvd. #225 Los Angeles, CA 90046<br><br><br>TELEPHONE NO.: (213) 220-3965        FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* Paris@pagenguyen.com<br>ATTORNEY FOR *(Name):* Ryon Peck | **FOR COURT USE ONLY** |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
| STREET ADDRESS: 312 N. Spring St. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles 90012 |
| BRANCH NAME: Spring Street Courthouse |
| PETITIONER/PLAINTIFF: Ryon Peck |
| RESPONDENT/DEFENDANT: 99 Cents Only Store LLC |

| | |
|---|---|
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:  22STCV26651 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:  7119 W. Sunset Blvd., Unit 225 Los Angeles, CA 90046

3. On *(date):*     12/2/2024          I mailed from *(city and state):* Los Angeles CA
   the following **documents** *(specify):*

   Court order relieving Paris Page as counsel for Plaintiff Ryon Peck.

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*

   a. ☒ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:

   a. **Name** of person served: Ryon Peck; Law Office of York & Wainfeld

   b. **Address** of person served: 1738 Canyon Dr. #210, :Los Angeles, CA 90028
      9301 Oakdale Ave suite 220, Chatsworth, CA 91311

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/2/2024

Paris Page
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courts.ca.gov |

# INFORMATION SHEET FOR PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

*(This information sheet is not part of the Proof of Service and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Use these instructions to complete the Proof of Service by First-Class Mail—Civil (form POS-030).

A person over 18 years of age must serve the documents. There are two main ways to serve documents: (1) by personal delivery and (2) by mail. Certain documents must be personally served.  You must determine whether personal service is required for a document. Use the *Proof of Personal Service–Civil* (form POS-020) if the documents were personally served.

The person who served the documents by mail must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

## INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS

The proof of service should be printed or typed.  If you have Internet access, a fillable version of the Proof of Service form is available at *www.courtinfo.ca.gov/forms*.

Complete the top section of the proof of service form as follows:

First box, left side: In this box print the name, address, and telephone number of the person for whom you served the documents.

Second box, left side: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

Third box, left side: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are on the documents that you served.

First box, top of form, right side: Leave this box blank for the court's use.

Second box, right side: Print the case number in this box. The case number should be the same as the case number on the documents that you served.

Complete items 1–5 as follows:

1. You are stating that you are over the age of 18 and that you are not a party to this action. You are also stating that you either live in or are employed in the county where the mailing took place.

2. Print your home or business address.

3. Provide the date and place of the mailing and list the name of each document that you mailed. If you need more space to list the documents, check the box in item 3, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)), and attach it to form POS-030.

4. For item 4:

    Check box a if you personally put the documents in the regular U.S. mail.
    Check box b if you put the documents in the mail at your place of business.

5. Provide the name and address of each person to whom you mailed the documents. If you mailed the documents to more than one person, check the box in item 5, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (form POS-030(P)), and attach it to form POS-030.

**At the bottom, fill in the date on which you signed the form, print your name, and sign the form. By signing, you are stating under penalty of perjury that all the information you have provided on form POS-030 is true and correct.**

POS-030 [New January 1, 2005]  **PROOF OF SERVICE BY FIRST CLASS MAIL—CIVIL**
**(Proof of Service)**

Exhibit D - Order relieving counsel
filed November 21, 2024.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 28

**22STCV26651**
**RYON PECK vs 99 CENTS ONLY STORES LLC**

November 21, 2024
1:30 PM

Judge: Honorable Lisa R. Jaskol
Judicial Assistant: J. Almanza
Courtroom Assistant: None

CSR: None
ERM: None
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Paris S. Page via (LACOURTCONNECT)

For Defendant(s): Hayden Soria for Gabriel H. Wainfeld via (LACOURTCONNECT)

**NATURE OF PROCEEDINGS:** Hearing on Motion to be Relieved as Counsel

The Court's tentative ruling is posted online for the parties to review.

The matter is not called for hearing.

Both sides submit to the Court's tentative ruling.

After reading and considering all moving documents, the Court adopts its tentative ruling as the final order of the Court, as follows:

The Motion to Be Relieved as Counsel filed by Paris S. Page on 10/03/2024 is Granted.

BACKGROUND

On August 17, 2022, Plaintiff Ryon Peck ("Plaintiff") filed this action against Defendants 99 Cents Only Stores ("Defendant") and Does 1-10 for general negligence and premises liability.

On September 21, 2022, Defendant filed an answer.

On April 17, 2024, Defendant filed a notice of stay of proceedings (bankruptcy). On April 19, 2024, the Court stayed the action.

On October 3, 2024, Plaintiff's counsel, Paris Page, filed a motion to be relieved as counsel. The motion was set for hearing on November 21, 2024.

COUNSEL'S REQUEST

Plaintiff's counsel, Paris Page, asks to be relieved as counsel.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
### Central District, Spring Street Courthouse, Department 28

**22STCV26651**                                           November 21, 2024
**RYON PECK vs 99 CENTS ONLY STORES LLC**                        1:30 PM

Judge: Honorable Lisa R. Jaskol              CSR: None
Judicial Assistant: J. Almanza               ERM: None
Courtroom Assistant: None                    Deputy Sheriff: None

---

LEGAL STANDARD

Code of Civil Procedure section 284 provides:

"The attorney in an action or special proceeding may be changed at any time before or after judgment or final determination as follows:

1. "Upon the consent of both client and attorney, filed with the clerk, or entered upon the minutes;

2. "Upon the order of the court, upon the application of either client or attorney, after notice from one to the other."

(Code Civ. Proc., § 284.)

California Rules of Court, rule 3.1362, provides:

"(a) Notice

"A notice of motion and motion to be relieved as counsel under Code of Civil Procedure section 284(2) must be directed to the client and must be made on the Notice of Motion and Motion to Be Relieved as Counsel-Civil (form MC-051).

"(b) Memorandum

"Notwithstanding any other rule of court, no memorandum is required to be filed or served with a motion to be relieved as counsel.

"(c) Declaration

"The motion to be relieved as counsel must be accompanied by a declaration on the Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil (form MC-052). The declaration must state in general terms and without compromising the confidentiality of the attorney-client relationship why a motion under Code of Civil Procedure section 284(2) is brought instead of filing a consent under Code of Civil Procedure section 284(1).

"(d) Service

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 28

**22STCV26651**
**RYON PECK vs 99 CENTS ONLY STORES LLC**

November 21, 2024
1:30 PM

| | |
|---|---|
| Judge: Honorable Lisa R. Jaskol | CSR: None |
| Judicial Assistant: J. Almanza | ERM: None |
| Courtroom Assistant: None | Deputy Sheriff: None |

"The notice of motion and motion, the declaration, and the proposed order must be served on the client and on all other parties who have appeared in the case. The notice may be by personal service, electronic service, or mail.

"(1) If the notice is served on the client by mail under Code of Civil Procedure section 1013, it must be accompanied by a declaration stating facts showing that either:

"(A) The service address is the current residence or business address of the client; or

"(B) The service address is the last known residence or business address of the client and the attorney has been unable to locate a more current address after making reasonable efforts to do so within 30 days before the filing of the motion to be relieved.

"(2) If the notice is served on the client by electronic service under Code of Civil Procedure section 1010.6 and rule 2.251, it must be accompanied by a declaration stating that the electronic service address is the client's current electronic service address.

"As used in this rule, 'current' means that the address was confirmed within 30 days before the filing of the motion to be relieved. Merely demonstrating that the notice was sent to the client's last known address and was not returned or no electronic delivery failure message was received is not, by itself, sufficient to demonstrate that the address is current. If the service is by mail, Code of Civil Procedure section 1011(b) applies.

"(e) Order

"The proposed order relieving counsel must be prepared on the Order Granting Attorney's Motion to Be Relieved as Counsel-Civil (form MC-053) and must be lodged with the court with the moving papers. The order must specify all hearing dates scheduled in the action or proceeding, including the date of trial, if known. If no hearing date is presently scheduled, the court may set one and specify the date in the order. After the order is signed, a copy of the signed order must be served on the client and on all parties that have appeared in the case. The court may delay the effective date of the order relieving counsel until proof of service of a copy of the signed order on the client has been filed with the court."

(Cal. Rules of Court, rule 3.1362.)

DISCUSSION

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 28

**22STCV26651**                                          November 21, 2024
**RYON PECK vs 99 CENTS ONLY STORES LLC**                        1:30 PM

Judge: Honorable Lisa R. Jaskol          CSR: None
Judicial Assistant: J. Almanza           ERM: None
Courtroom Assistant: None                Deputy Sheriff: None

---

Counsel has filed and served the required paperwork and provided the necessary information to support the motion to be relieved as counsel. The Court grants the motion.

CONCLUSION

The Court GRANTS Paris Page's motion to be relieved as counsel for Plaintiff Ryon Peck. Counsel will be relieved upon filing proof of service on Plaintiff Ryon Peck of the Order Granting Attorney's Motion to Be Relieved as Counsel--Civil (Judicial Council form MC-053).

Plaintiff's counsel is ordered to give notice of this ruling.

Plaintiff's counsel is ordered to file the proof of service of this ruling with the Court within five days.

Ryon Peck
1738 Canyon Drive
Apt. 210
Los Angeles, CA 90028

19801

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90027
NOV 01, 2025
$12.14
S2324P502111-05

United States Bankruptcy Court
District of Delaware
824 N. Market St.
3rd Floor
Wilmington, DE 19801



CERTIFIED MAIL

9589 0710 5270 2728 7989 07