IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: 99 Cents Stores LLC, | Chapter 11 |
| | CASE NO.: 24-10721 (JKS) |
| Post-Confirmation Debtor. | Hearing Date: December 3, 2025 |

**CLAIMANT CAROLYN SMITH'S RESPONSE TO THE 99 CENT CREDITORS' LIQUIDATING TRUSTS FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED PERSONAL INJURY CLAIMS)**

Carolyn Smith (the "Claimant"), by and through herself, hereby submits this response (the "Response") to the Debtors' Fourth Omnibus Objection to Claims (Late-Filed Claims) (the "Objection"), and respectfully states as follows:

**I. INTRODUCTION**

1.  The Debtors objected to certain proofs of claim, including Proof of Claim No. 2351 filed by the Claimant, on the basis that the claim was filed late pursuant to section 502(b)(9) of the Bankruptcy Code and after the claims bar date (the "Bar Date").

2.  The Objection is factually incorrect as to Claimant's filing. Claimant's proof of claim was timely filed at the latest March 16, 2023 (EXHIBIT A).

3.  Because Claimant's proof of claim was timely filed prior to the Bar Date, the Debtors' Objection should be overruled as to Claim No. 2351.

**III. ARGUMENT**

8.  The Debtors' Objection is premised on an incorrect filing date. The record demonstrates that Claimant's proof of claim was timely filed in 2023, before the established Bar Date.

9.  Because the Objection is based on a factual inaccuracy and there is no legal basis for disallowance of a timely claim, the Objection must be denied as to Claim No. 2351

## IV. RESERVATION OF RIGHTS

11. Claimant reserves all rights to supplement, amend, or otherwise modify this Response, and to raise additional arguments at or prior to any hearing on the Objection. Nothing herein shall be construed as a waiver of any rights or defenses under applicable law.

## V. CONCLUSION

WHEREFORE, for the reasons set forth herein, Claimant respectfully requests that this Court:

(a) overrule the Debtors' [Number] Omnibus Objection to Claims as it pertains to Proof of Claim No. 2351;

(b) allow Claim No. 2351 as timely filed; and

(c) grant such other and further relief as the Court deems just and proper.

DATED: _11-12-25_

Carolyn Smith—Claimant

# EXHIBIT A



03/16/2023

Carolyn Smith
8954 CUYAMACA ST
CORONA, CA 92883-2102

Re:      Claimant:  Carolyn Smith
      Date of Loss:  11/03/2022
      Claim Number:  NN230945
      Insured:  99 Cents Only Stores LLC

Dear Ms. Smith:

Athens Program Insurance Services, LLC. is the authorized claim handler for 99 Cents Only
Stores LLC.   As required by the California Code of Regulations, this letter serves to inform you
that your claim has not yet been resolved due to the following:

☐ We are waiting for damage estimates.

☐ Our investigation of the loss is continuing.

☐ We are waiting for the completion of repairs.

☐ We are awaiting receipt of the police report. If you have a copy of the report please forward a copy.

☐ We are waiting for proof of ownership.

☐ We are attempting to reach you to discuss [ your / your client's ] claim.

☐ We are awaiting your demand package for the above referenced client.

☐ Our medical and or wage investigation is continuing.

☐ We are determining the coverages available on this loss.

☐ We are attempting to reach you to further discuss your loss. Should you wish to pursue your claim,

please contact our office as listed below.

☒ Other – You are still treating for your injuries.

Please call me if you have any questions.

Sincerely,

Thomas Nesbitt

Thomas Nesbitt
Sr. Claims Examiner P&C
(407) 395-0236
tnesbitt@athensadmin.com

Athens Program Insurance Services, LLC. on behalf of 99 Cents Only Stores LLC

cc:

Enc:



04/11/2023

Carolyn Smith
8954 CUYAMACA ST
CORONA, CA 92883-2102

Re:        Claimant:  Carolyn Smith
        Date of Loss:  11/03/2022
        Claim Number:  NN230945
            Insured:  99 Cents Only Stores LLC

Dear Ms. Smith:

Athens Program Insurance Services, LLC. is the authorized claim handler for 99 Cents Only
Stores LLC. As required by the California Code of Regulations, this letter serves to inform you
that your claim has not yet been resolved due to the following:

☐ We are waiting for damage estimates.

☐ Our investigation of the loss is continuing.

☐ We are waiting for the completion of repairs.

☐ We are awaiting receipt of the police report. If you have a copy of the report please forward a copy.

☐ We are waiting for proof of ownership.

☐ We are attempting to reach you to discuss [ your / your client's ] claim.

☐ We are awaiting your demand package for the above referenced client.

☐ Our medical and or wage investigation is continuing.

☐ We are determining the coverages available on this loss.

☐ We are attempting to reach you to further discuss your loss. Should you wish to pursue your claim,

please contact our office as listed below.

☒ Other - You are still treating for your injuries.

Please call me if you have any questions.

Sincerely,

*Thomas Nesbitt*

Thomas Nesbitt
Sr. Claims Examiner P&C
(407) 395-0236
tnesbitt@athensadmin.com

Athens Program Insurance Services, LLC. on behalf of 99 Cents Only Stores LLC



12/11/2023

Carolyn Smith
8954 CUYAMACA ST
CORONA, CA 92883-2102

Re:        Claimant:  Carolyn Smith
        Date of Loss:  11/03/2022
     Claim Number:  NN230945
           Insured:  99 Cents Only Stores LLC

Dear Carolyn Smith:

Athens Program Insurance Services, LLC. is the authorized claim handler for 99 Cents Only
Stores LLC. As required by the California Code of Regulations, this letter serves to inform you
that your claim has not yet been resolved due to the following:

☐ We are waiting for damage estimates.

☐ Our investigation of the loss is continuing.

☐ We are waiting for the completion of repairs.

☐ We are awaiting receipt of the police report. If you have a copy of the report please forward a copy.

☐ We are waiting for proof of ownership.

☐ We are attempting to reach you to discuss [ your / your client's ] claim.

☐ We are awaiting your demand package for the above referenced client.

☐ Our medical and or wage investigation is continuing.

☐ We are determining the coverages available on this loss.

☐ We are attempting to reach you to further discuss your loss. Should you wish to pursue your claim,

please contact our office as listed below.

☒ Other – You are still treating with a medical provider

Please call me if you have any questions.

Sincerely,

Thomas Nesbitt
Thomas Nesbitt
Sr. Claims Examiner P&C
(407) 395-0236
tnesbitt@athensadmin.com

Athens Program Insurance Services, LLC. on behalf of 99 Cents Only Stores LLC

MAILING ADDRESS:                                                    CA LICENSE 2743959
PO BOX 4111 | CONCORD, CA | 94524-4111                             PHONE: 1.800.677.7896



07/17/2023

Carolyn Smith
8954 CUYAMACA ST
CORONA, CA 92883-2102

Re:        Claimant:  Carolyn Smith
           Date of Loss:  11/03/2022
           Claim Number:  NN230945
           Insured:  The 99 Cents Only Stores LLC

Dear Ms. Smith:

Athens Program Insurance Services, LLC. is the authorized claim handler for 99 Cents Only
Stores LLC, As required by the California Code of Regulations, this letter serves to inform you
that your claim has not yet been resolved due to the following:

☐ We are waiting for damage estimates.

☐ Our investigation of the loss is continuing.

☐ We are waiting for the completion of repairs.

☐ We are awaiting receipt of the police report. If you have a copy of the report please forward a copy.

☐ We are waiting for proof of ownership.

☐ We are attempting to reach you to discuss [ your / your client's ] claim.

☐ We are awaiting your demand package for the above referenced client.

☐ Our medical and or wage investigation is continuing.

☐ We are determining the coverages available on this loss.

☐ We are attempting to reach you to further discuss your loss. Should you wish to pursue your claim,
please contact our office as listed below.

☒ Other – You are still treating for your injuries.

Please call me if you have any questions.

Sincerely,

Thomas Nesbitt

Thomas Nesbitt
Sr. Claims Examiner P&C
(407) 395-0236
tnesbitt@athensadmin.com

Athens Program Insurance Services, LLC. on behalf of 99 Cents Only Stores LLC

cc:

Enc: