**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 CENTS ONLY STORES LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS)<br><br>**Re: Docket No. 201** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN**
**CONNECTION WITH THE 99 CENTS CREDITORS' LIQUIDATING**
**TRUST'S THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE)**
**TO CERTAIN CLAIMS (LATE FILED PERSONAL INJURY CLAIMS)**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on October 22, 2025, the 99 Cents Creditors' Liquidating Trust (the "Trust"), formed pursuant to the confirmed *Joint Chapter 11 Plan of Number Holdings, Inc., and its Debtor Affiliates* [Docket No. 1733] (the "Plan"), by and through its undersigned counsel, filed *The 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims)* (the "Third Omnibus Objection") [Docket No. 201] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the Third Omnibus Objection is scheduled for December 3, 2025 at 2:30 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Third Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trust.

---

[1]  The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4903-8733-7591.1 00168.00003

| | |
|---|---|
| Dated: November 14, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| |         pkeane@pszjlaw.com |
| | |
| | -and- |
| | |
| | Shirley S. Cho (admitted *pro hac vice*) |
| | Beth E. Levine (admitted *pro hac vice*) |
| | Jason S. Pomerantz (admitted *pro hac vice*) |
| | 1700 Broadway, 36th Floor |
| | New York, NY  10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email:    scho@pszjlaw.com |
| |         blevine@pszjlaw.com |
| |         jspomerantz@pszjlaw.com |
| | |
| | *Counsel to the 99 Cents Creditors' Liquidating Trust* |