IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>        Post-Confirmation Debtor. | Chapter 11<br><br>Case No. 24-10721 (JKS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brigette McGrath of ASK LLP, to represent the 99 Cents Creditors' Liquidating Trust in the above-captioned case and any related adversary proceedings.

Dated:  November 14, 2025

/s/ *Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, the State of New Jersey and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  November 14, 2025

/s/ *Brigette McGrath*
Brigette McGrath, Esq. (NY Bar No. 4962379)
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone:  651.406.9655
Facsimile:   651.406.9676
Email:  bmcgrath@askllp.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: November 14th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4931-8338-6745.1 00168.00003