IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>        Post-Confirmation Debtor. | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Marianna Udem of ASK LLP, to represent the 99 Cents Creditors' Liquidating Trust in the above-captioned case and any related adversary proceedings.

Dated: November 14, 2025

      */s/ Peter J. Keane*
      Peter J. Keane (DE Bar No. 5503)
      Pachulski Stang Ziehl & Jones LLP
      919 North Market Street, 17th Floor
      Wilmington, DE 19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 14, 2025

      */s/ Marianna Udem*
      Marianna Udem, Esq. (NY Bar No. 4543245)
      ASK LLP
      60 East 42nd Street, 46th Floor
      New York, NY 10165
      Telephone: 212.267.7342
      Facsimile: 212.918.3427
      Email: mudem@askllp.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: November 14th, 2025**
**Wilmington, Delaware**

      J. KATE STICKLES
      UNITED STATES BANKRUPTCY JUDGE

4927-0058-3545.1 00168.00003