IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
) Case No. 24-10721 (JKS)
99 Cents Only Stores LLC, )
)
)
Post-Confirmation Debtor. )
)
)

# RESPONSE TO 99 CENTS CREDITORS' LIQUIDATING TRUST's FOURTH OMNIBUS OBJECTION

Creditor Willie Walker ["Walker"] hereby responds to the 99 CENTS CREDITORS' LIQUIDATING TRUST's FOURTH OMNIBUS OBJECTION, which seeks to disallow Walker's claim as late-filed.

As evidenced by the Declaration of Attorney Elliott N. Tiomkin, the Claim was timely filed on July 8, 2025.

Dated: November 12, 2025

_____
Willie Walker

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

99 Cents Only Stores LLC,

        Post-Confirmation Debtor.

) Chapter 11
)
) Case No. 24-10721 (JKS)
)
)
)
)
)
)

I, ELLIOTT N. TIOMKIN, hereby declare as follows:

1.     I am an attorney admitted to practice law in the State of California and I am counsel for Creditor Willie Walker. As such, I am familiar with this matter, and, if called upon as a witness, I could and would competently testify to the following facts as they are within my personal knowledge. I make this declaration in response to the 99 CENTS CREDITORS' LIQUIDATING TRUST's FOURTH OMNIBUS OBJECTION, which seeks to disallow Walker's claim as late-filed.

2.     I have reviewed the Declaration of Michael Infanti, which declares, without any foundation, that he, "or professionals acting at [his] direction" have "determined" that a series of claims "was filed after the Claims Bar Date."

3. Mr. Infanti is incorrect. I personally filed Mr. Walker's claim on July 8, 2025, by the Claims Bar Date.

4. Schedule 1, which lists Mr. Walker's claim, incorrectly states that the claim was filed on July 11, 2025.

5. Schedule 1 also contains other errors. It lists an incorrect address of 16945 Livorno Drive, Pacific Palisades, CA 90272 for Mr. Walker. That address is my former address, and the structure was destroyed in the Pacific Palisades Fire. I have never provided this address as my address or that of Mr. Walker.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Elliott N. Tiomkin, Esq.
Attorneys for Creditor Willie Walker

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16830 Ventura Boulevard, Suite 130, Encino, California 91436.

On November 12, 2025, I served the foregoing document: Response; Declaration

on all parties in this action by placing a true copy thereof in a sealed envelope addressed as follows: See attached service list

[ ] By Mail – I am readily familiar with the law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing this affidavit.

[ ] Telecopier – at fax number listed above

[ X ] Via Electronic Mail – via electronic mail to each of the parties in this action

[ ] By Personal Service – I delivered such envelope by hand to the offices of the addressee(s)

[ ] I declare under penalty of perjury under the laws of the State of California that the above is true and correct

[ X ] I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 12, 2025, at Los Angeles, California. I declare under penalty of perjury that the foregoing is true and correct.

Shiran H. Moretsqi

4
**RESPONSE TO FOURTH OMNIBUS OBJECTION**

# SERVICE LIST

99 CENTS CREDITORS' LIQUIDATING TRUST
Pachulski Stang Ziehl & Jones LLP
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com
pkeane@pszjlaw.com
scho@pszjlaw.com

OFFICE OF THE UNITED STATES TRUSTEE
Rosa Sierra-Fox, Esq.
Rosa.sierra-fox@usdoj.gov

**RESPONSE TO FOURTH OMNIBUS OBJECTION**

Franklin Law
1683 Ventura Bl. #120
Encino CA 91436

SANTA CLARITA CA
14 NOV 2025 PM 1 L

The Clerk of
824 N. Market St.
Wilmington, DE 19801