# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and (2) via email on the Notice Parties Email Service List attached hereto as **Exhibit B**:

- Notice of Deadlines for Filing Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code and Other Administrative Claims [Docket No. 793] (the "***Bar Date Notice***")

- Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit C** (the "***Proof of Claim Form***")

On June 7, 2024, at my direction and under my supervision, employees of Kroll caused (1) the Bar Date Notice and the Proof of Claim form, individualized to include the name and address of the creditor, to be served via first class mail on the Master Mailing Service List attached hereto as **Exhibit D**; (2) the Bar Date Notice and the Proof of Claim form, customized to include the name and address of the creditor and the debtor, amount, nature and classification of the scheduled claim, to be served via first class mail on the Schedule DEF Service List attached hereto as **Exhibit E**; (3) the Bar Date Notice and the Proof of Claim form, individualized to include the name and address of the creditor and an indication that the creditor appeared on Schedule G, to be served via first class mail on the parties listed on the Schedule G Service List attached hereto as **Exhibit F**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Exhibit E
Schedule DEF Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28754285 | SHEETAL MERCANTILE PVT LTD | PLOT NO 5 8/2 & 5 | GHAZIABAD | | 201010 | INDIA |
| 28754286 | SHEFFIELD PHARMACEUTICALS LLC | 170 BROAD ST | NEW LONDON | CT | 06320 | |
| 28913278 | SHEILA MOORE | C/O THE STANO LAW FIRM, ATTN: MATTHEW C. STANO; FRANK A. SEDITA;, JASON M. BROOKS, 19747 HIGHWAY 59 N., STE. 400 | HUMBLE | TX | 77338 | |
| 28732159 | SHELL ENERGY SOLUTIONS | PO BOX 7247-6353 | PHILADELPHIA | PA | 19170-6353 | |
| 28732172 | SHENZHEN HANWAY TRADING CO LTD | 8TH FL LI'AN COMMERCIAL BUILDING A | SHENZHEN | | 518000 | CHINA |
| 28914301 | SHIELDS FOR FAMILIES-ACT PROGRAM | ATTN: VANESSA SALGADO, 9624 S COMPTON AVENUE | LOS ANGELES | CA | 90002 | |
| 28914302 | SHIFA FREE CLINIC | ATTN: RESHMA KHAN, 1092 JOHNNIE DODDS BLVD | MT. PLEASANT | SC | 29464 | |
| 28754363 | SHIPPERS SUPPLIES | PO BOX 337 | BELLVILLE | OH | 44813 | |
| 28754363 | SHIPPERS SUPPLIES | PO BOX 337 | BELLVILLE | OH | 44813 | |
| 28754379 | SHOETERIA INC | 5305 E WASHINGTON BLVD | COMMERCE | CA | 90040 | |
| 28912310 | SHOKRI, ZIBA | ADDRESS ON FILE | | | | |
| 28754389 | SHORELINE A LAW COMPANY | 1299 OCEAN AVE STE 400 | SANTA MONICA | CA | 90401 | |
| 28754392 | SHRED-IT USA LLC | PO BOX 101007 | PASADENA | CA | 91189-1007 | |
| 28912312 | SHRYOCK, VILMA | ADDRESS ON FILE | | | | |
| 28912313 | SIDDIQI, SHABNAM | ADDRESS ON FILE | | | | |
| 28732260 | SIEMENS INDUSTRY INC | 100 DEERFIELD PARKWAY | BUFFALO GROVE | IL | 60089-4513 | |
| 28732260 | SIEMENS INDUSTRY INC | 100 DEERFIELD PARKWAY | BUFFALO GROVE | IL | 60089-4513 | |
| 28754420 | SIERRA COMMERCIAL SWEEPINGJKS ENTERPRISE LLC | PO BOX 576415 | MODESTO | CA | 95357 | |
| 28754421 | SIERRA FONTANA 99 LLC | 14 CORPORATE PLAZA DR 120 | NEWPORT BEACH | CA | 92660 | |
| 28732269 | SIERRA INDUSTRIAL PARK DELAWARE LLC | 4750 N ORACLE RD STE 210 | TUCSON | AZ | 85705 | |
| 28914463 | SILIS, GERMAN FERNANDEZ | ADDRESS ON FILE | | | | |
| 28912318 | SILIS, LILIANA | ADDRESS ON FILE | | | | |
| 28912319 | SILVA, ROSEMARIE | ADDRESS ON FILE | | | | |
| 28754438 | SILVER SHIELD LLC | 549 47TH AVE | SAN FRANCISCO | CA | 94121 | |
| 28913225 | SILVESTER, JOVITA | ADDRESS ON FILE | | | | |
| 28732317 | SILVIA VALENCIA, SILVIA | ADDRESS ON FILE | | | | |
| 28914152 | SIMON QUAN & CO LTD | ATTN: PETER QUAN, 24. QUEEN ST, P.O. BOX 401 | | | | |
| 28912321 | SIMON, SHIRLEY | ADDRESS ON FILE | | | | |
| 28754489 | SIMPLE SYMBOL LTD | RM 511-4 HUNGHOM COMM CENTRE | KOWLOON | | | HONG KONG |
| 28914219 | SIMPO PHARMACY & CVS INC | ATTN: STEPHEN MBAH, 5602 B TELEPHONE ROAD | HOUSTON | TX | 77087 | |
| 28711474 | SIMS, ALTHA | ADDRESS ON FILE | | | | |
| 28913292 | SINGSONG INTERNATIONAL TRADE CO LIM | FLAT RM A 12F KIU FU COMMERCIAL BLD | WANCHAI | | | HONG KONG |
| 28912740 | SKILLSET GROUP LLC | 3631 S HARBOR BLVD SUITE 130 | SANTA ANA | CA | 92704 | |
| 28913129 | SKILLSET GROUP LLC | 3631 S HARBOR BLVD SUITE 130 | SANTA ANA | CA | 92704 | |
| 28912740 | SKILLSET GROUP LLC | 3631 S HARBOR BLVD SUITE 130 | SANTA ANA | CA | 92704 | |
| 28912741 | SKILLSET GROUP PROFESSIONAL LLC | 3631 S HARBOR BLVD SUITE 130 | SANTA ANA | CA | 92704 | |
| 28912742 | SKILLSET GROUP, INC. | 3631 S HARBOR BLVD SUITE 130 | SANTA ANA | CA | 92704 | |
| 28912333 | SLATER, JAMARI | ADDRESS ON FILE | | | | |
| 28740911 | SLAUGHTER, ELIJAH | ADDRESS ON FILE | | | | |
| 28912335 | SLAUGHTER, JOANNE | ADDRESS ON FILE | | | | |
| 28914503 | SMARTDECOFFICIAL | ATTN: CARLOS ROJAS, 2810 NW 110TH AVE | SUNRISE | FL | 33322 | |
| 28912337 | SMC ZERO WASTE | PO BOX 79200 | CORONA | CA | 92877 | |
| 28912338 | SMITH, ANNA | ADDRESS ON FILE | | | | |
| 28912339 | SMITH, BRENDA | ADDRESS ON FILE | | | | |
| 28912340 | SMITH, CAROLINE | ADDRESS ON FILE | | | | |
| 28912341 | SMITH, CAROLYN | ADDRESS ON FILE | | | | |
| 28912342 | SMITH, DONNA | ADDRESS ON FILE | | | | |
| 28912343 | SMITH, LUCIA | ADDRESS ON FILE | | | | |
| 28912346 | SMITH, VICKIE | ADDRESS ON FILE | | | | |
| 28912347 | SMITH, VICKIE | ADDRESS ON FILE | | | | |
| 28912346 | SMITH, VICKIE | ADDRESS ON FILE | | | | |
| 28754526 | SMITHFIELD PACKAGED MEATS SALES COR | 200 COMMERCE STREET | SMITHFIELD | VA | 23430 | |
| 28754526 | SMITHFIELD PACKAGED MEATS SALES COR | 200 COMMERCE STREET | SMITHFIELD | VA | 23430 | |
| 28732362 | SOADY COMPANY LLC | 8201 SEPULVEDA PL | VAN NUYS | CA | 91402 | |
| 28912349 | SOINAK, CHAIYONG | ADDRESS ON FILE | | | | |
| 28732396 | SOLANO COUNTY | 675 TEXAS ST SUITE 5500 | FAIRFIELD | CA | 94533-6341 | |
| 28732397 | SOLANO PROPERTY MANAGEMENT | 750 MASON ST SUITE 201 | VACAVILLE | CA | 95688 | |
| 28912350 | SOLEDAD, MARIA VITAL | ADDRESS ON FILE | | | | |
| 28754571 | SOLGREAT INC | 9339 CHARLES SMITH AVE | RANCHO CUCAMONGA | CA | 91730 | |
| 28912351 | SOLIS, AMY | ADDRESS ON FILE | | | | |
| 28912352 | SOLIS, AMY | ADDRESS ON FILE | | | | |
| 28749421 | SOLIS, MARTHA | ADDRESS ON FILE | | | | |
| 28912354 | SOLIS-LEIVA, NANCY | ADDRESS ON FILE | | | | |
| 28914497 | SOMESUCH | ATTN: NEIL WYZANOWSKI, 1804 LINCOLN BLVD | VENICE | CA | 90291 | |
| 28732438 | SONORA CORPORATION | 1941 W MISSION BLVD | POMONA | CA | 91766 | |

Exhibit E
Schedule DEF Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28913201 | CRUZ DE LOPEZ, MARTHA OLIVIA | ADDRESS ON FILE | | | | |
| 28913201 | CRUZ DE LOPEZ, MARTHA OLIVIA | ADDRESS ON FILE | | | | |
| 28910859 | CRUZ, BLANCA | ADDRESS ON FILE | | | | |
| 28910859 | CRUZ, BLANCA | ADDRESS ON FILE | | | | |
| 28910861 | CRUZ, GLORIA | ADDRESS ON FILE | | | | |
| 28910863 | CRUZ, VIRGINIA | ADDRESS ON FILE | | | | |
| 28757342 | CRYSTAL GEYSER WATER CO | 501 WASHINGTON ST | CALISTOGA | CA | 94515 | |
| 28717108 | CRYSTAL ICE COMPANY INC | 1345 W 4TH ST | RENO | NV | 89503 | |
| 28914166 | CT TRADING INC | ATTN: JACKIE GARCIA, 4956 HELLMAN AVE | LOS ANGELES | CA | 90042 | |
| 28717138 | CUCAMONGA VALLEY WATER DISTRICT | PO BOX 638 | RANCHO CUCAMONGA | CA | 91729 | |
| 28910864 | CUENCAS, MARTHA | ADDRESS ON FILE | | | | |
| 28910865 | CUEVAS, EDEN | ADDRESS ON FILE | | | | |
| 28717142 | CUMMINS ALLISON CORP | PO BOX 931958 | ATLANTA | GA | 31193-1959 | |
| 28910866 | CUMMINS, MARY | ADDRESS ON FILE | | | | |
| 28910868 | CUNNINGHAM, TIFFANY | ADDRESS ON FILE | | | | |
| 28717146 | CURRENT WHOLESALE ELECTRIC SUPPLY | 2800 E 54TH ST | VERNON | CA | 90058 | |
| 28739239 | CURTIS WAGNER PLASTICS CORP | PO BOX 40505 | HOUSTON | TX | 77240-0505 | |
| 28910869 | CURTIS, DAVID | ADDRESS ON FILE | | | | |
| 28739241 | CUT AND CLEAN LANDSCAPE SERVICES IN | 758 CALLE PLANO | CAMARILLO | CA | 93012 | |
| 28910870 | CUX CHA, CATARINA | ADDRESS ON FILE | | | | |
| 28717152 | CYA PROPERTY MANAGEMENT LLC | 4444 MANZANITA AVE STE 1 | CARMICHAEL | CA | 95608 | |
| 28717156 | CYMA ORCHIDS CORPORATION | 2929 ETTING ROAD | OXNARD | CA | 93033 | |
| 28729793 | D FONBERG, PETER D | ADDRESS ON FILE | | | | |
| 28739297 | D&Z PROPERTIES LLC | 18001 VENTURA BLVD #C | ENCINO | CA | 91316 | |
| 28739299 | DA INTERNATIONAL VENTURES INC | 2408 CONGRESS ST | SAN DIEGO | CA | 92110 | |
| 28739311 | DAFU INDUSTRIES CO LIMITED | RM 1608 BLOCK A JINGLONG | GUANGDONG | | | CHINA |
| 28717224 | DAHDOUL TEXTILES INC. | C/O: MILORD LAW GROUP, P.C., ATTN: MILORD A. KESHISHIAN, 333 S. HOPE STREET, SUITE 4025 | LOS ANGELES | CA | 90071 | |
| 28717227 | DAHO USA LLC | 16018 ADELANTE ST UNIT C | IRWINDALE | CA | 91702 | |
| 28910871 | DAILY, CAROL | ADDRESS ON FILE | | | | |
| 28914500 | DAISY'S MERCHANDISE | ATTN: DAISY CASTILLO, 215 E 89TH STREET | LOS ANGELES | CA | 90003 | |
| 28739382 | DALIAN PENNY INTERNATIONAL TRADINGCO LTD | ROOM 506 5TH FLOOR SHENASHI | NO35 LUXUN ROAD | | | CHINA |
| 28910872 | DALLA-TOR, RONALD | ADDRESS ON FILE | | | | |
| 28910873 | DAMUS, JEAN | ADDRESS ON FILE | | | | |
| 28717346 | DAN ON & ASSOCIATES DBA DAN-D PAK | 2628 S CHERRY AVE | FRESNO | CA | 93706 | |
| 28717409 | DANIEL J DICARLO TRUSTEE | ADDRESS ON FILE | | | | |
| 28910877 | DANIEL, LAFERIA | ADDRESS ON FILE | | | | |
| 28739590 | DANIELLE OJEDA, DANIELLE | ADDRESS ON FILE | | | | |
| 28739590 | DANIELLE OJEDA, DANIELLE | ADDRESS ON FILE | | | | |
| 28910878 | DANIELS, TIGRA | ADDRESS ON FILE | | | | |
| 28739633 | DANONE US LLC | 1 MAPLE AVE | WHITE PLAINS | NY | 10605 | |
| 28739633 | DANONE US LLC | 1 MAPLE AVE | WHITE PLAINS | NY | 10605 | |
| 28717546 | DANSON DECOR INC | 3425 DOUGLAS B FLOREANI | ST LAURENT | QC | H4S 1Y6 | CANADA |
| 28739658 | DARIEN KELLY, DARIEN | ADDRESS ON FILE | | | | |
| 28739709 | DARRIN WRIGHT, DARRIN | ADDRESS ON FILE | | | | |
| 28717626 | DART CONTAINER CORPORATION | 500 HOGSBACK RD | MASON | MI | 48854 | |
| 28717627 | DART WAREHOUSE CORPORATION | 1430 S EASTMAN AVE | LOS ANGELES | CA | 90023 | |
| 28910884 | DASH HUDSON INC | 1668 BARRINGTON STREET 6TH FLOOR | HALIFAX | NS | B3J 2A2 | CANADA |
| 28717635 | DATAMAX SYSTEM SOLUTIONS INC | 6251 PARK OF COMMERCE BLVD STE B | BOCA RATON | FL | 33487 | |
| 28913238 | DATE PALM BST LLC | 550 S HILL STREET SUITE 875 | LOS ANGELES | CA | 90013 | |
| 28910888 | DAULAT MUROD, ZAMIRA | ADDRESS ON FILE | | | | |
| 28914483 | DAVID DEL TORO | ADDRESS ON FILE | | | | |
| 28910889 | DAVILA, TERESA | ADDRESS ON FILE | | | | |
| 28717760 | DAVIS FLUORESCENTS | 8530 VENICE BLVD | LOS ANGELES | CA | 90034 | |
| 28910892 | DAVIS, RODNEY | ADDRESS ON FILE | | | | |
| 28910894 | DAVOUD, PONTEA HAKIM | ADDRESS ON FILE | | | | |
| 28910896 | DAYANI, SAEED | ADDRESS ON FILE | | | | |
| 28717786 | DAYFORCE US INC | 3311 EAST OLD SHAKOPEE RD | MINNEAPOLIS | MN | 55425 | |
| 28717786 | DAYFORCE US INC | 3311 EAST OLD SHAKOPEE RD | MINNEAPOLIS | MN | 55425 | |
| 28717796 | DAZZLING INTERNATIONAL LTD | RM 1102 SEA VIEW CENTER | KOWLOON | | | HONG KONG |
| 28914368 | DDC TRADING INC | ATTN: DAYAN DIAZ, 400 SUNNY ISLES BLVD #1506 | SUNNY ISLES | FL | 33160 | |
| 28913283 | DDRM HILLTOP PLAZA LP | 3300 ENTERPRISE PARKWAY | BEACHWOOD | OH | 44122 | |
| 28910899 | DE ARTEAGA, BLANCA | ADDRESS ON FILE | | | | |
| 28910900 | DE JESUS NUNEZ FLORES, JOSE | ADDRESS ON FILE | | | | |
| 28910901 | DE LA PAZ, GERARDO PEREZ | ADDRESS ON FILE | | | | |
| 28910903 | DE LA TORRE, LUDIVINA | ADDRESS ON FILE | | | | |
| 28910904 | DE LEON, VERONICA | ADDRESS ON FILE | | | | |

Exhibit E
Schedule DEF Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28736148 | AON PREMIUM FINANCE LLC TIN 02 0727 | 200 E RANDOLPH STREET | CHICAGO | IL | 60601 | |
| 28714200 | AP FISCHER INCORPORATED | 1601 CASPIAN AVE | LONG BEACH | CA | 90813 | |
| 28910471 | APARICIO | C/O ACCIDENT FIGHTERS, APC, ATTN: ALEXANDER J. ZEESMAN, 11145 TAMPA AVENUE, SUITE 4B | PORTER RANCH | CA | 91326 | |
| 28910472 | APARICIO SOTO, MARCIA | ADDRESS ON FILE | | | | |
| 28910473 | APARICIO-MENDEZ, MA ISABEL | ADDRESS ON FILE | | | | |
| 28714202 | APEX SALES GROUP INC | 7325 BRAMALEA RD 2ND FLOOR | MISSISSAUGA | ON | L5S 1C5 | CANADA |
| 28910474 | APODACA, VANESSA | ADDRESS ON FILE | | | | |
| 28914288 | APPLE CAPITAL HOLDING LLC | ATTN: APRIL LIN, 207 S 1ST AVE | ARCADIA | CA | 91006 | |
| 28714208 | APPRISS INC | 9901 LINN STATION ROAD SUITE 500 | LOUISVILLE | KY | 40223 | |
| 28714230 | AQUAMAR INC | 10888 7TH STREET | RANCHO CUCAMONGA | CA | 91730 | |
| 28910475 | AQUINO, ELSA | ADDRESS ON FILE | | | | |
| 28910476 | ARAGON, MARY | ADDRESS ON FILE | | | | |
| 28714257 | ARAMCO IMPORTS INC | 6431 BANDINI BLVD | COMMERCE | CA | 90040 | |
| 28910478 | ARARAT GROUP USA INC | 14144 VENTURA BOULEVARD SUITE 255 | SHERMAN OAKS | CA | 91423-2750 | |
| 28910479 | ARAUJO RODRIGUEZ, SONIA | ADDRESS ON FILE | | | | |
| 28913266 | ARAUJO-RODRIGUEZ | ADDRESS ON FILE | | | | |
| 28714267 | ARCOR USA INC DBA NUTREX CORPORATIO | 6205 BLUE LAGOON DR STE 350 | MIAMI | FL | 33126 | |
| 28714267 | ARCOR USA INC DBA NUTREX CORPORATIO | 6205 BLUE LAGOON DR STE 350 | MIAMI | FL | 33126 | |
| 28714268 | ARCTIC AIR CONDITIONING & HEATING | PO BOX 5550 | CALEXICO | CA | 92232 | |
| 28910481 | ARECHIGA, ESTHELA | ADDRESS ON FILE | | | | |
| 28914193 | AREN CO | ATTN: AREN TIRKERD, 908 E ACACIA AVE, UNIT C | GLENDALE | CA | 91203 | |
| 28910483 | ARENAS, JUANA | ADDRESS ON FILE | | | | |
| 28910484 | AREURLO, MARIA | ADDRESS ON FILE | | | | |
| 28736226 | ARIA COMMERCIAL CLEANING SERVICES | 11823 SLAUSON AVE #27 | SANTA FE SPRINGS | CA | 90670 | |
| 28736229 | ARIA VENTURE CAPITAL LLC | 1633 WESTWOOD BLVD | LOS ANGELES | CA | 90024 | |
| 28714338 | ARIZONA ACV XV LLC | 465 1ST ST W 2ND FL | SONOMA | CA | 95476 | |
| 28910486 | ARIZONA DEPT OF REVENUE | UNCLAIMED PROPERTY UNIT, 1600 W. MONROE | PHOENIZ | AZ | 85007-2650 | |
| 28714343 | ARIZONA GROCERS PUBLISHING CO DBANA CART SERVICES | 120 E PIERCE ST | PHOENIX | AZ | 85004 | |
| 28714346 | ARIZONA PUBLIC SERVICE (APS) | PO BOX 37812 | BOONE | IA | 50037-0812 | |
| 28714347 | ARIZONA WATER COMPANY | PO BOX 29098 | PHOENIX | AZ | 85038-9098 | |
| 28914416 | ARLINGTON CHARITIES | ATTN: ROBIN HAWKINS, 811 SECRETARY DR | ARLINGTON | TX | 76015 | |
| 28736324 | ARLINGTON UTILITIES | PO BOX 90020 UTILITIES | ARLINGTON | TX | 76004-3020 | |
| 28714372 | ARMACELL CANADA INC | 153 VAN KIRK DRIVE | BRAMPTON | ON | L7A 1A4 | CANADA |
| 28910487 | ARMENTA, CARMELA | ADDRESS ON FILE | | | | |
| 28910489 | ARMOUR, SHERRY | ADDRESS ON FILE | | | | |
| 28910490 | ARMSTEAD, SUMMER | ADDRESS ON FILE | | | | |
| 28910492 | ARRIETA, MARK | ADDRESS ON FILE | | | | |
| 28714421 | ARROW ENVIRONMENTAL INTERNATIONAL | 18639 GALLARNO DR | COVINA | CA | 91722 | |
| 28910494 | ARROYO, VERONICA | ADDRESS ON FILE | | | | |
| 28910495 | ARSALAN, AZIZOLLAH | ADDRESS ON FILE | | | | |
| 28714451 | ARYA ICE CREAM DISTRIBUTING CO | 914 E 31ST ST | LOS ANGELES | CA | 90011-2502 | |
| 28914243 | AS 1 ONLY | ATTN: SAUL CALLEJAS, 4719 W 34TH ST | HOUSTON | TX | 77092 | |
| 28914243 | AS 1 ONLY | ATTN: SAUL CALLEJAS, 4719 W 34TH ST | HOUSTON | TX | 77092 | |
| 28914244 | ASCEND DISTRUBUTION | ATTN: WILLIAM BASTA, 941 AVENUE N | GRAND PRAIRIE | TX | 75050 | |
| 28910500 | ASENCIO, DARLENE | ADDRESS ON FILE | | | | |
| 28714512 | ASHLEY HOLMES, ASHLEY | ADDRESS ON FILE | | | | |
| 28910502 | ASIRIUWA, VICTORY | ADDRESS ON FILE | | | | |
| 28914284 | ASSISTANCE LEAGUE OF LAS VEGAS | ATTN: CAROLYN ROSE, 6446 WEST CHARLESTON BLVD. | LAS VEGAS | NV | 89146 | |
| 28910503 | ASTOREA, JOSHUA | ADDRESS ON FILE | | | | |
| 28910504 | ASTORGA, JOSHUA | ADDRESS ON FILE | | | | |
| 28714611 | AT&T | PO BOX 5001 | CAROL STREAM | IL | 60197-5001 | |
| 28714611 | AT&T | PO BOX 5001 | CAROL STREAM | IL | 60197-5001 | |
| 28736592 | ATALANTA CORP | 1 ATALANTA PLAZA | ELIZABETH | NJ | 07206 | |
| 28736594 | ATAMA PREMIER FOODS LLC | 18521 E GALE AVE | CITY OF INDUSTRY | CA | 91748 | |
| 28913222 | ATASCADERO MUTUAL WATER CO | P.O. BOX 6075 | ATASCADERO | CA | 93423-6075 | |
| 28714621 | ATHENS ADMINISTRATORS | PO BOX 696 | CONCORD | CA | 94522-0696 | |
| 28914285 | ATHLETE'S NEEDS, INC. / KS | ATTN: BRIAN GROSSE, 6029 RENAISSANCE PLACE STE#B | TOLEDO | OH | 43623 | |
| 28736607 | ATLANTIC NATURAL FOODS LLC | 110 INDUSTRY COURT | NASHVILLE | NC | 27856 | |
| 28736608 | ATLANTIC PARTNERSHIP 6135-6161 | 3940 LAUREL CANYON BLVD #139 | STUDIO CITY | CA | 91604 | |
| 28736610 | ATLANTIC PASTE & GLUE CO | 75 EAST 2ND STREET | BAYONNE | NJ | 07002 | |
| 28736612 | ATMOS ENERGY | PO BOX 630872 | CINCINNATI | OH | 45263-0872 | |
| 28736614 | ATN INC | 653 ACADEMY DR | NORTHBROOK | IL | 60062 | |
| 28736614 | ATN INC | 653 ACADEMY DR | NORTHBROOK | IL | 60062 | |
| 28914222 | ATTARI DOLLAR WORLD | ATTN: MAQSOOD RASHEED, 8010 GERBER ROAD, 7FT HIGH PLTS | SACRAMENTO | CA | 95828 | |
| 28714626 | AU ZONE INVESTMENTS #2 LP | 556 N DIAMOND BAR BLVD #200 | DIAMOND BAR | CA | 91765 | |
| 28910521 | AUTRY II, FLOYD | ADDRESS ON FILE | | | | |

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28713012 | ALL-STATE BROKERAGE INC | 4663 EXECUTIVE DR STE 12 | COLUMBUS | OH | 43220 | |
| 28713013 | ALLTEX WELDING SUPPLY INC | PO BOX 564 | WALLER | TX | 77484 | |
| 28910431 | ALLVEN INC | 6939 SHACFER AVE STE D 142 | CHINO | CA | 91710 | |
| 28914413 | ALMACENES XTRA S.A. | ATTN: DRAKE KARIOTAKIS, AVE JOSE MARTI N0401 | TEGUCIGALPA | | | HONDURAS |
| 28713081 | ALPHAX PRODUCTS INC | 990 JEREZ ST | AZUSA | CA | 91702 | |
| 28914414 | ALPINE ROSE INC | ATTN: ROBIN SHELTON, P.O. BOX 3279 | BLUE JAY | CA | 92317 | |
| 28910432 | ALQEBALI, NAGAM | ADDRESS ON FILE | | | | |
| 28711464 | ALTA DENA CERTIFIED DAIRY | 17637 E VALLEY BLVD | CITY OF INDUSTRY | CA | 91744 | |
| 28711469 | ALTAFRESH LLC DBA CHELAN FRESH MARK | 317 E JOHNSON AVE | CHELAN | WA | 98816 | |
| 28914415 | ALTAN JOLOO TRADE LLC | ATTN: MIKI TS, P.O. 179 SANSAR SERVICE CENTER | ULAANBAATAR | | | MONGOLIA |
| 28910434 | ALVARADO, DANIEL | ADDRESS ON FILE | | | | |
| 28910435 | ALVARADO, MARIO | ADDRESS ON FILE | | | | |
| 28910437 | ALVAREZ, ASUNCION | ADDRESS ON FILE | | | | |
| 28910438 | AMAO, EDGAR | ADDRESS ON FILE | | | | |
| 28914340 | AMAR CARGO SERVICES | ATTN: MUIDEEN ALAGBADA, 14600 HUFFMEISTER ROAD 10201 | CYPRESS | TX | 77429 | |
| 28713222 | AMAZON NATIONWIDE LOGISTICS | 3030 E VICTORIA STREET UNIT B | RANCHO DOMINGUEZ | CA | 90221 | |
| 28713224 | AMAZON WEB SERVICES INC | 410 TERRY AVE N | SEATTLE | WA | 98109 | |
| 28711663 | AMERICAN BEVERAGE CORPORTION | PO BOX 644822 | PITTSBURGH | PA | 15264-4822 | |
| 28711664 | AMERICAN COMMUNICATION SOLUTIONS IN | 1855 S SANTA CRUZ ST | ANAHEIM | CA | 92805 | |
| 28711664 | AMERICAN COMMUNICATION SOLUTIONS IN | 1855 S SANTA CRUZ ST | ANAHEIM | CA | 92805 | |
| 28711666 | AMERICAN DAWN INC | 401 W ARTESIA BLVD | COMPTON | CA | 90220 | |
| 28713276 | AMERICAN DREAM HOME GOODS INC | 107 TRUMBULL STREET BLDG A5 5TH FLO | ELIZABETH | NJ | 07206 | |
| 28713278 | AMERICAN EXCHANGE TIME LLC | 1400 BROADWAY 18TH FL | NEW YORK | NY | 10018 | |
| 28713280 | AMERICAN FIRE & ELECTRIC | 300 W UTAH STE 101 | LAS VEGAS | NV | 89102 | |
| 28713281 | AMERICAN FORKLIFT MOBILE SERVICE | 15902A HALLIBURTON RD | HACIENDA HEIGHTS | CA | 91745 | |
| 28767614 | AMERICAN GREETINGS CORPORATION | ONE AMERICAN BLVD. | CLEVELAND | OH | 90023 | |
| 28713282 | AMERICAN GREETINGS CORPORATION | ONE AMERICAN BOULEVARD | CLEVELAND | OH | 44145 | |
| 28713282 | AMERICAN GREETINGS CORPORATION | ONE AMERICAN BOULEVARD | CLEVELAND | OH | 44145 | |
| 28914341 | AMERICAN GROCERY | ATTN: BRYAN NOKET, 148 E MARINE CORP DRIVE | DEDEDO | GU | 96929 | |
| 28912700 | AMERICAN GUARD SERVICES, INC. | 1299 E. ARTESIA BLVD | CARSON | CA | 90746 | |
| 28713283 | AMERICAN INTERNATIONAL INDUSTRIES | 2220 GASPAR AVE | LOS ANGELES | CA | 90040 | |
| 28914501 | AMERICAN LEGION | ATTN: RICHARD MUNOZ, 616 W. CLEVELAND | MONTEBELLO | CA | 90640 | |
| 28713286 | AMERICAN LICORICE COMPANY | 1900 WHIRLPOOL DR | LAPORTE | IN | 46350 | |
| 28713287 | AMERICAN NATIONAL INSURANCE COMPANY | 1 MOODY PLZ | GALVESTON | TX | 77550 | |
| 28711668 | AMERICAN PROMOTIONAL EVENTS DBA TNTWORKS | 4511 HELTON DR | FLORENCE | AL | 35630 | |
| 28910451 | AMEYAA, JANET | ADDRESS ON FILE | | | | |
| 28910452 | AMORIM, LISA | ADDRESS ON FILE | | | | |
| 28711686 | AMOS FOOD (HK) LIMITED | RM 4 16/F HO KING COMM CTR 2-16 FA | MONGKOK | | | HONG KONG |
| 28914502 | AMPAC TRADING INTERNATIONAL | ATTN: SHANE KIM, 11936 ALTAMAR PLACE | SANTA FE SPRINGS | CA | 90670 | |
| 28713302 | AMPHION | 10722 EDISON COURT | RANCHO CUCAMONGA | CA | 91730 | |
| 28713302 | AMPHION | 10722 EDISON COURT | RANCHO CUCAMONGA | CA | 91730 | |
| 28713306 | AMTEE INVESTMENTS LLC | PO BOX 1299 | LAKE FOREST | CA | 92609-1299 | |
| 28913295 | ANA AGUILAR | ADDRESS ON FILE | | | | |
| 28913294 | ANA AGUILAR | ADDRESS ON FILE | | | | |
| 28759355 | ANAHUAC CANDY INC | 6280 S VALLEY VIEW BLVD SUITE #A112 | LAS VEGAS | NV | 89118 | |
| 28910454 | ANAYA, MARIA | ADDRESS ON FILE | | | | |
| 28910456 | ANCUELLOS, CELIA | ADDRESS ON FILE | | | | |
| 28711894 | ANDERSON DAIRY INC | 801 SEARLESS AVE | LAS VEGAS | NV | 89101 | |
| 28910457 | ANDERSON, LATONIA | ADDRESS ON FILE | | | | |
| 28910459 | ANDERSON, OLA | ADDRESS ON FILE | | | | |
| 28910461 | ANDERSON, SORAYA | ADDRESS ON FILE | | | | |
| 28914451 | ANDREW STISSON CONSULTING | ATTN: ANDREW STISSON, 8750 KESTER AVE, UNIT 22 | PANORAMA CITY | CA | 91402 | |
| 28914148 | ANEKWE, ADAOBI | ADDRESS ON FILE | | | | |
| 28910462 | ANGELS JANITORIAL SOLUTIONS INC | 14727 AVIS AVE | LAWNDALE | CA | 90260 | |
| 28910463 | ANGUIANO, GABRIELA | ADDRESS ON FILE | | | | |
| 28910464 | ANGUIANO, MARIA | ADDRESS ON FILE | | | | |
| 28747918 | ANH MAU ANDY, LU ANH MAU | ADDRESS ON FILE | | | | |
| 28735852 | ANHEUSER BUSCH SALES OF INLAND EMPI | ONE BUSCH PLACE | ST LOUIS | MO | 63118 | |
| 28735862 | ANIXTER INC | 2301 PATRIOT BLVD | GLENVIEW | IL | 60026-8020 | |
| 28735920 | ANNABELLE CANDY CO INC | 27211 INDUSTRIAL BLVD | HAYWARD | CA | 94545 | |
| 28913208 | ANSEL GONZALEZ | ADDRESS ON FILE | | | | |
| 28735956 | ANTARIC MERCHANDISING | 216 A/11 2ND FL GAUTAM NAGAR | NEW DELHI | | 110049 | INDIA |
| 28714047 | ANTHONY BOUYER, ANTHONY | ADDRESS ON FILE | | | | |
| 28714047 | ANTHONY BOUYER, ANTHONY | ADDRESS ON FILE | | | | |
| 28910469 | ANTHONY, LEILA | ADDRESS ON FILE | | | | |
| 28736116 | ANTONIO QUINTERO, ANTONIO | ADDRESS ON FILE | | | | |

Exhibit D
Master Mailing Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28722580 | PAZ, JEOVANA | ADDRESS ON FILE | | | | |
| 28747444 | PAZ, LESSLIE | ADDRESS ON FILE | | | | |
| 28725979 | PAZ, LUIS | ADDRESS ON FILE | | | | |
| 28758513 | PAZ, MICHELLE | ADDRESS ON FILE | | | | |
| 28730391 | PAZ, REINA | ADDRESS ON FILE | | | | |
| 28753751 | PAZ, SANDY | ADDRESS ON FILE | | | | |
| 28728479 | PAZZI, MONICA | ADDRESS ON FILE | | | | |
| 28915715 | PCDF PROPERTIES, LLC | ATTN: JENNIFER HENDERSON, 8811 GAYLORD, SUITE 200 | HOUSTON | TX | 77024 | |
| 28729729 | PCI SECURITY STANDARDS COUNCIL LLC | 401 EDGEWATER PL STE 600 | WAKEFIELD | MA | 01880 | |
| 28907923 | PDN RETAIL CENTER, L.P. | 4 UPPER NEWPORT PLAZA, SUITE 100 | NEWPORT BEACH | CA | 92660 | |
| 28915716 | PDP IMPERIAL PARTNERS, LLC | ATTN: LP TAYLOR, CASSANDRA RANDOLPH, 2603 MAIN STREET, SUITE 210 | IRVINE | CA | 92614 | |
| 28740496 | PEA, DOMITILA | ADDRESS ON FILE | | | | |
| 28728719 | PEA, NANETTE | ADDRESS ON FILE | | | | |
| 28732084 | PEACE, SHARRELL | ADDRESS ON FILE | | | | |
| 28726412 | PEACEEMERSON, MARGARET | ADDRESS ON FILE | | | | |
| 28736987 | PEACHES, BETTYNA | ADDRESS ON FILE | | | | |
| 28751814 | PEARL WORLD INC | 37 WEST 57TH STREET SUITE 705 | NEW YORK | NY | 10019 | |
| 28713864 | PEARL, ANGELICA | ADDRESS ON FILE | | | | |
| 28911958 | PEARPOP INC | 2040 ARMACOST AVE., 2ND FLOOR | LOS ANGELES | CA | 90025 | |
| 28711379 | PEARS, ALLEN | ADDRESS ON FILE | | | | |
| 28751818 | PEARSON CANDY COMPANY | 2140 W 7TH ST | ST PAUL | MN | 55116 | |
| 28721712 | PEARSON, JACKIE | ADDRESS ON FILE | | | | |
| 28728724 | PEARSON, NAOMI | ADDRESS ON FILE | | | | |
| 28753597 | PEARSON, SAMANTHA | ADDRESS ON FILE | | | | |
| 28753647 | PEARSON, SAMUEL | ADDRESS ON FILE | | | | |
| 28722008 | PEASE, JAMIE | ADDRESS ON FILE | | | | |
| 28750353 | PEAVEY, MISSY | ADDRESS ON FILE | | | | |
| 28751798 | PEAVY, PAULINE | ADDRESS ON FILE | | | | |
| 28726097 | PECHONCHYK, LYUDMILA | ADDRESS ON FILE | | | | |
| 28759553 | PECINA, MARIE | ADDRESS ON FILE | | | | |
| 28737158 | PECK, BRAD | ADDRESS ON FILE | | | | |
| 28717116 | PECK, CRYSTAL | ADDRESS ON FILE | | | | |
| 28717844 | PECK, DEBORAH | ADDRESS ON FILE | | | | |
| 28722088 | PECK, JANICE | ADDRESS ON FILE | | | | |
| 28746677 | PECK, KENYA | ADDRESS ON FILE | | | | |
| 28728999 | PECK, NICHOLE | ADDRESS ON FILE | | | | |
| 28911960 | PECK, RYON | ADDRESS ON FILE | | | | |
| 28731794 | PECK, SCENOVA | ADDRESS ON FILE | | | | |
| 28764902 | PEDERSEN, CRAIG N. AND KRIS B. | ADDRESS ON FILE | | | | |
| 28739388 | PEDERSEN, DALTON | ADDRESS ON FILE | | | | |
| 28742087 | PEDRAZA TORRES, FRANCIA | ADDRESS ON FILE | | | | |
| 28736034 | PEDRAZA, ANTHONY | ADDRESS ON FILE | | | | |
| 28716453 | PEDRAZA, CHRISTOPHER | ADDRESS ON FILE | | | | |
| 28746019 | PEDRAZA, JUDITH | ADDRESS ON FILE | | | | |
| 28747751 | PEDRAZA, LIZBIA | ADDRESS ON FILE | | | | |
| 28748836 | PEDRAZA, MARIA | ADDRESS ON FILE | | | | |
| 28731100 | PEDRAZA, ROSIE | ADDRESS ON FILE | | | | |
| 28734513 | PEDRAZA, YARITZA | ADDRESS ON FILE | | | | |
| 28721026 | PEDREGON, HEATHER | ADDRESS ON FILE | | | | |
| 28717189 | PEDRIN, CYNTHIA | ADDRESS ON FILE | | | | |
| 28735470 | PEDRO, ALBARRAN | ADDRESS ON FILE | | | | |
| 28718717 | PEDRO, EDUVINA | ADDRESS ON FILE | | | | |
| 28730858 | PEDRO-MEZA, ROKEE | ADDRESS ON FILE | | | | |
| 28735154 | PEDROZA, ABRAHAM | ADDRESS ON FILE | | | | |
| 28713070 | PEDROZA, ALONDRA | ADDRESS ON FILE | | | | |
| 28737827 | PEDROZA, CARMEN | ADDRESS ON FILE | | | | |
| 28717190 | PEDROZA, CYNTHIA | ADDRESS ON FILE | | | | |
| 28911962 | PEDROZA, CYNTHIA | ADDRESS ON FILE | | | | |
| 28718297 | PEDROZA, DIEGO | ADDRESS ON FILE | | | | |
| 28743134 | PEDROZA, HECTOR | ADDRESS ON FILE | | | | |
| 28721154 | PEDROZA, HILDA | ADDRESS ON FILE | | | | |
| 28722886 | PEDROZA, JESUS | ADDRESS ON FILE | | | | |

Exhibit D
Master Mailing Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28727051 | WALKER, MARIANN | ADDRESS ON FILE | | | | |
| 28728531 | WALKER, MONTAYA | ADDRESS ON FILE | | | | |
| 28728802 | WALKER, NATALIE | ADDRESS ON FILE | | | | |
| 28754037 | WALKER, SENTA | ADDRESS ON FILE | | | | |
| 28731987 | WALKER, SHAMIKA | ADDRESS ON FILE | | | | |
| 28754208 | WALKER, SHARLENE | ADDRESS ON FILE | | | | |
| 28755115 | WALKER, TAKAYLA | ADDRESS ON FILE | | | | |
| 28733339 | WALKER, TIFFANY | ADDRESS ON FILE | | | | |
| 28756272 | WALKER, VICTOR | ADDRESS ON FILE | | | | |
| 28912596 | WALKER, WILLIE | ADDRESS ON FILE | | | | |
| 28757092 | WALKER, ZERALDINE | ADDRESS ON FILE | | | | |
| 28740012 | WALL, DEMERII | ADDRESS ON FILE | | | | |
| 28730492 | WALL, RHONDA | ADDRESS ON FILE | | | | |
| 28712136 | WALLACE, AARON | ADDRESS ON FILE | | | | |
| 28736906 | WALLACE, BENJAMIN | ADDRESS ON FILE | | | | |
| 28737147 | WALLACE, BONTRELL | ADDRESS ON FILE | | | | |
| 28717624 | WALLACE, DARRYL | ADDRESS ON FILE | | | | |
| 28740105 | WALLACE, DEREK | ADDRESS ON FILE | | | | |
| 28740410 | WALLACE, DIMETRICK | ADDRESS ON FILE | | | | |
| 28740834 | WALLACE, ELAYNAH | ADDRESS ON FILE | | | | |
| 28720525 | WALLACE, GINA | ADDRESS ON FILE | | | | |
| 28722685 | WALLACE, JESSE | ADDRESS ON FILE | | | | |
| 28724006 | WALLACE, JULIE | ADDRESS ON FILE | | | | |
| 28724484 | WALLACE, KAYLYNN | ADDRESS ON FILE | | | | |
| 28725040 | WALLACE, LA RONDA | ADDRESS ON FILE | | | | |
| 28750039 | WALLACE, MICHAEL | ADDRESS ON FILE | | | | |
| 28750144 | WALLACE, MICHELLE | ADDRESS ON FILE | | | | |
| 28730255 | WALLACE, RAY | ADDRESS ON FILE | | | | |
| 28732039 | WALLACE, SHANNON | ADDRESS ON FILE | | | | |
| 28732224 | WALLACE, SHIRLEY | ADDRESS ON FILE | | | | |
| 28748465 | WALLE, MARGARITA | ADDRESS ON FILE | | | | |
| 28733578 | WALLENMEYER, TRISTAN | ADDRESS ON FILE | | | | |
| 28757982 | WALLER, AYSEN | ADDRESS ON FILE | | | | |
| 28724244 | WALLER, KAREN | ADDRESS ON FILE | | | | |
| 28731999 | WALLER, SHANDRA | ADDRESS ON FILE | | | | |
| 28727795 | WALLEY, MELINDA | ADDRESS ON FILE | | | | |
| 28713255 | WALLS, AMBER | ADDRESS ON FILE | | | | |
| 28715255 | WALLS, BREANNA | ADDRESS ON FILE | | | | |
| 28747038 | WALLS, KYMBERLEY | ADDRESS ON FILE | | | | |
| 28726073 | WALLS, LYDIA | ADDRESS ON FILE | | | | |
| 28750487 | WALLS, MONICA | ADDRESS ON FILE | | | | |
| 28732168 | WALLS, SHENEEVA | ADDRESS ON FILE | | | | |
| 28731286 | WALMSLEY, RYAN | ADDRESS ON FILE | | | | |
| 28731717 | WALMSLEY, SARAH | ADDRESS ON FILE | | | | |
| 28733862 | WALN, VANESSA | ADDRESS ON FILE | | | | |
| 28756464 | WALNUT PARK MUTUAL WATER CO | 2460 E FLORENCE AVE | HUNTINGTON PARK | CA | 90255-5783 | |
| 28756466 | WALNUT VALLEY WATER DISTRICT | 271 BREA CANYON RD | WALNUT | CA | 91789-3049 | |
| 28734900 | WALNUT VALLEY WATER DISTRICT | 271 S. BREA CANYON ROAD | WALNUT | CA | 91789 | |
| 28757655 | WALSH, DAWSON | ADDRESS ON FILE | | | | |
| 28740468 | WALSH, DOLORES | ADDRESS ON FILE | | | | |
| 28746877 | WALSH, KIRK | ADDRESS ON FILE | | | | |
| 28726025 | WALSH, LUPE | ADDRESS ON FILE | | | | |
| 28750040 | WALSH, MICHAEL | ADDRESS ON FILE | | | | |
| 28715486 | WALSTON, BRITTANY | ADDRESS ON FILE | | | | |
| 28725836 | WALSTON, LORIE | ADDRESS ON FILE | | | | |
| 28749928 | WALSTON, MICAH | ADDRESS ON FILE | | | | |
| 28754701 | WALSTON, STACY | ADDRESS ON FILE | | | | |
| 28718041 | WALTER, DERRICK | ADDRESS ON FILE | | | | |
| 28735713 | WALTERS, ANGELA | ADDRESS ON FILE | | | | |
| 28757822 | WALTERS, MAX | ADDRESS ON FILE | | | | |
| 28728550 | WALTERS, MORGANA | ADDRESS ON FILE | | | | |
| 28731808 | WALTERS, SCOTT | ADDRESS ON FILE | | | | |