IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS[2]
SCHEDULED FOR HEARING ON DECEMBER 3, 2025 AT 2:30 P.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTERS GOING FORWARD**

1. Motion of the 99 Cents Creditors Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims [Filed October 22, 2025; Docket No. 200].

   **Objection Deadline**: November 12, 2025, at 4:00 p.m. (ET).

   **Responses Received**:

   (a) Limited Objection and Reservation of Rights of Brenda Denise Porter in Opposition to Liquidating Trust's Motion to Fix Personal Injury Claims Applicable to Debtor's Self Insurance Retention [Filed November 12, 2025; Docket No. 228].

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2] All docket references relate to Case No. 24-10721 unless otherwise noted.

(b)      Letter Response of Claimant Gloria Miller [Received by the Trust on November 24, 2025; To be Docketed].

**Related Documents**:

(a)      Omnibus Reply of the 99 Cents Creditors' Liquidating Trust Regarding Estimation Motion, Third Omnibus Objection and Fourth Omnibus Objection [Filed November 26, 2025; Docket No. 250].

**Status**: The Trust filed an omnibus reply reflecting which claims will be withdrawn from the relief requested in this motion.

2.      The 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed October 22, 2025; Docket No. 201].

**Objection Deadline**: November 12, 2025, at 4:00 p.m. (ET).

**Responses Received**:

(a)      Response of Isabel Aparicio-Mendez in Opposition to Liquidating Trustee's Objection to Claim No. 2475 and Cross Motion to Allow Late Filed Claim [Filed November 12, 2025; Docket No. 222].

(b)      [SEALED] Claimant Yazmin Lopez Alvarez's Response to the 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 12, 2025; Docket No. 223].

(c)      [REDACTED] Claimant Yazmin Lopez Alvarez's Response to the 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 12, 2025; Docket No. 224].

(d)      Response of Ludivina De La Torre in Opposition to Liquidating Trustee's Objection to Claim No. 2259 and Cross Motion to Allow Late Filed Claim [Filed November 12, 2025; Docket No. 226].

(e)      [Gloria Cruz's] Response to Creditors' Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 13, 2025; Docket No. 229].

(f)      Creditor Marina Jones' Motion for Leave to Allow Late Filed Proof of Personal Injury Claim [Filed November 12, 2025; Docket No. 242].

(g)      Leila Anthony's Objection to 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection to Late Filed Claims [Filed November 19, 2025; Docket No. 245].

**Related Documents**:

(a) Notice of Submission of Proofs of Claim in Connection With the 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 14, 2025; Docket No. 230].

(b) Omnibus Reply of the 99 Cents Creditors' Liquidating Trust Regarding Estimation Motion, Third Omnibus Objection and Fourth Omnibus Objection [Filed November 26, 2025; Docket No. 250].

**Status**: The Trust filed an omnibus reply reflecting which claims will be withdrawn from the relief requested in this claims objection.

3. The 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed October 22, 2025; Docket No. 202].

**Objection Deadline**: August 25, 2025, at 4:00 p.m. (ET).

**Responses Received**:

(a) Letter Response of Claimant Ryon Peck with Exhibit s A-E [Filed November 12, 2025; Docket No. 219].

(b) Response of Adina Sepe in Opposition to Liquidating Trustee's Objection to Claim No. 2475 and Cross Motion to Allow Late Filed Claim [Filed November 12, 2025; Docket No. 220].

(c) Response of Mario Perry in Opposition to Liquidating Trustee's Objection to Claim No. 2475 and Cross Motion to Allow Late Filed Claim [Filed November 12, 2025; Docket No. 221].

(d) Claimant Carolyn Smith's Response to the 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 12, 2025; Docket No. 225].

(e) Response of Brenda Denise Porter in Opposition to Liquidating Trustee's Objection to Claim No. 2082 and Cross Motion to Allow Late Filed Claim [Filed November 12, 2025; Docket No. 227].

(f) Response of Diana Bravo, Nicole Vance, Sky McCloud, and Arslan Azizollah in Opposition to Liquidating Trustee's Objection to Claim No. 2475 and Cross Motion to Allow Late Filed Claim [Filed November 17, 2025; Docket No. 243].

(g) [Willie Walker's] Response to 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection [Filed November 18, 2025; Docket No. 244].

(h)      Letter Response of Claimant Gloria Miller [Received by the Trust on November 24, 2025; To be Docketed].

(i)      Supplemental Letter Response of Claimant Ryon Peck with Exhibit s A-E [Received by the Trust on November 29, 2025; To be Docketed].

**Related Documents**:

(a)      Notice of Submission of Proofs of Claim in Connection With the 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) [Filed November 14, 2025; Docket No. 231].

(b)      Omnibus Reply of the 99 Cents Creditors' Liquidating Trust Regarding Estimation Motion, Third Omnibus Objection and Fourth Omnibus Objection [Filed November 26, 2025; Docket No. 250].

**Status**: The Trust filed an omnibus reply reflecting which claims will be withdrawn from the relief requested in this claims objection.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  December 1, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>              pkeane@pszjlaw.com<br><br>-and-<br><br>Shirley S. Cho (admitted *pro hac vice*)<br>Beth E. Levine (admitted *pro hac vice*)<br>Jason S. Pomerantz (admitted *pro hac vice*)<br>1700 Broadway 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    scho@pszjlaw.com<br>              blevine@pszjlaw.com<br>              jspomerantz@pszjlaw.com<br><br>*Counsel for the 99 Cents Creditors' Liquidating Trust* |