**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |

**ORDER**
**APPROVING STIPULATIONS FOR RELIEF FROM THE**
**PLAN INJUNCTION TO CONTINUE PENDING LITIGATION**

Upon the *Certification of Counsel Submitting Order Approving Stipulations for Relief from the Plan Injunction to Continue Pending Litigation* (the "Certification of Counsel") and the (a) *Stipulation By and Between (I) the 99 Cents Creditors' Liquidating Trust Limited; (II) Tanya Gonzales; (III) Jessica Lewis; (IV) Juanita Nunez; and (V) Sharon Williams for Relief From the Plan Injunction to Continue Pending Litigation* attached hereto as **Exhibit 1**; and (b) *Stipulation By and Between (I) the 99 Cents Creditors' Liquidating Trust Limited; (II) Asuncion Alvarez (III) Joshua Astorga (IV), Blanca Cruz (V), Tiffnay Cunningham (VI), Gilbert Estrada (VII), Reid Jackson (VIII), Lashell Lewis (IV), Fredresia Leslore (X), Maria Martinez (XI), Priscella Navarro (XII), Mary Rico (XIII), Naomi Romero (XIV), Nicole Sanchez (XV), and (XI) Joanne Slaughter* attached hereto as **Exhibit 2** (collectively, the "Stipulations"),[2] by and among the 99 Cents Creditors' Liquidating Trust (the "Trust"), Safety National Casualty Corporation ("Safety National"), and each of the above claimants (the "Stipulation Plaintiffs" and together with the Trust, and Safety National, the "Parties"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605).  The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 1000

[2]  A capitalized term used but not otherwise defined herein has the meaning ascribed to it in the Stipulations.

this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulations are approved.

2.      The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulations.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: December 5th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE