# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS)<br><br>Related Docket Nos. 202, 282, 297 |

### ORDER VACATING ORDER SUSTAINING THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED PERSONAL INJURY CLAIMS) SOLELY AS IT RELATES TO CLAIM NO. 2475

Upon the *Certification of Counsel Submitting Order Vacating Order Sustaining the 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) Soley as it Relates to Claim No. 2475* (the "Certification of Counsel"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**IT IS HEREBY ORDERED THAT:**

1. The *Order Sustaining The 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims)* [Docket No. 282] (the "Fourth Omnibus Order") is hereby vacated solely as to Claim No. 2475, filed by Adina Sepe.

2. The relief sought in the *Motion for Reconsideration or Alternatively for Clarification of Court Orders Striking Certain Late Filed Claims and Procedures Order for Relief from Plan Injunction* [Docket No. 297] (the "Motion to Reconsider"), solely as to Claim 2475, is resolved by entry of this Order.

3. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulations.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: January 8th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE