MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM DUE TO EXCUSABLE NEGLECT

Alina Shpak
5411 Russell Ave apt 5
Los Angeles, CA 90027
2136031635
la.alina.shpak@gmail.com
Claimant, Pro Se

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 99 CENTS ONLY STORES LLC, et al., | ) ) | Case No. 24-10719 (JKS) (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM DUE TO EXCUSABLE NEGLECT

Claimant Alina Shpak, individually, and as Parent and Natural Guardian of A.S. a minor (the "Claimants"), respectfully move this Court for an order allowing the filing of late proofs of claim. In support, Claimants state:

1. Jurisdiction. This Court has jurisdiction pursuant to 28 U.S.C. § 1334.

2. Factual Basis of Claim. The claims arise from a severe incident on the Debtors' premises due to inadequate maintenance/management. Both claimants sustained significant physical and psychological injuries. The minor child sustained fractures, growth plate injuries, ligament tears, and developed complex PTSD leading to disability. The adult claimant sustained physical injuries from the burden of caregiving, developed severe panic attacks/PTSD, and suffered a complete loss of earning capacity and quality of life.

MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM DUE TO EXCUSABLE NEGLECT

3. Representation of Minor. Pursuant to Fed. R. Bankr. P. 7017, Alina Shpak brings this Motion on behalf of her minor child as her natural guardian.

4. Excusable Neglect. The failure to timely file proofs of claim by the Bar Date was due to "excusable neglect" under Rule 9006(b)(1). Claimants' former counsel abandoned the case, failed to provide notice of the Bar Date, and ceased communication shortly before the Statute of Limitations.

5. No Prejudice. Claimants seek recovery primarily from the Debtors' available insurance policies (managed by Tristar Risk Management). Granting this Motion will not prejudice the estate or other creditors.

6. Good Faith. Claimants have acted in good faith and filed this Motion immediately upon discovering the counsel's abandonment to preserve their legal rights.

WHEREFORE, Claimants request that the Court grant this Motion and deem the Proofs of Claim filed by both Claimants as timely.

Dated: January 8, 2026

By: _____
Alina Shpak
Alina Shpak obo    A.S.
Claimant, Pro Se

2