**KJ INJURY & ACCIDENT LAWYERS, PC**
WILLIAM B. MAYOFF, State Bar No. 140251
KATE JAMSHEED, State Bar No. 259861
P.O. Box 641249
Los Angeles, CA 90064
Telephone: (888) 775-5529
Facsimile: (888) 777-9987

E-service e-mail addresses:
*WMteam@kjinjurylaw.com*

Attorneys for Plaintiff, LAWANDA JEANIA WINDY WILLIAMS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtors. | CASE NO.: 24-10721 (JKS)<br>CHAPTER: 11<br><br>**MOTION OF PLAINTIFF LAWANDA JEANIA WINDY WILLIAMS TO MODIFY PLAN INJUNCTION TO PERMIT CONTINUATION OF STATE-COURT PERSONAL INJURY ACTION FOR INSURANCE-ONLY RECOVERY**<br><br>Complaint Filed: 10/07/2022<br>Trial Date: None yet |

## I. INTRODUCTION

Claimant Lawanda Jeania Windy Williams ("Claimant") respectfully moves for a limited modification of the Plan Injunction to permit continuation of her pending California personal injury action solely for purposes of liquidating damages and pursuing recovery from applicable insurance, with no recovery sought from the Debtor or the 99 Cents Creditors' Liquidating Trust.

## II. FACTUAL BACKGROUND

1. Claimant suffered injuries as a result of a slip-and-fall incident occurring inside a 99 Cents Only Store located in Los Angeles County, California.

2. Claimant suffered injuries as a result of a slip-and-fall incident occurring inside a 99 Cents Only Store located in Los Angeles County, California.

-1-

**MOTION OF PLAINTIFF LAWANDA JEANIA WINDY WILLIAMS TO MODIFY PLAN INJUNCTION TO PERMIT CONTINUATION OF STATE-COURT PERSONAL INJURY ACTION FOR INSURANCE-ONLY RECOVERY**

3. Claimant suffered injuries as a result of a slip-and-fall incident occurring inside a 99 Cents Only Store located in Los Angeles County, California.

4. Claimant suffered injuries as a result of a slip-and-fall incident occurring inside a 99 Cents Only Store located in Los Angeles County, California.

### III. LEGAL AUTHORITY

This Court has authority pursuant to 11 U.S.C. §§ 105(a), 524, and 1141 to modify the Plan Injunction where:

- No estate or Trust assets are targeted; and
- The claimant seeks recovery solely from non-debtor insurance proceeds.

Courts routinely permit continuation of personal injury actions under these circumstances to allow liquidation of claims without prejudice to the bankruptcy estate.

### IV. ARGUMENT

**A. The Requested Relief Is Expressly Authorized**

The December 5, 2025 Order authorizes claimants to proceed in the Original Court to liquidate claims and pursue insurance recovery, including through judgment and appeal.

**B. No Prejudice to the Estate or Trust**

Claimant seeks no recovery from the Debtor or the Liquidating Trust, and no execution against estate assets.

**C. Judicial Economy and Due Process Favor Relief**

The Los Angeles Superior Court is the proper forum to adjudicate liability and damages arising under California premises liability law.

### V. RELIEF REQUESTED

Claimant respectfully requests entry of an order modifying the Plan Injunction solely to permit continuation of Los Angeles Superior Court Case No. 22PSCV01194 through final judgment and appeal for purposes of insurance-only recovery, with no enforcement against the Debtor or the Liquidating Trust.

///

///

KJ INJURY & ACCIDENT LAWYERS, PC
P.O. Box 641249
Los Angeles, California 90064
T: (888) 775-5529 F: (888) 777-987

## VI. CONCLUSION

For the foregoing reasons, Claimant respectfully requests that the Court grant this Motion.

Date: January 14, 2026                              **KJ INJURY & ACCIDENT LAWYERS, PC**

BY: _____
WILLIAM B. MAYOFF
KATE JAMSHEED
Attorney for Claimant
LAWANDA JEANIA WINDY WILLIAMS

**MOTION OF PLAINTIFF LAWANDA JEANIA WINDY WILLIAMS TO MODIFY PLAN INJUNCTION TO PERMIT CONTINUATION OF STATE-COURT PERSONAL INJURY ACTION FOR INSURANCE-ONLY RECOVERY**

**PROOF OF SERVICE**
(CCP §§ 1013(a) and 2015.5; FRCP 5)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2930 Westwood Boulevard, Los Angeles, California 90064.

On January 14, 2026, I served the foregoing document, described **MOTION OF PLAINTIFF LAWANDA JEANIA WINDY WILLIAMS TO MODIFY PLAN INJUNCTION TO PERMIT CONTINUATION OF STATE-COURT PERSONAL INJURY ACTION FOR INSURANCE-ONLY RECOVERY** as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Los Angeles, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Los Angeles, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

**X** **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

**X** **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s). Executed on **Click "Once" and Select "DATE".** at Los Angeles, California.

**X** **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 14, 2026, at Los Angeles, California.

*Hugo Herrera*
Hugo Herrera

PROOF OF SERVICE

**LAWANDA JEANIA WINDY WILLIAMS VS 99 CENTS ONLY STORES LLC**
**Los Angeles County Superior Court Case Number: 22PSCV01194**

## SERVICE LIST

Gabriel H. Wainfeld, Esq.
**Law Offices of York & Wainfeld**
9301 Oakdale Avenue, Suite 220
Chatsworth, California 91311
gwainfeld@ywlaw.com
**Attorneys for Defendant**: *99 CENTS ONLY STORES, LLC*

**Pachulski Stang Ziehl & Jones LLP,**
10100 Santa Monica Blvd., 13th Floor,
Los Angeles, CA 90067
**Counsel for**: *99 CENTS ONLY STORES, LLC*

**Office of the United States Trustee,**
*District of Delaware*

PROOF OF SERVICE