IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| **99 Cents Only Stores, LLC,** | : | |
| | : | Case No. 24-10721 (JKS) |
| *Post-Confirmation Debtor* | : | |
| | : | **Objection Deadline: Jan. 9, 2026** |
| | : | |
| | : | Hearing Date:    **Jan. 29, 2026** |
| | : |                       1:00 pm |
| | : | |
| | : | Re: D.I. 281, 282, 284, 297, 328 |

**PRAECIPE TO WITHDRAW
CERTAIN CLAIMANTS FROM RELIEF SOUGHT BY THE
MOTION FOR RECONSIDERATION
OR ALTURNATIVELY FOR CLARIFICATION
OF COURT ORDERS STRIKING CERTAIN LATE FILED CLAIMS
AND PROCEDURES ORDER FOR RELIEF FROM
PLAN INJUNCTION**

Eyong Batou, Rania Jaradat, Cassandra Lombera and Tomas Sepulveda, four of the five claimants included in the Claimants Motion seeking relief from this Court by a Motion for Reconsideration and Clarification pursuant to Bankruptcy Rule 9024 [Docket No. 297] of certain Orders entered by this Court on December 5, 2025 relating to Striking particular Late Filed Claims [Docket Nos. 281, 282] and to the Claim Fixing and Procedures Order relating to relief from the Plan Injunction [Doc. 284] hereby withdraw the request for Relief pursuant to the Motion, with prejudice, based on the agreed treatment reach by Stipulation with the Debtor and the Liquidating Trust on behalf of the above-captioned post-confirmation debtor and Safety Nation Casualty Corporation previously approved by this Court by Order dated January 23, 2026. [Docket No. 328].

1

The Motion shall continue to proceed for hearing before the Bankruptcy Court on January 29, 2026 related solely for the relief continued to be sought by Claimant Catarina Cux Chan, only.

|  |  |
|---|---|
| Dated: January 27, 2026 | Respectfully submitted,<br><br>**OFFIT KURMAN, P.A.**<br><br>By: */S/ Brian J. McLaughlin*<br>BRIAN J. MCLAUGHLIN<br>(DE Bar Id. No. 2462)<br>OFFIT KURMAN, P.A.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>Telephone: (302) 351-0916<br>E-mail: brian.mclaughlin@offitkurman.com<br><br>By: */s/ P.J. Winterhalter*<br>**PAUL J. WINTERHALTER**<br>*( Pro Hac Vice)*<br>2000 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Telephone: (267) 338-1370<br>E-mail: pwinterhalter@offitkurman.com<br>   *Attorneys for the Multiple Claimants* |