IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>                 Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**Hearing Date: March 5, 2026 at 2:30 p.m. (ET)**

**NOTICE OF HEARING REGARDING LETTER REQUEST
OF RODNEY M. DAVIS TO ALLOW LATE FILED CLAIM**

**PLEASE TAKE NOTICE** that a hearing on the letter request to allow late filed claim filed by Rodney M. Davis [Docket No. 325] will be held before the Honorable J. Kate Stickles at the United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **March 5, 2026 at 2:30 p.m. (prevailing Eastern time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to appear remotely at the Hearing via Zoom should refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4908-3286-2860.1 00168.00003

| | |
|---|---|
| Dated:  February 2, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>-and-<br><br>Robert J. Feinstein (admitted *pro hac vice*)<br>Shirley S. Cho (admitted *pro hac vice*)<br>Beth E. Levine (admitted *pro hac vice*)<br>Jason S. Pomerantz (admitted *pro hac vice*)<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            scho@pszjlaw.com<br>            blevine@pszjlaw.com<br>            jspomerantz@pszjlaw.com<br><br>*Counsel to the 99 Cents Creditors' Liquidating Trust and Plan Administrator* |