## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS)<br><br>Hearing Date: March 5, 2026 at 2:30 p.m. (ET)<br>Obj. Deadline: February 13, 2026 at 4:00 p.m. (ET)<br><br>Re: Dkt. Nos. 333, 343 |

### NOTICE OF MOTION OF LAURA GRACIELA AGUILERA NAVARRO

**PLEASE TAKE NOTICE** that, on January 29, 2026, Laura Graciela Aguilera Navarro ("Aguilera Navarro"), by and through her undersigned counsel, filed the *Motion of Laura Graciela Aguilera Navarro to (i) Set Aside, Solely as to Her Claim, the Order Granting the Trust's Motion to Fix Certain Personal Injury Claims; (ii) Permit a Late-Filed Objection to the Trust's Motion; and (iii) Recognizing Navarro's Proof of Claim to Be Amended to Reflect Her Amended Claim Amount* (the "Motion") [D.I. 333].

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion were due on or before **February 13, 2026 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MARCH 5, 2026 AT 2:30 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 20, 2026                              PIERSON FERDINAND LLP

                                                                  /s/ *Carl D. Neff*
                                                     Carl D. Neff (No. 4895)
                                                     Maura L. Burke (No. 5313)

---

[1] The Post-Confirmation Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

CSC Station
112 S. French Street
Wilmington, Delaware 19801
Telephone: (302) 482-4244
carl.neff@pierferd.com
maura.burke@pierferd.com

*Counsel to Movant,*
*Laura Graciela Aguilera Navarro*

2