**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**CERTIFICATE OF SERVICE**

I, Michael R. Seidl, hereby certify that:

1.      On February 26, 2026, I caused a true and correct copy of the following document to be served on the Parties on the Post-Confirmation Service listed on **Exhibit A** attached hereto and in the manner identified therein:

- *The 99 Cents Creditors' Liquidating Trust's Seventh Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Claims and Insufficient Documentation Claims)* [Docket No. 357] and *Notice* [Docket No. 357-1].

2.      On February 26, 2026, I caused a true and correct copy of the following document to be served on the affected Claimants listed on **Exhibit B** attached hereto and in the manner identified therein:

- *The 99 Cents Creditors' Liquidating Trust's Seventh Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Claims and Insufficient Documentation Claims)* [Docket No. 357] and *Notice* [Docket No. 357-1].

Dated:  February 26, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael R. Seidl*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Michael R. Seidl (DE Bar No. 3889)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            mseidl@pszjlaw.com

-and-

---

[1]    The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*

**EXHIBIT A**

**(Post-Confirmation Service list)**

**Service by Email**

| | | |
|---|---|---|
| Alina Shpak<br>5411 Russell Ave apt 5<br>Los Angeles, CA 90027<br>Email: la.alina.shpak@gmail.com | ASK LLP<br>Jason C. DiBattista<br>Brigette G. McGrath<br>Rebecca Stark<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>Email: jdibattista@askllp.com<br>bmcgrath@askllp.com<br>rstark@askllp.com | ASK LLP<br>Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165<br>Email: mudem@askllp.com |
| Betty Stirling<br>Christopher P. Clemson, Esq.<br>ORDON, FOURNARIS<br>& MAMMARELLA, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 652-2900<br>Email: cclemson@gfmlaw.com | Betty Stirling<br>Vonn R. Christenson, Esq.<br>CHRISTENSON LAW FIRM, LLP<br>472 W. Putnam Avenue<br>Porterville, CA 93257<br>Telephone: (559) 784-4934<br>Email: vrc@christensonlaw.com | Cassandra Lombera, Catarina Cux<br>Chan, Eyon Batou, Isabel Ma<br>Aparicio-Mendez, Jose Raya, Ludivina<br>De La Torre, Mireille Bagdadi, Rania<br>Jaradat, Tomas Sepulveda<br>Roopa Sabesan, Esquire<br>Offit Kurman, P.A.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>Email:<br>roopa.sabesan@offitkurman.com |
| City of Garland, Garland ISD<br>Carrollton-Farmers branch ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>1919 S. Shiloh road, Suite 640, LB 40<br>Garland, TX 75042<br>Email: lreece@pbfcm.com | County of Denton<br>Texas City of Waco and/or Waco ISD<br>McCreary, Veselka, Bragg, & Allen,<br>P.C.<br>Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX78680-1269<br>Email: jparsons@mvbalaw.com | Galena Park ISD, Harris County MUD<br>#285, Klein ISD, Harris County WCID<br>#133, Fountainhead MUD, Pasadena<br>ISD, City of Houston<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>c/o Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>Email: mvaldez@pbfcm.com |
| Montgomery County<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>Email:<br>houston_bankruptcy@lgbs.com | PP Tango<br>Michelle E. Shriro, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Email: mshriro@singerlevick.com | Richardson ISD, City of Colleyville,<br>Grapevine-Colleyville ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>1919 S. Shiloh Road, Suite 640,<br>LB 40<br>Garland, TX 75042<br>Email: ebcalvo@pbfcm.com |

| T. Sepulveda, C. Lombera, R. Jaradat, J. Raya, M. Bagdadi, C. Chan, L. De La Torre, I. Aparicio-Mendez, E. Bataou Offit Kurman, P.A. Roopa Sabesan, Esquire 222 Delaware Avenue, Suite 1105 Wilmington, DE 19801 Email roopa.sabesan@offitkurman.com | US TRUSTEE J. Caleb Boggs Federal Building Nicole Watson, Mike Girello 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801 Email Mike.Girello@usdoj.gov; Nicole.Watson2@usdoj.gov | |

## EXHIBIT B

### (Affected Claimants)

### Service by First Class U.S. Mail

| | | |
|---|---|---|
| Leon, Sara C.<br>Address Redacted | Parlas, Jani<br>Address Redacted | Peters, Stephanie Darlene<br>Address Redacted |