## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| 99 Cents Only Stores LLC, | ) | Case No. 24-10721 (JKS) |
| | ) | (Jointly Administered) |
| Post-Confirmation Debtor.[1] | ) | |
| | ) | **Re: D.I. 200, 284, 347, 355 and 356** |
| | ) | |
| | ) | |

### ORDER APPROVING STIPULATION BY AND BETWEEN THE 99 CENTS CREDITORS' LIQUIDATING TRUST, SAFETY NATIONAL CASUALTY CORPORATION AND TELVON TAYLOR (I) GRANTING RELIEF FROM THE PLAN INJUNCTION AND, TO THE EXTENT APPLICABLE, THE AUTOMATIC STAY AND (II) ESTIMATING CLAIM

Upon consideration of the *Stipulation by and Between the 99 Cents Creditors' Liquidating Trust, Safety National Casualty Corporation and Telvon Taylor (I) Granting Relief from the Plan Injunction and, to the Extent Applicable, the Automatic Stay and (II) Estimating Claim* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and *the Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Stipulation is in the best interests of the Debtors' estates and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is **IT IS HEREBY ORDERED THAT:**

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 1000.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation is approved in its entirety.

2. The Stipulation and this Order shall be effective and enforceable immediately upon entry hereof.

3. The Parties to the Stipulation are authorized to perform any and all obligations as set forth in the Stipulation.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: March 2nd, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE