**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Related Docket Nos. 201, 281** |

**ORDER VACATING ORDER SUSTAINING THE 99 CENTS
CREDITORS' LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS (LATE FILED PERSONAL
INJURY CLAIMS) SOLELY AS IT RELATES TO CLAIM NO. 2089**

Upon the *Certification of Counsel Submitting Order Vacating Order Sustaining the 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims) Soley as it Relates to Claim No. 2089* (the "<u>Certification of Counsel</u>"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**IT IS HEREBY ORDERED THAT:**

1. The *Order Sustaining The 99 Cents Creditors' Liquidating Trust's Third Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims)* [Docket No. 281] (the "Third Omnibus Order") is hereby vacated solely as to Claim No. 2089, filed by Felipe Gonzalez.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulations.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: April 1st, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4902-7484-8409.3 00168.00003

2