**:lin THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>            Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust<br><br>            Plaintiff,<br><br>            vs.<br><br>Franklin Family Partnership, L.P.,<br><br>            Defendant. | Adv. Pro. No. 26-50110 |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 9, 2026 AT 11:00 A.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

> **PLEASE NOTE:** AS NO MATTERS ARE GOING FORWARD,
> THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.

**RESOLVED MATTER:**

1.　The 99 Cents Creditors' Liquidating Trust's Seventh Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Claims and Insufficient Documentation Claims) [Filed February 26, 2026; Docket No. 357].

    **Objection Deadline**: March 12, 2026, at 4:00 p.m. (ET).

    **Responses Received**: None.

---

[1]　The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4938-0233-6925.2 00168.00003

**Related Documents**:

(a)    Certificate of No Objection Regarding The 99 Cents Creditors' Liquidating Trust's Seventh Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Claims and Insufficient Documentation Claims) [Filed March 13, 2026; Docket No. 371].

(b)    [Signed] Order Sustaining The 99 Cents Creditors' Liquidating Trust's Seventh Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Claims and Insufficient Documentation Claims) [Filed March 13, 2026; Docket No. 372].

**Status**: An order has been entered resolving the matter.

**CONTINUED MATTER:**

2.    Pretrial Scheduling Conference [*META Advisors LLC v. Franklin Family Partnership, L.P.*] [Adv. Pro. No. 26-50110]

**Status**: The parties have agreed to adjourn the pretrial scheduling conference to the omnibus hearing on May 20, 2026 at 2:00 p.m.

Dated: April 7, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          mseidl@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
          blevine@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors'
Liquidating Trust*