## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post Confirmation Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| May 20, 2026 | 2:00 p.m. prevailing Eastern Time |

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Dated: April 7th, 2026**
**Wilmington, Delaware**

4919-6741-2050.4 00168.00003