# **Exhibit A**

4930-9447-9524.3 00168.00003

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Related Docket No. _____** |

**ORDER GRANTING THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S
EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) PURSUANT TO 11 U.S.C.
§ 502, FED. R. BANKR. P. 3007 AND LOCAL RULE 3007-1 TO CERTAIN (I) LATE-
FILED CLAIMS; (II) AMENDED/SUPERSEDED CLAIMS; (III) DUPLICATE
CLAIMS; AND (IV) EQUITY CLAIMS**

THIS MATTER having come before the Court[2] upon *The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* (the "**Objection**"), filed by the 99 Cents Creditors' Liquidating Trust (the "**Trust**"), by and through META Advisors LLC, as the appointed trustee, seeking entry of an order (this "**Order**") pursuant to 11 U.S.C. § 502, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing in full and expunging the Late-Filed Claims, Amended/Superseded Claims, Same-Debtor Claims and Equity Claims listed on **Schedule 1**, **Schedule 2**, **Schedule 3** and **Schedule 4** attached hereto for the reasons set forth in the Objection; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157; and it appearing that venue

---

[1] The Post-Confirmation Debtor (as defined below) in the Remaining Chapter 11 Case (as defined below), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2] Any capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Objection.

4928-2375-0564.3 00168.00003

of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Objection and opportunity for response having been given; and it appearing that no other notice need be given; and the Court having considered the Objection, the Kane Declaration, the Disputed Claims listed on **Schedule 1**, **Schedule 2**, **Schedule 3** and **Schedule 4** attached hereto, and any responses thereto; and upon the record herein; and, after due deliberation and sufficient cause appearing therefore, it is FOUND AND DETERMINED that:

A.      This Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

B.      Each holder of a Late-Filed Claim listed on **Schedule 1** attached hereto was properly and timely served with a copy of the Objection, the Kane Declaration, this Order, the accompanying schedule of Late-Filed Claims, and the notice of Objection.

C.      Each holder of an Amended/Superseded Claim listed on **Schedule 2** attached hereto was properly and timely served with a copy of the Objection, the Kane Declaration, this Order, the accompanying schedule of Amended/Superseded Claims, and the notice of Objection.

D.      Each holder of a Duplicate Claim listed on **Schedule 3** attached hereto was properly and timely served with a copy of the Objection, the Kane Declaration, this Order, the accompanying schedule of Duplicate Claims, and the notice of Objection.

E.      Each holder of an Equity Claim listed on **Schedule 4** attached hereto was properly and timely served with a copy of the Objection, the Kane Declaration, this Order, the accompanying schedule of Equity Claims, and the notice of Objection.

F.      Any entity known to have an interest in the Disputed Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection.

4928-2375-0564.3 00168.00003

D.      The relief requested in the Objection is in the best interests of the Debtors' creditors, the Debtors' estates, the Trust and other parties-in-interest; and it is therefore:

ORDERED that:

1.      The Objection is GRANTED as set forth herein.

2.      Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.      Each of the Late-Filed Claims, Amended/Superseded Claims, Duplicate Claims and Equity Claims listed on **Schedule 1**, **Schedule 2**, **Schedule 3** and **Schedule 4** attached hereto are hereby disallowed in full and expunged for all purposes.

4.      The Trust's rights to further object at a later date and on any basis to the Disputed Claims, if necessary, are fully preserved.

5.      The official Claims Register in these Chapter 11 Cases shall be modified in accordance with this Order.

6.      Each of the Late-Filed Claims, Amended/Superseded Claims, Duplicate Claims and Equity Claims listed on **Schedule 1**, **Schedule 2**, **Schedule 3** and **Schedule 4** attached hereto and the objections by the Trust to such claims constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each such claim.  Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7.      The Trust's rights and the rights of other parties-in-interest to file additional objections to the Disputed Claims or any other Claims (filed or not) which may be asserted against

the Debtors and/or the Trust, are fully preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Trust's rights and the rights of other parties-in interest to object on other stated grounds or on any other grounds that the Trust or other parties-in-interest may discover are further preserved.

8. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. All time periods set forth in the Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. This Court shall retain jurisdiction over the Trust and the claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection and the implementation of this Order.

4

4928-2375-0564.3 00168.00003

99 Cents Only Stores, LLC
24-10741 (KJS)
Schedule 1 - Late Filed Claims

| Row | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Asserted Claim Priority | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Aparicio, Maria | Number Holdings, Inc. | 7/23/2024 | 2270 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 59 of 881. |
| 2 | Barnett, Lou Ann | 99 Cents Only Stores LLC | 8/7/2024 | 2294 | $80.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 85 of 881. |
| 3 | Bejar Ternero, Norma | 99 Cents Only Stores LLC | 7/17/2024 | 2204 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 93 of 881. |
| 4 | Ben Hyatt Corporation | 99 Cents Only Stores LLC | 10/4/2024 | 2402 | $434.55 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 95 of 881. |
| 5 | Boze, Amy Marie | Number Holdings, Inc. | 8/6/2024 | 2284 | $15,100.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 108 of 881. |
| 6 | Burciaga, Nereida | Number Holdings, Inc. | 7/19/2024 | 2216 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 609 of 881. |
| 7 | C and L Refrigeration Corporation | Number Holdings, Inc. | 7/19/2024 | 2220 | $1,580.34 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 121 of 881. |
| 8 | Calderon, Maricela | Number Holdings, Inc. | 7/11/2024 | 2154 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 124 of 881. |
| 9 | Camarillo Business Enterprises, Inc. | 99 Cents Only Stores LLC | 7/9/2024 | 1819 | $94,180.90 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 822 of 881. |
| 10 | Carnation19 LP | Number Holdings, Inc. | 2/18/2025 | 2518 | $38,875.20 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 822 of 881. |
| 11 | Cerna Recio, Jennifer | Number Holdings, Inc. | 7/15/2024 | 2180 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 151 of 881. |
| 12 | Certified Nurseries Inc. | 99 Cents Only Stores LLC | 7/15/2024 | 2166 | $361,424.45 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 823 of 881. |
| 13 | City of Gilroy Finance Department | 99 Cents Only Stores LLC | 2/10/2025 | 2509 | $547.06 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 164 of 881. |
| 14 | Delta Carbona | 99 Cents Only Stores LLC | 7/15/2024 | 2161 | $25,440.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 829 of 881. |
| 15 | Devito, Diana | 99 Cents Only Stores LLC | 8/22/2024 | 2330 | $86.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 211 of 881. |
| 16 | DGN Technologies, Inc. | 99 Cents Only Stores LLC | 8/7/2024 | 2287 | $14,790.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 829 of 881. |
| 17 | Diaz, Minerva | 99 Cents Only Stores LLC | 7/10/2024 | 2083 | $17,000.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 214 of 881. |
| 18 | Duran, Dayanara | Number Holdings, Inc. | 8/8/2024 | 2299 | $22,557.78 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 224 of 881. |
| 19 | Falk, Whitney | 99 Cents Only Stores LLC | 7/11/2024 | 2149 | $100.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 243 of 881. |
| 20 | Feau, Ramona | Number Holdings, Inc. | 7/11/2024 | 2148 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 245 of 881. |
| 21 | Gallegos, Alexis | 99 Cents Only Stores LLC | 7/16/2024 | 2188 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 269 of 881. |
| 22 | Galvan, Anthony | Number Holdings, Inc. | 6/9/2025 | 2555 | $64,082,588.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 270 of 881. |
| 23 | Garcia, Juan | 99 Cents Only Stores LLC | 7/10/2024 | 2090 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 279 of 881. |
| 24 | Give and Go Prepared Food Corp. | 99 Cents Only Stores LLC | 12/31/2024 | 2468 | $151,566.73 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 834 of 881. |

99 Cents Only Stores, LLC
24-10741 (KJS)
Schedule 1 - Late Filed Claims

| Row | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Asserted Claim Priority | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 25 | Gonzalez, Hilario | Number Holdings, Inc. | 8/13/2024 | 2314 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 305 of 881. |
| 26 | Gutierrez, Cecilia | 99 Cents Only Stores LLC | 7/16/2024 | 2192 | $100.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 322 of 881. |
| 27 | Hardy, Earl | Number Holdings, Inc. | 7/9/2024 | 2070 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 331 of 881. |
| 28 | Hernandez, Maria | 99 Cents Only Stores LLC | 7/19/2024 | 2219 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 348 of 881. |
| 29 | Ibanez Leyva, Karla | Number Holdings, Inc. | 8/8/2024 | 2288 | $19,000.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 609 of 881. |
| 30 | Interior Office Solutions, LLC dba PeopleSpace | 99 Cents Only Stores LLC | 9/5/2024 | 2347 | $64,795.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 851 of 881. |
| 31 | International Purchase Systems Inc. | 99 Cents Only Stores LLC | 7/31/2024 | 2263 | $36,060.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 839 of 881. |
| 32 | Jimenez, Carina | Number Holdings, Inc. | 7/9/2024 | 2055 | $20,000.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 609 of 881. |
| 33 | Jimenez, Daisy | 99 Cents Only Stores LLC | 7/12/2024 | 2165 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 381 of 881. |
| 34 | Johnson, Latasha | 99 Cents Only Stores Texas, Inc. | 8/9/2024 | 2321 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 386 of 881. |
| 35 | Karmin Industries | Number Holdings, Inc. | 1/29/2025 | 2487 | $17,280.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 395 of 881. |
| 36 | Knobbe, Martens, Olson & Bear, LLP | 99 Cents Only Stores LLC | 7/9/2024 | 1744 | $40,998.67 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 841 of 881. |
| 37 | Lawrence Wholesale | 99 Cents Only Stores LLC | 7/11/2024 | 2159 | $13,189.80 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 842 of 881. |
| 38 | Leon, Sara | 99 Cents Only Stores LLC | 9/13/2024 | 2359 | $200.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 418 of 881. |
| 39 | Mariani Packing Co, Inc. | 99 Cents Only Stores LLC | 8/21/2024 | 2326 | $46,912.01 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 845 of 881. |
| 40 | Mendez, Humberto | 99 Cents Only Stores LLC | 7/9/2024 | 2071 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 489 of 881. |
| 41 | Miranda, Veronica | Number Holdings, Inc. | 7/15/2024 | 2172 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 502 of 881. |
| 42 | Mosby, Gabriel | Bargain Wholesale LLC | 7/11/2024 | 2137 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 520 of 881. |
| 43 | Mosby, Rosetta | Bargain Wholesale LLC | 7/11/2024 | 2146 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 520 of 881. |
| 44 | Ocean Spray Cranberries, Inc. | 99 Cents Only Stores LLC | 8/22/2024 | 2329 | $56,687.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 850 of 881. |
| 45 | Oliva Alfaro, Luz Amparo | 99 Cents HoldCo LLC | 7/15/2024 | 2168 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 850 of 881. |
| 46 | Peters, Stephanie Darlene | 99 Cents Only Stores LLC | 9/18/2025 | 2577 | $8,100.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 582 of 881. |
| 47 | Ponce, Adela | 99 Cents Only Stores LLC | 7/15/2024 | 2170 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 589 of 881. |
| 48 | Popoca, Maria Isabel | 99 Cents Only Stores LLC | 7/9/2024 | 2020 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 590 of 881. |

99 Cents Only Stores, LLC
24-10741 (KJS)
Schedule 1 - Late Filed Claims

| Row | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Asserted Claim Priority | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|
| 49 | Primrose19 LP | Number Holdings, Inc. | 2/18/2025 | 2517 | $198,004.58 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 853 of 881. |
| 50 | Primus, Gayla L. | Number Holdings, Inc. | 10/7/2024 | 2408 | $72,000.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 594 of 881. |
| 51 | Pyrenees French Bakery, Inc. | 99 Cents Only Stores LLC | 8/5/2024 | 2279 | $3,344.16 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 853 of 881. |
| 52 | Ramirez, Michelle | 99 Cents Only Stores LLC | 7/9/2024 | 2062 | $5,384.62 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 606 of 881. |
| 53 | Rojas, Andrew | 99 Cents Only Stores LLC | 7/9/2024 | 1993 | $500.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 648 of 881. |
| 54 | Ronnys Inc. | 99 Cents Only Stores LLC | 10/7/2024 | 2405 | $3,046.15 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 856 of 881. |
| 55 | Salinas, Juana Castellanos | 99 Cents Only Stores LLC | 7/20/2024 | 2217 | $637.72 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 670 of 881. |
| 56 | Sam Salem and Son LLC | 99 Cents Only Stores LLC | 7/18/2024 | 2203 | $475,008.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 857 of 881. |
| 57 | Sanchez, Yanitza | 99 Cents Only Stores LLC | 8/6/2024 | 2278 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 678 of 881. |
| 58 | Segura International Service Group | 99 Cents Only Stores LLC | 7/24/2024 | 2245 | $900.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 690 of 881. |
| 59 | Shafi, Rehana | Number Holdings, Inc. | 8/9/2024 | 2306 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 694 of 881. |
| 60 | Soltero, Charlie | 99 Cents Only Stores LLC | 7/19/2024 | 2225 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 710 of 881. |
| 61 | Temple, Addie | Number Holdings, Inc. | 7/19/2024 | 2226 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 732 of 881. |
| 62 | Torres, Brenda | 99 Cents Only Stores LLC | 7/17/2024 | 2202 | Unliquidated | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 741 of 881. |
| 63 | Venegas, Luis | Number Holdings, Inc. | 7/11/2024 | 2150 | $542.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 773 of 881. |
| 64 | Verdes Toys Corp. | 99 Cents Only Stores LLC | 7/9/2024 | 2056 | $60,900.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 864 of 881. |
| 65 | Wedmore, Erica | 99 Cents Only Stores LLC | 1/19/2025 | 2479 | $6,817.84 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 788 of 881. |
| 66 | Wedmore, Erica | 99 Cents Only Stores LLC | 1/19/2025 | 2480 | $1,688.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 788 of 881. |
| 67 | Western Bagel Baking Corporation | 99 Cents Only Stores LLC | 9/10/2024 | 2356 | $64,327.00 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 866 of 881. |
| 68 | Win, Tun | 99 Cents Only Stores LLC | 7/11/2024 | 2138 | Blank | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 798 of 881. |
| 69 | Wonderful Pistachios & Almonds LLC | 99 Cents Only Stores LLC | 8/1/2024 | 2268 | $749,829.60 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 866 of 881. |
| 70 | Zwanenberg Food Group | Number Holdings, Inc. | 7/9/2024 | 2052 | $6,190.99 | General Unsecured | Claim filed after the applicable Bar Date. Claimant was timely served with the Bar Date Notice. *See* Dkt. No. 861, pg. 813 of 881. |

99 Cents Only Stores, LLC
24-10721 (KJS)
Schedule 2 - Amended/Superseded Claims

| Row | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Asserted Priority | Basis for Proposed Disallowance | Surviving Debtor | Surviving Claim Number | Date Surviving Claim Filed | Surviving Claim Amount | Surviving Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Centerpointe-JMYL L.P. | 99 Cents Only Stores LLC | 7/8/2024 | 1783 | $694,183.34 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2369 | 9/19/2024 | $752,409.95 | General Unsecured |
| 2 | City of Lompoc, CA | Number Holdings, Inc. | 8/14/2024 | 2317 | $3,686.94 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 2525 | 2/28/2025 | $8,004.61 | General Unsecured |
| 3 | City Of North Las Vegas - Utilities Dept | Number Holdings, Inc. | 5/20/2024 | 634 | $1,276.95 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 2198 | 7/16/2024 | $1,276.95 | General Unsecured |
| 4 | City Of North Las Vegas - Utilities Dept | Number Holdings, Inc. | 5/20/2024 | 637 | $734.45 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 2197 | 7/16/2024 | $734.45 | General Unsecured |
| 5 | City Of North Las Vegas - Utilities Dept | Number Holdings, Inc. | 5/20/2024 | 636 | $648.54 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 2196 | 7/16/2024 | $648.54 | General Unsecured |
| 6 | City Of North Las Vegas - Utilities Dept | Number Holdings, Inc. | 5/20/2024 | 635 | $629.24 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 2195 | 7/16/2024 | $629.24 | General Unsecured |
| 7 | Creative Worldwide (HK) Limited | Number Holdings, Inc. | 4/15/2024 | 55 | $124,290.60 | General Unsecured | Claim amended and superseded by Surviving Claim. | Number Holdings, Inc. | 1278 | 6/28/2024 | $124,290.60 | General Unsecured |
| 8 | Dalian Penny International Trading Co., Ltd. | Number Holdings, Inc. | 4/18/2024 | 154 | $659,089.20 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 517 | 5/9/2024 | $659,089.20 | General Unsecured |
| 9 | Harrison Street Investors, LLC | 99 Cents Only Stores LLC | 6/6/2024 | 774 | $234,712.44 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2557 | 6/13/2025 | $234,712.44 | General Unsecured |
| 10 | Mello, Shelladie | 99 Cents Only Stores LLC | 7/6/2024 | 1986 | $25,000.00 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 1976 | 7/6/2024 | $50,000.00 | General Unsecured |
| 11 | Mello, Shelladie | 99 Cents Only Stores LLC | 7/6/2024 | 1980 | $9,009.00 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 1976 | 7/6/2024 | $50,000.00 | General Unsecured |
| 12 | MODE Transportation, LLC | 99 Cents Only Stores LLC | 5/17/2024 | 608 | $2,084,942.77 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2574 | 8/27/2025 | $2,522,665.43 | General Unsecured |
| 13 | North Valley Mall II LLC | 99 Cents Only Stores LLC | 5/3/2024 | 448 | $231,224.18 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 1520 | 7/5/2024 | $210,896.79 | General Unsecured |
| 14 | OOCL Logistics (USA) Inc | 99 Cents Only Stores LLC | 4/16/2024 | 98 | $108,546.86 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2529 | 3/4/2025 | $108,506.86 | General Unsecured |
| 15 | OOCL Logistics Line Limited New York Branch | 99 Cents Only Stores LLC | 4/16/2024 | 80 | $2,117.88 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2528 | 3/4/2025 | $2,117.88 | General Unsecured |
| 16 | OTL | 99 Cents Only Stores LLC | 4/19/2024 | 190 | $180,520.32 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2228 | 7/22/2024 | $123,763.62 | General Unsecured |
| 17 | OTL | 99 Cents Only Stores LLC | 4/22/2024 | 229 | $142,151.75 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2228 | 7/22/2024 | $123,763.62 | General Unsecured |
| 18 | Rimini Street, Inc. | 99 Cents Only Stores LLC | 10/31/2024 | 2431 | $925,793.64 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2432 | 10/31/2024 | $734,633.00 | General Unsecured |
| 19 | Saroay Capital, LLC | 99 Cents Only Stores LLC | 5/17/2024 | 606 | $163,183.93 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2375 | 9/23/2024 | $184,183.93 | General Unsecured |
| 20 | Singsong International Trade Co Limited | 99 Cents Only Stores LLC | 4/30/2024 | 366 | $269,744.40 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 743 | 6/3/2024 | $269,744.40 | General Unsecured |
| 21 | Star Shine Import & Export Co Ltd | 99 Cents Only Stores LLC | 4/23/2024 | 272 | $196,362.61 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 659 | 5/23/2024 | $196,362.60 | General Unsecured |
| 22 | Star Shine Import & Export Co Ltd | 99 Cents Only Stores LLC | 4/23/2024 | 301 | $196,362.61 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 659 | 5/23/2024 | $196,362.60 | General Unsecured |
| 23 | USA Debt Recovery Solutions, Inc. Assignee Of Ningbo Home-dollar Imp & Exp Corp | 99 Cents Only Stores LLC | 6/24/2024 | 933 | $1,334,689.11 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 2411 | 10/14/2024 | $3,100,712.92 | General Unsecured |
| 24 | USA Debt Recovery Solutions, Inc. assignee of Zibo Great Sailing International Trading | Number Holdings, Inc. | 4/28/2024 | 354 | $132,903.96 | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 1769 | 7/8/2024 | $234,793.26 | General Unsecured |
| 25 | Vigil, Cesar | 99 Cents Only Stores LLC | 7/5/2024 | 1695 | Unliquidated | General Unsecured | Claim amended and superseded by Surviving Claim. | 99 Cents Only Stores LLC | 1781 | 7/8/2024 | $4,500,000.00 | General Unsecured |

99 Cents Only Stores, LLC
24-10721 (KJS)
Schedule 3 - Duplicate Claims

| | Claims to be Disallowed | | | | | | Remaining Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Name | Date Filed | Debtor | Claim # | Classes | Claim Amount | Name | Date Filed | Debtor | Claim # | Classes | Claim Amount |
| 1 | Aguilar, Angel | 6/8/2024 | 99 Cents Only Stores LLC | 790 | General Unsecured | $437.05 | Aguilar, Angel | 6/10/2024 | 99 Cents HoldCo LLC | 799 | General Unsecured | $437.05 |
| 2 | Annabelle Candy Company Inc. | 6/27/2024 | Bargain Wholesale LLC | 1094 | General Unsecured | $44,064.00 | Annabelle Candy Company Inc. | 12/6/2024 | Bargain Wholesale LLC | 2454 | General Unsecured | $44,064.00 |
| 3 | Franchise Tax Board | 11/5/2024 | 99 Cents PropCo LLC | 2436 | General Unsecured | Unliquidated | Franchise Tax Board | 11/5/2024 | 99 Cents HoldCo LLC | 2437 | General Unsecured | Unliquidated |
| 4 | Great American Insurance Company | 6/28/2024 | Number Holdings, Inc. | 1148 | General Unsecured | $14,655,000.00 | Great American Insurance Company | 6/28/2024 | 99 Cents Only Stores LLC | 1147 | General Unsecured | $14,655,000.00 |
| 5 | Lucas, Giovanni | 7/8/2024 | 99 Cents HoldCo LLC | 1642 | General Unsecured | $704.00 | Lucas, Giovanni | 7/8/2024 | 99 Cents HoldCo LLC | 1777 | General Unsecured | $704.00 |
| 6 | RGGD, Inc. dba Crystal Art Gallery | 4/18/2024 | Number Holdings, Inc. | 159 | General Unsecured | $283,702.40 | RGGD, Inc. dba Crystal Art Gallery | 4/18/2024 | Number Holdings, Inc. | 197 | General Unsecured | $283,702.40 |
| 7 | Tata Consultancy Services Limited | 7/5/2024 | Number Holdings, Inc. | 1504 | General Unsecured | $803,286.21 | Tata Consultancy Services Limited | 7/5/2024 | 99 Cents Only Stores LLC | 1506 | General Unsecured | $803,286.21 |
| 8 | Vernon Sales Inc. | 4/16/2024 | Bargain Wholesale LLC | 74 | General Unsecured | $33,648.93 | Vernon Sales Inc. | 7/1/2024 | Bargain Wholesale LLC | 1605 | General Unsecured | $33,648.93 |
| 9 | Yingtu Limited | 8/20/2024 | 99 Cents Only Stores LLC | 2333 | General Unsecured | $320,586.27 | Yingtu Limited | 4/17/2024 | 99 Cents Only Stores LLC | 134 | General Unsecured | $320,586.27 |

99 Cents Only Stores, LLC
24-10721 (KJS)
Schedule 4 - Equity

| Row | Claim # | Claimant | Debtor | Asserted Total Claim Amount | Asserted Claim Priority | Reasons for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 1526 | Schaper, Peter | Number Holdings, Inc. | Unliquidated | General Unsecured | Claimant lists "Stock Options" as the basis of the claim in the applicable Proof of Claim form, and attaches only a stock option agreement. The ownership of an equity security in any debtor entity is not a "claim" within the meaning of 11 U.S.C. § 101(5). Further, pursuant to the Plan, all equity interests in the Debtors were deemed cancelled and extinguished as of the Effective Date and do not receive a recovery under the Plan. |