**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Re: Docket No. 389** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 24th day of April, 2026, I caused a

copy of the following document(s) to be served on the individual(s) on the attached service list(s)

in the manner indicated:

**The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims [Docket No. 389]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Post-Confirmation Debtor (as defined in the Objection) in the Remaining Chapter 11 Case (as defined in the Objection), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

| | | |
|---|---|---|
| **Email**<br>Alina Shpak<br>5411 Russell Ave apt 5<br>Los Angeles, CA 90027<br>Email: la.alina.shpak@gmail.com | **Email**<br>ASK LLP<br>Jason C. DiBattista<br>Brigette G. McGrath<br>Rebecca Stark<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>Email: jdibattista@askllp.com<br>bmcgrath@askllp.com<br>rstark@askllp.com | **Email**<br>ASK LLP<br>Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165<br>Email: mudem@askllp.com |
| **Email**<br>Betty Stirling<br>Christopher P. Clemson, Esq.<br>ORDON, FOURNARIS<br>& MAMMARELLA, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 652-2900<br>Email: cclemson@gfmlaw.com | **Email**<br>Betty Stirling<br>Vonn R. Christenson, Esq.<br>CHRISTENSON LAW FIRM, LLP<br>472 W. Putnam Avenue<br>Porterville, CA 93257<br>Telephone: (559) 784-4934<br>Email: vrc@christensonlaw.com | **Email**<br>Cassandra Lombera, Catarina Cux<br>Chan, Eyon Batou, Isabel Ma<br>Aparicio-Mendez, Jose Raya, Ludivina<br>De La Torre, Mireille Bagdadi, Rania<br>Jaradat, Tomas Sepulveda<br>Roopa Sabesan, Esquire<br>Offit Kurman, P.A.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>Email:<br>roopa.sabesan@offitkurman.com |
| **Email**<br>City of Garland, Garland ISD<br>Carrollton-Farmers branch ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>1919 S. Shiloh road, Suite 640, LB 40<br>Garland, TX 75042<br>Email: lreece@pbfcm.com | **Email**<br>County of Denton<br>Texas City of Waco and/or Waco ISD<br>McCreary, Veselka, Bragg, & Allen,<br>P.C.<br>Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX78680-1269<br>Email: jparsons@mvbalaw.com | **Email**<br>Galena Park ISD, Harris County MUD<br>#285, Klein ISD, Harris County WCID<br>#133, Fountainhead MUD, Pasadena<br>ISD, City of Houston<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>c/o Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>Email: mvaldez@pbfcm.com |
| **Email**<br>Montgomery County<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>Email:<br>houston_bankruptcy@lgbs.com | **Email**<br>PP Tango<br>Michelle E. Shriro, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Email: mshriro@singerlevick.com | **Email**<br>Richardson ISD, City of Colleyville,<br>Grapevine-Colleyville ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>1919 S. Shiloh Road, Suite 640,<br>LB 40<br>Garland, TX 75042<br>Email: ebcalvo@pbfcm.com |

4933-3778-5639.5 00168.00003

99 Cents Only Stores LLC
Post-Confirmation Service List
24-10721 (JKS)

| Email | Email | |
|---|---|---|
| T. Sepulveda, C. Lombera, R. Jaradat, J. Raya, M. Bagdadi, C. Chan, L. De La Torre, I. Aparicio-Mendez, E. Bataou Offit Kurman, P.A. Roopa Sabesan, Esquire 222 Delaware Avenue, Suite 1105 Wilmington, DE 19801 Email roopa.sabesan@offitkurman.com | US TRUSTEE J. Caleb Boggs Federal Building Nicole Watson, Mike Girello 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801 Email Mike.Girello@usdoj.gov; Nicole.Watson2@usdoj.gov | |

4933-3778-5639.5 00168.00003                    2

99 Cents – Service List re 8th Omnibus
Objection to Claims (Non-Substantive)
Case No. 24-10721 (JKS)
Doc. No. 4933-4665-2070
118 – First Class Mail
014 – Foreign First Class Mail

**First Class Mail**
Angel Aguilar
Address Redacted

**First Class Mail**
Oliva Alfaro; Luz Amparo
Address Redacted

**First Class Mail**
Annabelle Candy Company Inc.
23500 64th Avenue S, Ste. 102
Kent, WA  98032

**First Class Mail**
Annabelle Candy Company Inc.
Attn:  Mary Bides, Controller
27211 Industrial Blvd.
Hayward, CA  94545

**First Class Mail**
Maria Aparicio
Address Redacted

**First Class Mail**
Maria Esperanza Aparicio
99 Cents Only Store
3060 Crenshaw Blvd.
Los Angeles, CA  90016

**First Class Mail**
Lou Ann Barnett
Address Redacted

**First Class Mail**
Lou Ann Barnett
99 Cent Store
Boulder and Major
Henderson, NV  89015

**First Class Mail**
Ben Hyatt Corporation
Attn:  Sharon Hyatt, President
17835 Ventura Blvd., Ste. 310
Encino, CA  91316

**First Class Mail**
Amy Marie Boze
Address Redacted

**First Class Mail**
Nereida Burciaga
Address Redacted

**First Class Mail**
C & L Refrigeration Corporation
Attn:  Laura Garcia, Credit/Accts.
Receivable
P.O. Box 2319
Brea, CA  92822

**First Class Mail**
Maricela Calderon
Address Redacted

**First Class Mail**
Camarillo Business Enterprises, Inc.
P.O. Box 57345
Sherman Oaks, CA  91413

**First Class Mail**
Camarillo Business Enterprises, Inc.
c/o Andrew C. Pongracz, Esq.
626 Wilshire Blvd., Ste. 410
Los Angeles, CA  90017

**First Class Mail**
Carnation 19 LP
Attn:  Mark Gabay, Manager of Flowerfield
19 LLC, G.P.
9034 W. Sunset Blvd.
West Hollywood, CA  90069

**First Class Mail**
Centerpointe-JMYL L.P.
41623 Margarita Road, Ste. 100
Temecula, CA  92591

**First Class Mail**
Centerpointe-JMYL L.P.
Kimball, Tirey & St. John LLP
Attn:  R. Scott Andrews
2040 Main Street, Ste. 500
Irvine, CA 92612

**First Class Mail**
Jennifer Cerna Recio
Address Redacted

**First Class Mail**
Certified Nurseries Inc.
P.O. Box 4400
Tyler, TX  5712

**First Class Mail**
Cesar Vigil
Address Redacted

**First Class Mail**
City of Gilroy Finance Department
Attn:  Arica D. Hernandez, Supervising
Technician
7351 Rosanna Street
Gilroy, CA  95020

**First Class Mail**
City of Lompoc, CA
100 Civic Center Plaza
Lompoc, CA 93436-6916

**First Class Mail**
City of Lompoc, CA
Attn:  Teri Schwab, Paralegal
100 Civic Center Plaza
Lompoc, CA  93436-6916

**First Class Mail**
City of North Las Vegas - Utilities Dept
Attn:  Crystal Williams, CA Paralegal
2250 Las Vegas Blvd. N, Ste. 250
North Las Vegas, NV  89030

**First Class Mail**
City of North Las Vegas - Utilities Dept
Attn:  Dara Newman, Customer Serv. Rep.
2250 Las Vegas Blvd. N, Ste. 250
North Las Vegas, NV  89030

**First Class Mail**
City of North Las Vegas - Utilities Dept
City Attorney-Civil Division
2250 Las Vegas Blvd. North, #810
North Las Vegas, NV 89030"

**Foreign First Class Mail**
Creative Worldwide (HK) Limited
Room 506, 5F
Kai Fuk Industrial Centre
1 Want Tung Street
Kowloon Bay, Kowloon HONG KONG

**Foreign First Class Mail**
Creative Worldwide (HK) Limited
Attn:  Yuk Ha Ho, General Manager
Room 506, 5F
Kai Fuk Industrial Centre
1 Want Tung Street
Kowloon Bay, Kowloon HONG KONG

**Foreign First Class Mail**
Dalian Penny International Trading Co., Ltd.
Room 506, Shengshi Building
No. 35 Luxun Road
Zhongshan District, Dalian CHINA

**Foreign First Class Mail**
Dalian Penny International Trading Co., Ltd.
Attn:  Shizheng Want, Chairman
Room 506, Shengshi Building
No. 35 Luxun Road
Zhongshan District, Dalian CHINA

**First Class Mail**
Delta Carbona LP
Attn:  Emily E. Kansay, AR Manager
16 Chapin Road, Ste. 911
Pine Brook, NJ  07058

**First Class Mail**
Diana Devito
Address Redacted

**First Class Mail**
DGN Technologies, Inc.
Attn:  Banita Gupta, HR Manager
46500 Fremont Blvd., Ste. 708
Fremont, CA  94538

**First Class Mail**
Minerva Diaz
P.O. Box 149
Armona, CA  93202

**First Class Mail**
Dayanara Duran
Address Redacted

**First Class Mail**
Whitney Falk
Address Redacted

**First Class Mail**
Ramona Feau
Address Redacted

**First Class Mail**
Franchise Tax Board
Attn:  Cathy Saechao
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA  95812-2952

**First Class Mail**
Alexis Gallegos
Address Redacted

**First Class Mail**
Anthony Galvan
Address Redacted

**First Class Mail**
Anthony Galvan
Address Redacted

**First Class Mail**
Juan Garcia
Address Redacted

**First Class Mail**
Juan Garcia
Address Redacted

**Foreign First Class Mail**
Give & Go Prepared Food Corp.
15 Marmac Drive, Unit 200
Toronto, Ontario M9W1E7, CANADA

**First Class Mail**
Hilario Gonzalez
Address Redacted

**First Class Mail**
Great American Insurance Company
Attn:  T. Scott Leo
100 N. LaSalle Street, Ste. 514
Chicago, IL  60602

**First Class Mail**
Decilia Guiterrez
Address Redacted

**First Class Mail**
Earl Hardy
Address Redacted

**First Class Mail**
Harrison Street Investors, LLC
Fletcher Barnes Law, PLC
c/o Timothy H. Barnes
10429 South 51st St., Ste. 225
Phoenix, AZ  85044

**First Class Mail**
Harrison Street Investors, LLC
Fletcher Barnes Law, PLC
c/o Timothy H. Barnes
7955 South Priest Drive, #103
Phoenix, AZ  85284

**First Class Mail**
Maria Hernandez
Address Redacted

**First Class Mail**
Interior Office Solutions, LLC
dba People Space
17800 Mitchell North
Irvine, CA  92614

**First Class Mail**
International Purchase Systems Inc.
Attn:  Michael P. Brooks, CEO
6 Executive Plaza, Ste. 147
Yonkers, NY  10701

**First Class Mail**
Carina Jimenez
Address Redacted

**First Class Mail**
Daisy Jimenez
Address Redacted

**Foreign First Class Mail**
Karmin Industries
1901 Transcanada
Dorval, Quebec H9P 1J1, CANADA

**First Class Mail**
Knobbe, Martens, Olson & Bear, LLP
Attn:  Aubrie Buckley, Asst. Acctg. Mgr.
2040 Main Street, 14th Floor
Irvine, CA  92614

**First Class Mail**
Latasha Johnson
Address Redacted

**First Class Mail**
Lawrence Wholesale
P.O. Box 58307
Vernon, CA  90058

**First Class Mail**
Sara Leon
Address Redacted

**First Class Mail**
Karla Ibanez Leyva
99 Cents Only Store
1190 E. Carson Street
Long Beach, CA  90806

**First Class Mail**
Karla Ibanez Leyva
Address Redacted

**First Class Mail**
Giovanni Lucas
Address Redacted

**First Class Mail**
Mariani Packing Co., Inc.
Attn: M. Kathi Lawson, Asst. Controller
500 Crocker Drive
Vacaville, CA  95688

**First Class Mail**
Humberto Mendez
Address Redacted

**First Class Mail**
Veronica Miranda
Address Redacted

**First Class Mail**
MODE Transportation, LLC
Attn:  Lucas Shuck, Accts Receivable Mgr.
14785 Preston Road, Ste. 850
Dallas, TX  75254

**First Class Mail**
Gabriel Mosby
Address Redacted

**First Class Mail**
Gabriel J. Mosby Jr.
99 Cents Store
2525 N. Texas Street
Fairfield, CA  94533

**First Class Mail**
Rosetta Mosby
Address Redacted

**First Class Mail**
Rosetta Mosby
99 Cents Store
2525 N. Texas Street
Fairfield, CA  94533

**First Class Mail**
North Valley Mall II LLC
Attn:  Cheri A. Lyon, Office Manager
806 E. Avenida Pico, #I-311
San Clemente, CA  92673

**First Class Mail**
Ocean Spray Cranberries, Inc.
Attn:  Credit Department
1 Ocean Spray Drive
Lakeville, MA  02349

**First Class Mail**
Ocean Spray Cranberries, Inc.
Attn:  Kelly DeCorte, Credit & Collections
Supervisor
1 Ocean Spray Drive
Lakeville, MA  02349

**First Class Mail**
OOCL Logistics (USA) Inc
Attn:  Omar Haque, Sr. Manager
Supply Chain & Trade Compliance
88 Pine Street, Ste. 1120
New York, NY  10005

**First Class Mail**
OOCL Logistics (USA) Inc
Attn:  Bryan D. Press
Metro Group Maritime
49 W. Mt. Pleasant Ave., #2371
Livingston, NJ  07039

**First Class Mail**
OOCL Logistics Line Limited New York
Branch
Attn:  Omar Hague, Sr. Manager
Supply Chain & Trade Compliance
88 Pine Street, Suite 1120
New York, NY  10005

**First Class Mail**
OOCL Logistics Line Limited New York
Branch
Attn:  Bryan D. Press
Metro Group Maritime
49 W. Mt. Pleasant Ave., #2371
Livingston, NJ  07039

**Foreign First Class Mail**
OTL
Attn:  Samantha T. Whitworth, Credit
Control Manager
Unit 4 Knowsthorpe Approach
Cross Green
Leeds, West Yorkshire, lS9 0DW, UNITED
KINGDOM

**First Class Mail**
Stephanie Darlene Peters
Address Redacted

**First Class Mail**
Adela Ponce
Address Redacted

**First Class Mail**
Maria Isabel Popoca
Address Redacted

**First Class Mail**
Primose 19 LP
Attn:  Mark Gabay, Manager of Flowerfield
19 LLC, G.P.
9034 W. Sunset Blvd.
West Hollywood, CA  90069

**First Class Mail**
Gayla L. Primus
Address Redacted

**First Class Mail**
Pyrenees French Bakery, Inc.
P.O. Box 3626
Bakersfield, CA  93385-3626

**First Class Mail**
Pyrenees French Bakery, Inc.
Attn:  Marianne J. Laxague, President
717 E. 21st Street
P.O. Box 3626
Bakersfield, CA  93305

**First Class Mail**
Michelle Ramirez
Address Redacted

**First Class Mail**
RGGD, Inc., dba Crystal Art Gallery
Attn:  Martha M. Muriuki-Mueller, Credit
Manager
4950 S. Santa Fe Ave.
Vernon, CA  90058

**First Class Mail**
Rimini Street, Inc.
c/o Scott Hoffmann, Managing Counsel
1700 S. Pavilion Center, Ste. 330
Las Vegas, NV  89135

**First Class Mail**
Rimini Street, Inc.
Attn:  Seth A. Ravin, President & CEO
1700 S. Pavilion Center, Ste. 330
Las Vegas, NV  89135

**First Class Mail**
Andrew Rojas
Address Redacted

**First Class Mail**
Ronnys Inc.
1251 Badger Flat Road
Los Banos, CA  93635

**First Class Mail**
Ronnys Inc.
Attn:  Maria Navarro, Manager
1251 Badger Flat Road
Los Banos, CA  93635

**First Class Mail**
Juana Castellanos Salinas
Address Redacted

**First Class Mail**
Juana Castellanos Salinas
99 Cents Only Store
2012 Long Beach Blvd.
Long Beach, CA  90806

**First Class Mail**
Sam Salem and Son LLC
Attn:  Joseph Salem
302 5th Avenue, 4th Floor
New York, NY  10001

**First Class Mail**
Yanitza Sanchez
Address Redacted

**First Class Mail**
Saroay Capital, LLC
c/o Ram Saroay
Address Redacted

**First Class Mail**
Saroay Capital, LLC
c/o BLR Commercial Real Estate, Inc.
Attn:  Brandon Scott, Agent
2291 W. March Lane, Ste. B215
Stockton, CA  95207

**First Class Mail**
Peter Schaper
Address Redacted

**First Class Mail**
Segura International Service Group
Attn:  Anthony D. Segura, Owner
Address Redacted

**First Class Mail**
Rehana Shafi
Address Redacted

**First Class Mail**
Shelladie Mello
Address Redacted

**Foreign First Class Mail**
Singsong International Trade Co. Limited
No. 29, Lane 3999 Xiupu Road
Shanghai,  CHINA

**Foreign First Class Mail**
Singsong International Trade Co. Limited
Attn:  Selina Peng, Sr. Merchandiser
Flat Rm A 12F Kiu Fu
Wanchai, 020, Hong Kong,  CHINA

**First Class Mail**
Charlie Soltero
Address Redacted

**Foreign First Class Mail**
Star Shine Import & Export Co. Ltd.
1-2851 Room, Longhu MOCO, No.2
Daxing Ease Road
Lianhu District, Xi'an, CHINA

**Foreign First Class Mail**
Star Shine Import & Export Co. Ltd.
Attn:  Xiaoxiao Chou
1-2851 Room, Longhu MOCO
Lianhu District, Xi'an, CHINA

**First Class Mail**
Tata Consultancy Services Limited
Attn:  Jason Bartlet
Deputy Head of US Legal
101 Park Avenue, 26th Floor
New York, NY  10178

**First Class Mail**
Kieana L. Chargois
for Addie Temple
Address Redacted

**First Class Mail**
Norma Bejar Ternero
Address Redacted

**First Class Mail**
Brenda Torres
Address Redacted

**First Class Mail**
USA Debt Recovery Solutions, Inc.
Assignee of Singsong International Trade
Co. Limited
Attn:  Artur Tretiakov, CEO
255 West Foothill Blvd., Ste. 205
Upland, CA  91786

**First Class Mail**
USA Debt Recovery Solutions, Inc.,
assignee of Star Shine Import & Export Co.
Ltd.
Attn:  Artur Tretiakov, CEO
255 West Foothill Blvd., Ste. 205
Upland, CA  91786

**First Class Mail**
USA Debt Recovery Solutions, Inc.
Assignee Of Ningbo Home-Dollar Imp &
Exp Corp
Attn:  Artur Tretiakov, CEO
255 West Foothill Blvd., Ste. 205
Upland, CA  91786

**First Class Mail**
USA Debt Recovery Solutions, Inc. assignee
of Zibo Great Sailing International Trading
Attn:  Artur Tretiakov, CEO
255 West Foothill Blvd., Ste. 205
Upland, CA  91786

**First Class Mail**
USA Debt Recovery Solutions, Inc. assignee
of Zibo Great Sailing International Trading
c/o YK Law, LLP
Attn:  Vahe Khojayan
445 S. Figueroa St., Ste. 2280
Los Angeles, CA  90071

**First Class Mail**
Luis Venegas
Address Redacted

**First Class Mail**
Verdes Toys Corp.
Attn:  James Lai, Director
2780 Skypark Drive, Ste. 290
Torrance, CA  90505

**First Class Mail**
Vernon Sales Inc.
Attn:  Bertha Mercado
2788 E. Vernon Avenue
Vernon, CA  90058

**First Class Mail**
Vernon Sales Inc.
Attn:  Pejman Mossayi, Vice President
2788 E. Vernon Avenue
Vernon, CA  90058

**First Class Mail**
Erica Wedmore
Address Redacted

**First Class Mail**
Western Bagel Baking Corporation
Attn:  Stan Berman, Dir. of Finance
7814 Sepulveda Blvd.
Van Nuys, CA  91405

**First Class Mail**
Tun Win
Address Redacted

**First Class Mail**
Wonderful Pietachios & Almonds LLC
Attn:  Dori Kaneoka
11444 W. Olympic Blvd., #310
Los Angeles, CA  90064

**First Class Mail**
Wonderful Pietachios & Almonds LLC
Attn:  Michael Hohmann, CFO
11444 W. Olympic Blvd., #310
Los Angeles, CA  90064

**First Class Mail**
Yingtu Limited
Address Redacted

**Foreign First Class Mail**
Yingtu Limited
Attn:  Ying He, CEO
27/F Unit 2703 148 Electric Road
North Point, HONG KONG

**Foreign First Class Mail**
Yingtu Limited
No. 5 West Yuechi Road
Denggang, Lishui, Nanhai
Foshan, Guangdong 528244 CHINA

**Foreign First Class Mail**
Yingtu Limited
Attn:  Ying He, CEO
No. 5 West Yuechi Road
Foshan, Guangdong 528244 CHINA

**First Class Mail**
Zwanenberg Food Group
Attn:  Sham-Rae Darrell Walton, Corporate
Controller
3640 Muddy Creek Road
Cincinnati, OH  45238