**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Re: Docket No. 389** |

Rescheduled Hearing Date: June 18, 2026 at 1:00 p.m. (ET)
Objection Deadline: May 26, 2026 at 4:00 p.m. (ET)

**NOTICE OF RESCHEDULED HEARING REGARDING THE 99 CENTS CREDITORS'**
**LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND LOCAL RULE 3007-1**
**TO CERTAIN (I) LATE-FILED CLAIMS; (II) AMENDED/SUPERSEDED CLAIMS;**
**(III) DUPLICATE CLAIMS; AND (IV) EQUITY CLAIMS**

**PLEASE TAKE NOTICE**, that on April 24, 2026, the 99 Cents Creditors' Liquidating Trust (the "**Trust**"), by and through META Advisors LLC, as the appointed trustee, filed *The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* (the "**Objection**") [Docket No. 389] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Objection was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 26, 2026 at 4:00 p.m. (ET)** (the "**Response Deadline**"). At the same time, you must serve a copy of the response upon the undersigned counsel so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if a response is timely filed and served, and such objection or response is not otherwise timely resolved, a hearing with respect to the Objection will be held before The Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on **June 18, 2026 at 1:00 p.m. (ET)** (the "**Hearing**").

---

[1] The Post-Confirmation Debtor (as defined in the Objection) in the Remaining Chapter 11 Case (as defined in the Objection), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that the original notice of hearing filed with Objection listed a hearing date of June 23, 2026 at 1:00 p.m. (ET).  At the direction of the Court, the Hearing has been rescheduled to **June 18, 2026 at 1:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  April 28, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
        mseidl@pszjlaw.com
        pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  scho@pszjlaw.com
        blevine@pszjlaw.com

-and-

4900-1067-1270.1 00168.00003

**ASK LLP**
Jason C. DiBattista (admitted *pro hac vice*)
Brigette G. McGrath (admitted *pro hac vice*)
Rebecca L. Stark (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:  jdibattista@askllp.com
        bmcgrath@askllp.com
        rstark@askllp.com

-and-

Marianna Udem (admitted *pro hac vice*)
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email:  mudem@askllp.com

*Co-Counsel to the 99 Cents Creditors' Liquidating
Trust*

3