**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                                             :
In re                                                        :          Chapter 11
                                                             :
99 CENTS ONLY STORES LLC,                                    :
                                                             :          Case No. 24-10721 (JKS)
                                                             :
                        Debtors.                             :          (Jointly Administered)
                                                             :
                                                             :          **Re: Dkt No. 383**
-------------------------------------------------------------x

**OBJECTION OF SAFETY NATIONAL**
**CASUALTY CORPORATION AS TO MOTION OF DIANA**
**BRAVO FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. SECTION 362(d)**

Safety National Casualty Corporation ("Safety National"), by and through the undersigned counsel, hereby files this objection and reservation of rights (the "Objection") as to the Motion for Relief from the Automatic Stay filed by Diana Bravo [Dkt. No. 383] (the ("Motion"). In support of this Objection, Safety National respectfully states as follows:

1.      Safety National provided general liability insurance coverage to Debtors pursuant to certain insurance policies and related documents (the "Safety National Insurance Policies") subject to a $300,000 Self-Insured Retention Limit per occurrence (the "SIR").  As such, Debtors are self-insured for all amounts under $300,000 per occurrence.  As is typical, the Safety National Insurance Policies obligate Debtors to defend or resolve claims until the same reach the SIR.

2.      On January 24, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order, Approving Disclosure Statement on a Final Basis, Confirming the Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates, and Granting Related Relief* [Dkt. No. 1733] (the "Confirmation Order"), pursuant to which the Bankruptcy Court confirmed the *Further Revised*

1

*Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates* [Dkt. No. 1720] (the "Plan") and approved the *Disclosure Statement for the Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates* [Docket No, 1613] (the "Disclosure Statement"). The Plan's Effective Date is January 31, 2025.

3.    The Plan contains an injunction in Plan, Article X.C, barring any claimants from continuing an action on their respective claims against the Debtors (the "Plan Injunction").

**OBJECTION**

4.    Safety National remains hopeful that the parties will finalize a stipulation to resolves these issues, but files this Objection out of the abundance of caution.

5.    As a threshold issue, Diana Bravo ("Movant") has only sought relief from the "automatic stay" provided for in 11 U.S.C. § 362(d) in her Motion.  As this Court is aware, the automatic stay lifted on the Plan's Effective Date under its terms and the provisions of the Bankruptcy Code.  While the Plan Injunction does bar Movant from moving forward with her claim in state, Movant has neither considered nor sought relief from the Plan Injunction in the Motion.  An analysis related to relief from the Plan Injunction would differ considerably from a pre-confirmation stay relief analysis.

6.    Simply stated, Movant has filed a Motion seeking relief that cannot be granted.

7.    Moreover, as of the filing of this Objection, no proposed stipulation has been filed on the docket. Safety National objects to any proposed order that attempts to modify the rights or defenses held by Safety National under the Safety National Insurance Policies, any other applicable policy or contractual agreements between the Debtors and Safety National, the Bankruptcy Code, or other applicable law.  Accordingly, Safety National hereby expressly reserves all of it rights, claims, counterclaims, defenses, and remedies under the Bankruptcy Code, its

2

insurance policy, any applicable contractual agreements between the Debtors and Safety National, and other applicable law.

**WHEREFORE** the reasons set forth above, Safety National respectfully requests the Motion be denied, or in the alternative, that any order as to the Motion reserves all of rights, claims, counterclaims, defenses, and remedies as described herein.

Dated:  May 13, 2026

Respectfully Submitted:

HOGAN♦McDANIEL

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com

And

HUSCH BLACKWELL LLP

Caleb T. Holzaepfel (*Admitted Pro Hac Vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
Email: caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*