**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | |
| Plaintiff, | Adv. Pro. No. 26-50110 (JKS) |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 20, 2026 AT 2:00 P.M.**
**(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**
**AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET**
**STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.**

**All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

---

[1]  The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4924-2649-8732.2 00168.00003

**ADJOURNED MATTERS:**

1.      Pretrial Scheduling Conference [*META Advisors LLC v. Franklin Family Partnership, L.P.*] [Adv. Pro. No. 26-50110]

   **Related Documents**:

   (a)      Complaint [Filed February 19, 2026; Docket No. 1]

   **Status**:  This matter has been adjourned by agreement to June 23, 2026 at 2:00 p.m. (ET).

2.      Motion of Renando Mixon for Relief from Stay Pursuant to 11 U.S.C. § 362(d) [Filed: May 7, 2026; Docket No. 400]

   **Objection Deadline**: June 16, 2026, at 4:00 p.m. (ET).

   **Responses Received**: None.

   **Related Documents**:

   (a)      Renotice: Motion of Renando Dixon for Relief from Automatic Stay [Filed May 7, 2026; Docket No. 402]

   **Status**: This matter has been renoticed for a hearing on June 23, 2026 at 2:00 p.m. (ET).

**MATTERS WITH CERTIFICATIONS OF COUNSEL:**

3.      Motion of Diana Bravo for Relief From Stay Pursuant to 11 U.S.C. Section 363(d); [Filed April 8, 2026; Docket No. 383].

   **Objection Deadline**: May 13, 2026, at 4:00 p.m. (ET).

   **Responses Received**:

   (a)      Objection of Safety National Casualty Corporation as to Motion of Diana Bravo for Relief From Stay Pursuant to 11 U.S.C. Section 363(d) [Filed May 13, 2026; Docket No. 404].

   **Related Documents**:  None.

   **Status**: The parties have negotiated an agreed order/stipulation and will submit under certification of counsel once documentation is finalized. No hearing is necessary unless the Court has questions.

Dated:  May 18, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          mseidl@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
          blevine@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors'
Liquidating Trust*