**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | |
| Plaintiff, | Adv. Pro. No. 26-50110 (JKS) |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 20, 2026 AT 2:00 P.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN
CANCELLED WITH THE PERMISSION OF THE COURT**

**ADJOURNED MATTERS:**

1.      Pretrial Scheduling Conference [*META Advisors LLC v. Franklin Family Partnership, L.P.*] [Adv. Pro. No. 26-50110]

        **Related Documents**:

        (a)      Complaint [Filed February 19, 2026; Docket No. 1]

---

[1]    The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2]    **Amended items appear in bold**.

**Status**:  This matter has been adjourned by agreement to June 23, 2026 at 2:00 p.m. (ET).

2.    Motion of Renando Mixon for Relief from Stay Pursuant to 11 U.S.C. § 362(d) [Filed: May 7, 2026; Docket No. 400]

**Objection Deadline**: June 16, 2026, at 4:00 p.m. (ET).

**Responses Received**: None.

**Related Documents**:

(a)    Renotice: Motion of Renando Dixon for Relief from Automatic Stay [Filed May 7, 2026; Docket No. 402]

**Status**: This matter has been renoticed for a hearing on June 23, 2026 at 2:00 p.m. (ET).

## MATTERS WITH CERTIFICATIONS OF COUNSEL:

3.    Motion of Diana Bravo for Relief From Stay Pursuant to 11 U.S.C. Section 363(d); [Filed April 8, 2026; Docket No. 383].

**Objection Deadline**: May 13, 2026, at 4:00 p.m. (ET).

**Responses Received**:

(a)    Objection of Safety National Casualty Corporation as to Motion of Diana Bravo for Relief From Stay Pursuant to 11 U.S.C. Section 363(d) [Filed May 13, 2026; Docket No. 404].

**Related Documents**:

**(a)    Certification of Counsel Submitting Order Approving Stipulation By and Between the 99 Cents Creditors Liquidating Trust, Safety National Casualty Corporation, and Diana Bravo for Relief from the Plan Injunction to Continue Pending Litigation [Filed May 18, 2026; Docket No. 406].**

**(b)    [Signed] Order Approving Stipulation By and Between the 99 Cents Creditors Liquidating Trust, Safety National Casualty Corporation, and Diana Bravo for Relief from the Plan Injunction to Continue Pending Litigation [Filed May 18, 2026; Docket No. 407].**

**Status**: **An order has been entered resolving this matter.**

Dated:  May 19, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          mseidl@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
          blevine@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors'*
*Liquidating Trust*