**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 CENTS ONLY STORES LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Re: Docket No. 389** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH
THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) PURSUANT TO 11 U.S.C.
§ 502, FED. R. BANKR. P. 3007 AND LOCAL RULE 3007-1 TO
CERTAIN (I) LATE-FILED CLAIMS; (II) AMENDED/SUPERSEDED
CLAIMS; (III) DUPLICATE CLAIMS; AND (IV) EQUITY CLAIMS**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on April 24, 2026, the 99 Cents Creditors'

Liquidating Trust (the "Trust"), formed pursuant to the confirmed *Joint Chapter 11 Plan of*

*Number Holdings, Inc., and its Debtor Affiliates* [Docket No. 1733] (the "Plan"), by and through

its undersigned counsel, filed *The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus*

*Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local*

*Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate*

*Claims; and (IV) Equity Claims* (the "Eighth Omnibus Objection") [Docket No. 389] with the

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor,

Wilmington, Delaware 19801.  A hearing on the Eighth Omnibus Objection is scheduled for

June 18, 2026 at 1:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required

to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim")

have been delivered to Chambers (with all attachments) together with a copy of the Eighth

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

2

Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trust.

*[Remainder of Page Intentionally Blank]*

Dated:  June 4, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
              mseidl@pszjlaw.com
              pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
              blevine@pszjlaw.com

-and-

**ASK LLP**
Jason C. DiBattista (admitted *pro hac vice*)
Brigette G. McGrath (admitted *pro hac vice*)
Rebecca L. Stark (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Facsimile:  (651) 406-9676
Email: jdibattista@askllp.com
            bmcgrath@askllp.com
            rstark@askllp.com

-and-

Marianna Udem (admitted *pro hac vice*)
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Facsimile:  (212) 918-3427
Email:    mudem@askllp.com

*Co-Counsel to the 99 Cents Creditors' Liquidating Trust*

4907-3708-0495.1 00168.00003                                    3