**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS)<br><br>**Related Docket No. 389** |

**THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S WITNESS
AND EXHIBIT LIST FOR HEARING ON JUNE 18, 2026 AT 1:00 P.M. (ET)**

The 99 Cents Creditors' Liquidating Trust (the "**Trust**"), formed pursuant to the confirmed *Joint Chapter 11 Plan of Number Holdings, Inc., and its Debtor Affiliates* [Docket No. 1733], by and through undersigned co-counsel, hereby submits this witness and exhibit list in connection with the hearing scheduled for **June 18, 2026 at 1:00 p.m. (ET)**, before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "**Hearing**") at which time the following matters are currently scheduled to be heard:

1.      *The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* [Filed April 24, 2026; Docket No. 389] (the "**Objection**").

**WITNESSES**

The Trust designates the following persons as witnesses in connection with the Hearing:

1.      Dana P. Kane, Chief Compliance Officer for META Advisors LLC in its capacity as the Trustee of the Trust.

---

1       The Post-Confirmation Debtor (as defined in the Objection) in the Remaining Chapter 11 Case (as defined in the Objection), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4929-4201-6692.3 00168.00003

The Trust intends to present Ms. Kane's direct testimony by declaration, comprising the *Declaration of Dana P. Kane in Support of The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* (Docket No. 389-3) (Case No. 24-10721). Ms. Kane will be available at the Hearing for cross-examination and re-direct, if necessary.

As of the filing of this witness and exhibit list, no other party has identified witnesses in connection with the Hearing.  To the extent that any party designates witnesses, the Trust reserves the right to cross-designate all witnesses so designated, cross-examine any witness identified by any other party, and reserves the right to call any necessary rebuttal or impeachment witnesses.

### **EXHIBITS**

The Trust designates the following exhibits that may be used at the Hearing in connection with the Objection:

| Exhibit No. | Document Description | Docket No. / Bates No. |
|---|---|---|
| 1. | *Declaration of Dana P. Kane in Support of The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* | 389-3 (Case No. 24-10721) |
| 2. | *Certificate of Service re: The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* | 391 (Case No. 24-10721) |

| Exhibit No. | Document Description | Docket No. / Bates No. |
|---|---|---|
| 3. | *Notice of Submission of Proofs of Claim in Connection with The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims* | 416 (Case No. 24-10721) |
| 4. | *Affidavit/Declaration of Mailing of Christine Porter Regarding Bar Date Notice, and Proof of Claim Form* | 861 (Case No. 24-10719) |
| 5. | Proof of Claim #2555 (Anthony Galvan) | N/A |
| 6. | Documents used by any other party in interest | |
| 7. | Documents necessary for rebuttal | |
| 8. | All documents filed on the Court's Docket | |

The Trust reserves the right to object to the entry into evidence of any exhibit, including those listed above.  The Trust also reserves the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated:  June 16, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          mseidl@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
        blevine@pszjlaw.com

-and-

**ASK LLP**
Jason C. DiBattista (admitted *pro hac vice*)
Brigette G. McGrath (admitted *pro hac vice*)
Rebecca L. Stark (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: jdibattista@askllp.com
        bmcgrath@askllp.com
        rstark@askllp.com

-and-

Marianna Udem (admitted *pro hac vice*)
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

*Co-Counsel to the 99 Cents Creditors' Liquidating Trust*