**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores, LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | |
| META Advisors LLC as Trustee of the 99 Cents Creditors' Liquidating Trust | Adv. Pro. No. 26-50110 (JKS) |
| Plaintiff, | |
| vs. | |
| Franklin Family Partnership, L.P., | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 18, 2026 AT 1:00 P.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.**

**All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

---

[1]   The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4938-6467-4227.1 00168.00003

**MATTER RESOLVED BY COC:**

1.      Motion of Renando Mixon for Relief from Stay Pursuant to 11 U.S.C. § 362(d) [Filed: May 7, 2026; Docket No. 400]

        **Objection Deadline**: June 16, 2026, at 4:00 p.m. (ET).

        **Responses Received**: None.

        **Related Documents**:

        (a)     Renotice: Motion of Renando Dixon for Relief from Automatic Stay [Filed May 7, 2026; Docket No. 402]

        (b)     Certification of Counsel Submitting Order Approving Stipulation Resolving Motion to Lift Stay Filed by Renando Mixon [Filed June 12, 2026; Docket No. 418].

        (c)     [Signed] Order Approving Stipulation Resolving Motion to Lift Stay Filed by Renando Mixon [Filed 06.12.26; Docket No. 419].

        **Status**:   An order has been entered resolving the matter.


**ADVERSARY SCHEDULING CONFERENCE:**

2.      Pretrial Scheduling Conference [*META Advisors LLC v. Franklin Family Partnership, L.P.*] [Adv. Pro. No. 26-50110].

        **Related Documents**:

        (a)     Complaint [Filed February 19, 2026; Docket No. 1]

        **Status**:  The matter is going forward as a scheduling conference. The parties are discussing a form of scheduling order and, if agreement is reached, will submit a scheduling order under certification of counsel.

**MATTER GOING FORWARD:**

3.      The 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims [Filed April 24, 2026; Docket No. 389].

        **Objection Deadline**: May 26, 2026, at 4:00 p.m. (ET).

**Responses Received**:

(a)     Informal response from Peter Schaper, which concerns were resolved without any further action.

(b)     Informal response from Saroay Capital, LLC, which concerns were resolved without any further action.

(c)     Written Response (not filed on the Docket) from Dayanara Duran.

(d)     Informal response received from Anthony Galvan.

**Related Documents**:

(a)     Notice of Rescheduled Hearing Regarding the 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims [Filed April 28, 2026; Docket No. 393].

(b)     Notice of Submission of Proof of Claim in Connection with the 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims [Filed June 4, 2026; Docket No. 416].

(c)     Certificate of No Objection Regarding the 99 Cents Creditors' Liquidating Trust's Eighth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain (I) Late-Filed Claims; (II) Amended/Superseded Claims; (III) Duplicate Claims; and (IV) Equity Claims [Filed on May 27, 2026; Docket No. 411].

(d)     Notice of Withdrawal of Docket No. 411 [Filed June 11, 2026; Docket No. 417].

(e)     The 99 Cents Creditors' Liquidating Trust's Witness and Exhibit List for Hearing on June 18, 2026 at 1:00 p.m. (ET) [Filed June 16, 2026; Docket No. 421].

**Status**:  The matter is going forward with respect to the response of Anthony Galvan.  The Trust has agreed to withdraw the claims objection, without prejudice, as to the Dayanara Duran claim.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 16, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          mseidl@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    scho@pszjlaw.com
          blevine@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors'
Liquidating Trust*