| CASE NAME   99 Cents Only Stores, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-10721 JKS | DATE: 6/18/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | 99 Cents Creditors Liquidating Trust |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 24-10721-JKS    Doc 427    Filed 06/18/26    Page 1 of 2

## 1:00 PM

**24-10721-JKS 99 Cents Only Stores LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Kenneth RIchard Baird | Baird Law Firm | Creditor Marina Jones | 1:00 PM | Audio Only | yes |
| Jason Battista | ASK LLP | 99 Cents Creditors Liquidating Trust | 1:00 PM | Zoom(Video and Audio) | yes |
| Anthony Galvan | | | 1:00 PM | Zoom(Video and Audio) | yes |
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |
| Dana Kane | Kelley Drye & Warren LLP | 99 Cents Creditors Liquidating Trust | 1:00 PM | Zoom(Video and Audio) | yes |
| Rebecca Stark | ASK LLP | 99 Cents Creditors Liquidating Trust | 1:00 PM | Zoom(Video and Audio) | yes |
| Marianna Udem | ASK LLP | 99 Cents Creditors Liquidating Trust | 1:00 PM | Zoom(Video and Audio) | yes |