**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
99 CENTS ONLY STORES LLC,           :
                                    :        Case No. 24-10721 (JKS)
                                    :
Debtors.                            :        (Jointly Administered)
                                    :
                                    :        **Re: Dkt No. 430**
-------------------------------------------------------------x

**LIMITED OBJECTION OF SAFETY NATIONAL**
**CASUALTY CORPORATION AS TO LEO ALBERT'S**
**MOTION FOR RELIEF FROM PLAN INJUNCTION**

Safety National Casualty Corporation ("Safety National"), by and through the undersigned counsel, hereby files this limited objection and reservation of rights (the "Objection") as to the Motion for Relief from the Plan Injunction filed by Leo Albert [Dkt. No. 430] (the ("Motion"). In support of this Objection, Safety National respectfully states as follows:

1.      Safety National provided general liability insurance coverage to Debtors pursuant to certain insurance policies and related documents (the "Safety National Insurance Policies") subject to a $300,000 Self-Insured Retention Limit per occurrence (the "SIR").  As such, Debtors are self-insured for all amounts under $300,000 per occurrence.  As is typical, the Safety National Insurance Policies obligate Debtors to defend or resolve claims until the same reach the SIR.

2.      On January 24, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order, Approving Disclosure Statement on a Final Basis, Confirming the Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates, and Granting Related Relief* [Dkt. No. 1733] (the "Confirmation Order"), pursuant to which the Bankruptcy Court confirmed the *Further Revised*

1

HB: 4900-4814-9180.1

*Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates* [Dkt. No. 1720] (the "Plan") and approved the *Disclosure Statement for the Joint Chapter 11 Plan of Number Holdings, Inc. and Its Debtor Affiliates* [Docket No, 1613] (the "Disclosure Statement"). The Plan's Effective Date is January 31, 2025.

3.      The Plan contains an injunction in Plan, Article X.C, barring any claimants from continuing an action on their respective claims against the Debtors (the "Plan Injunction").

## OBJECTION

4.      Safety National remains hopeful that the parties will finalize a stipulation to resolves these issues, but files this Objection out of the abundance of caution.

5.      As a threshold issue, as this Court is aware, Safety National has taken the position, perhaps among others positions and defenses, that there may be no insurance coverage in personal injury cases because Debtors have not and will not fund the SIR – an threshold obligation in the relevant Safety National Insurance Policies.  As such, to the extent relief is granted for Movant to liquidate a claim, Safety National seeks to reserve all its rights and defenses.  That is, Safety National requests any order contain a clear preservation of all rights and defenses.

6.      Moreover, as of the filing of this Objection, no proposed stipulation has been filed on the docket.  Safety National objects to any proposed order that attempts to modify the rights or defenses held by Safety National under the Safety National Insurance Policies, any other applicable policy or contractual agreements between the Debtors and Safety National, the Bankruptcy Code, or other applicable law.  Accordingly, Safety National hereby expressly reserves all of it rights, claims, counterclaims, defenses, and remedies under the Bankruptcy Code, its insurance policy, any applicable contractual agreements between the Debtors and Safety National, and other applicable law.

2

HB: 4900-4814-9180.1

**WHEREFORE** the reasons set forth above, Safety National respectfully requests the Motion be denied, or in the alternative, that any order as to the Motion reserves all of rights, claims, counterclaims, defenses, and remedies as described herein.

Dated:  July 10, 2026

Respectfully Submitted:

HOGAN♦McDANIEL

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com

And

HUSCH BLACKWELL LLP

Caleb T. Holzaepfel (*Admitted Pro Hac Vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
Email: caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*

3