**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 14, 2026 AT 1:00 P.M.
(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES
AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.**
>
> **All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website**

**MATTERS RESOLVED BY COC/CNO:**

1.    The 99 Cents Creditors Liquidating Trust's Ninth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Insufficient Documentation Claims [Filed: June 3, 2026; Docket No. 414]

    **Objection Deadline**: June 24, 2026, at 4:00 p.m. (ET).

    **Responses Received**:

    (a)    POMWONDERFUL LLC'S Response to the 99 Cents Creditors' Liquidating Trust's Objection to Claim No. 2409 [Filed June 24, 2026; Docket No. 433].

---

[1]    The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**Related Documents**:

(a)     Certification of Counsel Regarding the 99 Cents Creditors Liquidating Trusts Ninth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Insufficient Documentation Claims [Filed June 25, 2026; Docket No. 434].

(b)     [Signed] Order Granting The 99 Cents Creditors Liquidating Trusts Ninth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Insufficient Documentation Claims [Filed 06.29.26; Docket No. 437].

**Status**:   An order has been entered resolving the matter.

2.      Motion of the Liquidating Trust for Entry of an Order Extending the Period to File Objections to Claims [Filed June 26, 2026; Docket No. 435].

**Objection Deadline**: July 7, 2026, at 4:00 p.m. (ET).

**Responses Received**: None.

**Related Documents**:

(a)     Certification of Counsel Regarding Motion of the Liquidating Trust for Entry of an Order Extending the Period to File Objections to Claims [Filed July 9, 2026; Docket No. 440].

**Status**:   A certificate of no objection has been filed with respect to this matter.  If the proposed order is acceptable to the Court, no hearing is needed.

## MATTER GOING FORWARD:

3.      Leo Albert's Motion for Relief from Plan Injunction [Filed June 24, 2026; Docket No. 430].

**Objection Deadline**: July 7, 2026, at 4:00 p.m. (ET) (extended as to Safety National Casualty Corporation to July 14, 2026)

**Responses Received**:

(a)     Limited Objection of Safety National Casualty Corporation as to Leo Albert's Motion for Relief from Plan Injunction [Filed July 10, 2026; Docket No. 441]

**Related Documents**:  None.

**Status**:   This matter will go forward.  The parties are negotiating a stipulation to resolve this matter and will submit the stipulation under certification of counsel once any resolution is reached.

Dated:  July 10, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         mseidl@pszjlaw.com
         pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   scho@pszjlaw.com
         blevine@pszjlaw.com
         jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors'
Liquidating Trust*