**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>             Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**Hearing Date: September 10, 2026, at 1:00 p.m. (ET)**
**Obj Deadline: August 13, 2026, at 4:00 p.m. (ET)**

**NOTICE OF THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S TENTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502,
FED. R. BANKR. P. 3007, AND LOCAL RULE 3007-1 TO CERTAIN INSUFFICIENT
DOCUMENTATION CLAIMS AND LATE FILED CLAIM**

> **THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
> CLAIMANTS RECEIVING THIS OBJECTION SHOULD CAREFULLY REVIEW THIS
> OBJECTION AND THE EXHIBITS AND SCHEDULES ATTACHED HERETO TO
> DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIMS.
> CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES
> AND CLAIMS ON SCHEDULE 1 AND SCHEDULE 2 ATTACHED TO THE
> PROPOSED ORDER.**

      **PLEASE TAKE NOTICE**, that on July 29, 2026, the 99 Cents Creditors' Liquidating Trust (the "Trust"), by and through META Advisors LLC, as the appointed trustee, filed the *99 Cents Creditors' Liquidating Trust's Tenth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims and Late Filed Claim* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Objection is enclosed herein.

      **PLEASE TAKE FURTHER NOTICE,** that responses, if any, to the Objection must be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 13, 2026, at 4:00 p.m. (ET)** (the "Response Deadline"). At the same time, you must serve a copy of the response upon the undersigned counsel so as to be received on or before the Response Deadline.

      **PLEASE TAKE FURTHER NOTICE**, that, if a response is timely filed and served, and such objection or response is not otherwise timely resolved, a hearing with respect to the Objection will be held before The Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United

---

[1]    The Post-Confirmation Debtor (as defined in the Objection) in the Remaining Chapter 11 Case (as defined in the Objection), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on **September 10, 2026, at 1:00 p.m. (ET)** (the "Hearing").

  **PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael R. Seidl*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
   mseidl@pszjlaw.com
   pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email: scho@pszjlaw.com
   blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*

2