**EXHIBIT A**

**ORDER**

DE:4937-0273-6575.5 00168.00003

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Re Docket No. __** |

**ORDER GRANTING
THE 99 CENTS CREDITORS' LIQUIDATING TRUST'S TENTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502,
FED. R. BANKR. P. 3007, AND LOCAL RULE 3007-1 TO CERTAIN
INSUFFICIENT DOCUMENTATION CLAIMS AND LATE FILED CLAIM**

THIS MATTER having come before the Court[2] upon *The 99 Cents Creditors' Liquidating Trust's Tenth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims and Late Filed Claim* (the "Objection"), filed by the 99 Cents Creditors' Liquidating Trust (the "Trust"), by and through META Advisors LLC, as the appointed trustee, seeking entry of an order pursuant to 11 U.S.C. § 502, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 disallowing in full and expunging the Late Filed Claim listed on **Schedule 1** and the Insufficient Documentation Claims listed on **Schedule 2** attached hereto for the reasons set forth in the Objection and on **Schedule 1** and **Schedule 2**; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157; and it appearing that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Objection and opportunity for response having been given; and

---

[1]   The Post-Confirmation Debtor (as defined below) in the Remaining Chapter 11 Case (as defined below), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

[2]   Any capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Objection.

it appearing that no other notice need be given; and the Court having considered the Objection, the Infanti Declaration, the Disputed Claims listed on **Schedule 1** and **Schedule 2** attached hereto, and any responses thereto; and upon the record herein; and, after due deliberation and sufficient cause appearing therefore, it is FOUND AND DETERMINED that:

A.       This Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

B.       Each holder of a Late Filed Claim listed on **Schedule 1** or an Insufficient Documentation Claim listed on **Schedule 2** attached hereto was properly and timely served with a copy of the Objection, the Infanti Declaration, this Order, the accompanying schedules of Late Filed Claim and Insufficient Documentation Claims, and the notice of Objection.

C.       The holders of the claims subject to the Objection were afforded an adequate opportunity to respond to the Objection.

D.       The relief requested in the Objection is in the best interests of the Debtors' creditors, the Debtors' estates, the Trust, and other parties-in-interest; and it is therefore:

**ORDERED that:**

1.       The Objection is GRANTED as set forth herein.

2.       Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.       Each of the Late Filed Claim listed on **Schedule 1** and the Insufficient Documentation Claims listed on **Schedule 2** attached hereto is hereby disallowed in full and expunged for all purposes.

4.       The Trust's rights to further object at a later date and on any basis to the Disputed Claims, if necessary, are fully preserved.

DE:4937-0273-6575.5 00168.00003

5.      The official Claims Register in these Chapter 11 Cases shall be modified in accordance with this Order.

6.      The Trust's rights and the rights of other parties-in-interest to file additional objections to the Disputed Claims or any other Claims (filed or not) that may be asserted against the Debtors and/or the Trust, are fully preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Trust's rights and the rights of other parties-in interest to object on other stated grounds or on any other grounds that the Trust or other parties-in-interest may discover are further preserved.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. All time periods set forth in the Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8.      This Court shall retain jurisdiction over the Trust and the claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection and the implementation of this Order.

DE:4937-0273-6575.5 00168.00003

**SCHEDULE 1 — LATE FILED CLAIMS**

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| Peters, Stephanie | 99 Cents HoldCo LLC | 5/5/2026 | 2625 | Unsecured $7,300.00 Total $7,300.00 | The Claim was filed after the Claims Bar Date. The claimant was timely served with the Notice of Bar Dates. See Affidavit of Service [Docket No. 861]. (Claim No. 2625 also appears on Schedule 2, Insufficient Documentation Claims.) |

4

**SCHEDULE 2 — INSUFFICIENT DOCUMENTATION CLAIMS[1]**

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| Chairs, Cordney Deon | 99 Cents HoldCo LLC | 5/6/2026 | 2626 | Priority $16,000.00 Total $16,000.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Chairs, Cordney D. | 99 Cents Only Stores Texas, Inc. | 5/14/2026 | 2629 | Priority $250,000.00 / Unsecured $250,000.00 Total $500,000.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Hackett, Shemcho L. | Bargain Wholesale LLC | 5/6/2026 | 2628 | Priority $14,000.00 Total $14,000.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |

---

[1] Each of the claims detailed on this <u>Schedule 2</u> was filed after the General Bar Date.  While the Trust is not expressly objecting to these claims on the basis of lateness at this time, in addition to the general reservations made in Paragraph 42 of the Objection, the Trust specifically reserves the right to object to these claims as late.

DE:4937-0273-6575.5 00168.00003

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| Hackett, Shemcho L. | 99 Cents PropCo LLC | 5/14/2026 | 2630 | Priority $250,000.00 / Unsecured $250,000.00 Total $500,000.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Hackett, Shemcho L. | Bargain Wholesale LLC | 5/6/2026 | 2634 | Priority $7,000.00 / Unsecured $7,000.00 Total $14,000.00 | This Claim amends Claim No. 2628. Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Hackett, Shemcho L. | 99 Cents PropCo LLC | 5/14/2026 | 2635 | Unsecured $500,000.00 Total $500,000.00 | This Claim amends Claim No. 2630. Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |

DE:4937-0273-6575.5 00168.00003

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| Hackett, Shemcho L. | 99 Cents HoldCo LLC | 5/14/2026 | 2636 | Priority $6,250.00 / Unsecured $6,250.00 Total $12,500.00 | This Claim amends Claim No. 2325. Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Parker, Stephanie Ann | 99 Cents Only Stores LLC | 5/25/2026 | 2632 | Unsecured $436.00 Total $436.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Peters, Stephanie | 99 Cents HoldCo LLC | 5/5/2026 | 2625 | Unsecured $7,300.00 Total $7,300.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. (Claim No. 2625 also appears on Schedule 1, Late Filed Claims.) |

DE:4937-0273-6575.5 00168.00003

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| Phillips, Billy, Jr. | Bargain Wholesale LLC | 5/6/2026 | 2627 | Priority $15,000.00 Total $15,000.00 | Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Phillips, Billy R., Jr. | Bargain Wholesale LLC | 5/6/2026 | 2633 | Priority $7,500.00 / Unsecured $7,500.00 Total $15,000.00 | This Claim amends Claim No. 2627. Based on a review of the Debtors' Books and Records, the Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |

8