# EXHIBIT A

**Terry Porvin (SBN 140260)**
**Michael A. Dolan, Jr. (SBN 159456)**
**DOLAN & ASSOCIATES**
**31355 Oak Crest Drive, Suite 220**
**Westlake Village, California 91361**
**Telephone: (818) 316-0642**
**Email: michael@dolanassociates.net**

**Attorneys For Defendant, 99 CENTS ONLY STORES, LLC**

DOLAN & ASSOCIATES

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES - LANCASTER DISTRICT**

OLGA NUNEZ,

Plaintiff,

vs.

99 CENTS ONLY STORES, LLC, a California Limited Liability Company; and DOES 1 to 25, inclusive,

Defendants.

CASE NO.: 23AVCV01022

*Assigned for all purposes to:*
*Hon. William H. Forman - Department A14*

**DECLARATION OF DEFENSE COUNSEL RE BANKRUPTCY STATUS AND REQUEST FOR DISMISSAL**

**DATE: 10/05/26**
**TIME: 8:30 PM**

Case Filed: 09/11/23
Trial Date: None Set

I, Terry Porvin, do declare and state under oath as follows:

1. I am an attorney at law, licensed to practice before all of the Courts of the State of California. I am an associate with the law firm of Dolan & Associates, counsel for Defendant, 99 CENTS ONLY STORES, LLC herein. I have reviewed the files and records in this case and am familiar with their content.

2. The facts set forth below are personally known to me, and by this declaration I represent them to be true. If any fact specified herein is based upon information and belief, it is upon that basis it is represented as true. If called upon to testify to the facts set forth below in a Court of Law and under oath, I could and would competently do so.

3. This declaration is filed to provide this court with the current status of the bankruptcy

proceedings of 99 Cents Only Stores, LLC.

4. On April 7, 2024, Number Holdings, Inc, the owner of 99 Cents Only Stores, LLC and related entities filed for Bankruptcy in the United States Bankruptcy Court for the District of Delaware, Case No. 24-10719 (KS).

5. On or about April 17, 2024, 99 CENTS ONLY STORES, LLC, filed the requisite NOTICE OF STAY OF PROCEEDINGS in this action.

**6. On June 4, 2024, the court entered an order ("the Bar Date Order") requiring all Proofs of Claim to be filed by July 8, 2024 by 5:00 P.M. EST. A true and correct copy of the Bar Date Order is attached hereto as Exhibit A**

**7. On July 22, 2026, I reviewed the website for Kroll Restructuring Administration, the Bankruptcy Administrator, and the website confirmed that Plaintiff filed a late claim on 10/9/24. A true and correct copy of the Kroll website page is attached hereto as Exhibit B.**

**8. On December 5, 2025, the Bankruptcy Court issued an Order Sustaining The 99 Cents Creditors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims (Late Filed Personal Injury Claims) which disallowed and expunged Plaintiff's claim. True and correct copy of the Bankruptcy Order with Plaintiff's claims highlighted is attached hereto as Exhibit C.**

9. According to the Bankruptcy Trust counsel, Jason S. Pomerantz, Pachulski Sang Ziehl & Jones LLP, Plaintiff must, at a minimum, possess a valid Proof of Claim to receive any monetary relief in the liquidation of assets or to seek relief from the Bankruptcy Stay/Injunction to prosecute her action in this court. Accordingly, there is nothing for this court to adjudicate.

10. Since there is nothing for this court to adjudicate, we hereby request this court set an OSC re Dismissal for failure to prosecute pursuant to CRC 3.1340 (a) and CCP §§ 583.410-583.430 to avoid wasting additional time, judicial resources and depleting the company assets available for liquidation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of July, 2026.

Terry Porvin

Declarant, Terry Porvin

DOLAN & ASSOCIATES

PROOF OF SERVICE - 1013a, 2015.5 C.C.P.

STATE OF CALIFORNIA ]
] ss.
COUNTY OF LOS ANGELES ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is DOLAN & ASSOCIATES, 31355 Oak Crest Drive, Suite 220, Westlake Village, California 91361.

On July 22, 2026, I served the foregoing document described as **DECLARATION OF DEFENSE COUNSEL RE BANKRUPTCY STATUS AND REQUEST FOR DISMISSAL** on the interested parties in Re Olga Nunez v. 99 Cents Only Stores, LLC, Court Case No. 23AVCV01022, by placing a true copy thereof as follows:

Ryan J. Daneshrad, Esq.
Shantel Yaghoobian, Esq.
Laila Hawatmeh, Esq.
LA Century Law
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
Phone: 310-893-0553
Fax: 310-893-0554
Email: litigation@lacenturylaw.com
Attorney for Plaintiff Olga Nunez

____ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Westlake Village, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Westlake Village, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FACSIMILE:** I sent via facsimile, a copy of said document(s) to the following addressee(s) at the following facsimile number(s) in accordance with the written confirmation of counsel in this action.

____ **BY OVERNIGHT DELIVERY:** I caused such envelope with delivery fees thereon fully prepaid to be placed in the delivery box regularly maintained by Federal Express, for next day delivery.

____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

__XX__ **BY ELECTRONIC SERVICE:** by electronically mailing the document(s) listed above to the following e-mail addresses,

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2026, at Westlake Village, California.

Terry Porvin
________________________________