**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| **99 CENTS ONLY STORES, LLC** | § | **Case No. 24-10721 (JKS)** |
| **Post-Confirmation Debtor[1]** | § | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Now comes Julie Anne Parsons and files this Notice of Withdrawal of Request for Service of Notices and Other Documents (Doc. 14 filed 02/24/2025 in this case) and requests that all notices to Julie Anne Parsons be terminated.

Dated: August 28, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: *<u>/s/ Julie Anne Parsons</u>*
Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
*Attorneys for The County of Denton, Texas and The City of Waco/Waco ISD herein*

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Julie Anne Parsons*
Julie Anne Parsons