**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**STIPULATION BY AND BETWEEN THE 99 CENTS CREDITORS' LIQUIDATING TRUST AND LAKE FOREST TOWN CENTER ASSOCIATES, LP REGARDING PROOF OF CLAIM NO. 1158**

The 99 Cents Creditors' Liquidating Trust (the "**Trust**"), by and through META Advisors LLC, as the appointed trustee (the "**Trustee**") and its undersigned co-counsel, on the one hand, and Lake Forest Town Center Associates, LP ("**Lake Forest**" and, together with the Trust, the "**Parties**"), on the other hand, hereby enter into this stipulation (the "**Stipulation**") as follows:

**RECITALS**

**A. General Background**

**WHEREAS**, on April 8 and April 9, 2024 (as applicable, the "**Petition Date**"), 99 Cents Only Stores, LLC ("**99 Cents**") and certain related entities (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), jointly administered at Case No. 24-10719 (JKS) (the "**Chapter 11 Cases**").

**WHEREAS**, on January 24, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order, Approving Disclosure Statement on a Final Basis, Confirming the Joint Chapter*

[1] The Post-Confirmation Debtor (as defined below) in the Remaining Chapter 11 Case (as defined below), along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

*11 Plan of Number Holdings, Inc. and Its Debtor Affiliates, and Granting Related Relief* (the "**Confirmation Order**"),[2] which confirmed the *Further Revised Joint Chapter 11 Plan of Number Holdings, Inc., and its Debtor Affiliates* (the "**Plan**").[3]

**WHEREAS**, the Plan and Confirmation Order provided for the establishment of the Trust on the Effective Date according to the terms and conditions of that certain *Liquidating Trust Agreement and Declaration of Trust* dated January 31, 2025, pursuant to which the Trustee was appointed to administer the Trust.

**WHEREAS**, pursuant to the Plan, the Trust was established to, *inter alia*, "investigate, review, reconcile, allow, object to, compromise and settle Administrative Claims, Priority Tax Claims, Other Priority Claims, Other Secured Claims, and General Unsecured Claims."[4]

**WHEREAS**, on February 21, 2025, the Court entered an order closing all of the Chapter 11 Cases, except for the chapter 11 case of 99 Cents (the "**Post-Confirmation Debtor**"), which case remains pending and administered as Case No. 24-10721 (JKS) (the "**Remaining Chapter 11 Case**").

**B. Background Relevant to Proof of Claim No. 1158**

**WHEREAS**, on or about November 19, 2013, 99 Cents entered into a Standard Multi-Tenant Form Lease with Lake Forest (the "**Store 0389 Lease**") with respect to certain non-residential commercial real property located at the Lake Forest Town Center, 22631 Lake Forest Dr., Lake Forest, California.

---

2 *See* Case No. 24-10719, Docket No. 1733.

3 Case No. 24-10719, Docket No. 1720. Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

4 *See* Plan at IV.C.2.

**WHEREAS**, on May 24, 2024, the Court entered the *Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and Executory Contracts Effective as of April 30, 2024, and (B) Abandon Certain Personal Property and (II) Granting Related Relief*, pursuant to which the Debtors rejected the Store 0389 Lease, effective as of April 30, 2024.[5]

**WHEREAS**, on June 28, 2024, Lake Forest filed Proof of Claim No. 1158 ("**Claim No. 1158**") as a General Unsecured Claim in the total amount of $419,847.58, asserting damages in connection with the Debtors' rejection of the Store 0389 Lease and for past rent due, among other things.

**WHEREAS**, following discussions, and for good consideration, the Parties have reached an agreement resolving those questions, concerns, and/or objections, if any, raised informally by the Trust as part of those discussions regarding Claim No. 1158, which agreement is memorialized herein.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated herein, it is stipulated and agreed as follows:

1. Claim No. 1158 is hereby reduced, fixed and allowed in the total amount of $287,708.83 and shall receive treatment as a Class 5 General Unsecured Claim in accordance with the Plan.

2. Other than Claim No. 1158, neither Lake Forest nor any of its affiliates, subsidiaries and/or related entities has asserted, nor shall they be entitled to assert, any additional Claims against the Debtors in connection with the Chapter 11 Cases and/or the Remaining Chapter 11 Case.

---

[5] *See* Case No. 24-10719, Docket No. 706.

3. The Parties each declare that their respective decisions in executing this Stipulation are not predicated on or influenced by any declaration or representation of the other Party.

4. This Stipulation shall be binding upon and inure solely to the benefit of the Parties hereto and their respective successors and assigns.

5. The Court shall have jurisdiction to interpret and enforce this Stipulation, and the Parties consent to the jurisdiction of the Court with respect to the interpretation and enforcement of this Stipulation.

6. Each individual signing this Stipulation on behalf of any Party hereto acknowledges and, with respect to his or her own signature below, warrants and represents that he or she is authorized to execute this Stipulation in his or her representative capacity with binding effect, as reflected below and on behalf of the Party indicated (or individually, as applicable).

7. This Stipulation may be executed in one or more counterparts and by electronic copy, each of which will be considered effective as an original signature.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

**IN WITNESS WHEREOF** and in agreement herewith, by and through the undersigned, the Parties have executed and delivered this Stipulation as of the date set forth below.

Dated: August 31, 2026

| | |
|---|---|
| */s/ Peter J. Keane*<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford J. Sandler (DE Bar No. 4142)<br>Michael R. Seidl (DE Bar No. 3889)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>pkeane@pszjlaw.com<br>mseidl@pszjlaw.com<br><br>-and-<br><br>Shirley S. Cho (admitted *pro hac vice*)<br>Beth E. Levine (admitted *pro hac vice*)<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: scho@pszjlaw.com<br>blevine@pszjlaw.com<br><br>-and-<br><br>**ASK LLP**<br>Jason C. DiBattista<br>Brigette G. McGrath<br>Rebecca L. Stark<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121 | **LAKE FOREST TOWN CENTER ASSOCIATES, L.P.**,<br>A California limited partnership<br><br>By: Cherng Investment Company, Inc.,<br>A California corporation<br>Its: General Partmer<br><br>By: */s/ David Luo*<br>Name: David Luo<br>Its: Manager<br><br>Approved as to form: */s/ Ed Lodgen* |

| | |
|---|---|
| Telephone: (651) 406-9665<br>Facsimile: (651) 406-9676<br>Email: jdibattista@askllp.com<br>bmcgrath@askllp.com<br>rstark@askllp.com<br><br>-and-<br><br>Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>E-mail: mudem@askllp.com<br><br>*Co-Counsel to the 99 Cents Creditors' Liquidating Trust* | |



4937-2696-1356.1 00168.00003