**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2026 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED AT THE COURT'S REQUEST. NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTER:**

1. Motion of Francisca Salgado for Relief from the Plan Injunction and to Deem Late Filed Claim Timely Filed [Filed: July 23, 2026; Docket No. 452]

   **Objection Deadline**: August 6, 2026, at 4:00 p.m. (ET).

   **Responses Received**:

   (a) Objection of Safety National Casualty Corporation as to Motion of Francisca Salgado for Relief from the Plan Injunction and to Deem Late Filed Claim Timely Filed [Filed August 6, 2026; Docket No. 458].

   **Related Documents**:

   (a) Certification of Counsel Submitting Order Approving Stipulation by and Between 99 Cents Creditors' Liquidating Trust, Safety National Casualty Corporation, and Francisca Salgado for Relief from the Plan Injunction to Continue Pending

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Litigation Filed by 99 Cents Creditors Liquidating Trust [Filed September 3, 2026; Docket No. 469]

(b) [Signed] Order Approving Stipulation by and Between 99 Cents Creditors' Liquidating Trust, Safety National Casualty Corporation, and Francisca Salgado for Relief from the Plan Injunction to Continue Pending Litigation Filed by 99 Cents Creditors Liquidating Trust [Filed: September 4, 2026; Docket No. 471]

**Status**: An order has been entered resolving this matter. No hearing is necessary.

2. 99 Cents Creditors Liquidating Trust's Tenth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims and Late Filed Claim [Filed July 30, 2026; Docket No. 456]

**Objection Deadline**: August 6, 2026, at 4:00 p.m. (ET).

**Responses Received**: None

Related Documents:

(a) Certificate of No Objection Regarding the 99 Cents Creditors Liquidating Trust's Tenth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims and Late Filed Claim [Filed August 17, 2026; Docket No. 459]

(b) [Signed] Order Granting the 99 Cents Creditors Liquidating Trusts Tenth Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and Local Rule 3007-1 to Certain Insufficient Documentation Claims and Late Filed Claim [Filed August 17, 2026; Docket No. 460]

**Status:** An order has been entered resolving this matter. No hearing is necessary.

**ADJOURNED MATTER:**

3. Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Courts Order of December 5, 2025 [Filed August 27, 2026, Docket No. 465].

**Objection Deadline**: September 4, 2026, at 4:00 p.m. (ET).

**Responses Received**:

(a) Objection of Safety National Casualty Corporation as to Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Courts Order of December 5, 2025 [Filed September 4, 2026; Docket No. 470].

**Related Documents**: None.

**Status**: This matter has been adjourned to a date to be determined.

Dated: September 8, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
mseidl@pszjlaw.com
pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*