**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**Objections Due: September 28, 2026 at 4:00 p.m. (ET)**
**Hearing Date: October 14, 2026 at 3:30 p.m. (ET)**

**NOTICE OF MOTION OF THE 99 CENTS CREDITORS' LIQUIDATING TRUST FOR ENTRY OF AN ORDER (I) APPROVING A SETTLEMENT REGARDING CERTAIN PROCEEDS PAYABLE UNDER AFFILIATED FM INSURANCE COMPANY POLICY NUMBER 1121993 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 14, 2026, the 99 Cents Creditors' Liquidating Trust (the "Trust"), formed pursuant to the confirmed *Joint Chapter 11 Plan of Number Holdings, Inc., and its Debtor Affiliates* [Docket No. 1733] (the "Plan"), filed the *Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order (I) Approving a Settlement Regarding Certain Proceeds Payable Under Affiliated FM Insurance Company Number 1121993 Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, be filed by **September 28, 2026 at 4:00 p.m. (Eastern Time)**, and shall be filed and served on (a) the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (b) counsel to the Trust, Pachulski Stang Ziehl & Jones LLP Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com), Peter J. Keane, Esq. (pkeane@pszjlaw.com), Shirley S. Cho (scho@pszjlaw.com), and Jason S. Pomerantz (jspomerantz@pszjlaw.com); and (c) and the Office of the United States Trustee Attn: Rosa Sierra-Fox, Esq. (rosa.sierra-fox@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider such Objection and any responses related thereto (the "Hearing") will be held on **October 14, 2026 at 3:30 pm (Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) contacting the undersigned counsel. Note that a PACER password is needed to access documents on the Court's website.

Dated: September 14, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market St, 17th Floor,
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

Jason S. Pomerantz (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jspomerantz@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*