**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 CENTS ONLY STORES, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING STIPULATION BY AND BETWEEN THE 99 CENTS CREDITORS' LIQUIDATING TRUST AND SAFETY NATIONAL CASUALTY CORPORATION AUTHORIZING ACCESS TO EMPLOYEE DATA HELD BY A THIRD-PARTY VENDOR**

The undersigned counsel hereby certifies that:

1. The 99 Cents Creditors' Liquidating Trust (the "Trust") and Safety National Casualty Corporation ("Safety National") and, together with the, together, the "Parties") have entered into that certain *Stipulation By and Between the 99 Cents Creditors' Liquidating Trust and Safety National Casualty Corporation Authorizing Access to Employee Data Held by a Third-Party Vendor* (the "Stipulation").

2. A proposed order approving the Stipulation is attached hereto as **Exhibit A**. The Stipulation is attached as Exhibit 1 to the proposed order.

3. The Parties respectfully request entry of the proposed order at the Court's earliest convenience.

[1] The Post-Confirmation Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors LLC, 3 World Trade Center, 175 Greenwich Street, 67th Floor, New York, NY 10007.

Dated: September 21, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
mseidl@pszjlaw.com
pkeane@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust and Plan Administrator*