**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 99 Cents Only Stores LLC, | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | **Re: Docket No. 465, 470** |

**JOINDER OF 99 CENTS CREDITORS' LIQUIDATING TRUST TO OBJECTION OF SAFETY NATIONAL CASUALTY CORPORATION AS TO MOTION OF OLGA NUNEZ FOR RELIEF FROM THE AUTOMATIC STAY, THE PLAN INJUNCTION AND THIS COURT'S ORDER OF DECEMBER 5, 2025**

The 99 Cents Creditors' Liquidating Trust (the "Trust") joins (this "Joinder") in the *Objection of Safety National Casualty Corporation as to Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Court's Order of December 5, 2025* [Docket No. 470] (the "Objection") filed by Safety National Casualty Corporation ("Safety National") in response to the *Motion of Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and this Court's Order of December 5, 2025* [Docket No. 465] (the "Motion").

**JOINDER**

The Trust joins in the arguments by Safety National to the Motion and, for the reasons set forth in the Objection, the Trust respectfully requests that the Motion be denied, or in the alternative, that any relief ordered on the Motion reserve rights as described in the Objection.

---

1 The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is c/o META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Dated: October 1, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*