**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2026 AT 3:30 P.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in person. All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom. Please refer to Judge Stickles's Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTER RESOLVED BY CNO:**

1. Motion of the 99 Cents Creditors Liquidating Trust for Entry of an Order (I) Approving a Settlement Regarding Certain Proceeds Payable Under Affiliated FM Insurance Company Number 1121993 Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief [Filed: 9/14/2026] (Docket No. 476)

   **Objection Deadline**: September 28, 2026 at 4:00 p.m. (ET).

   **Responses Received**: None

   **Related Documents**:

   (a) Certification of No Objection Regarding Motion of the 99 Cents Creditors Liquidating Trust for Entry of an Order (I) Approving a Settlement Regarding

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

Certain Proceeds Payable Under Affiliated FM Insurance Company Number 1121993 Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief [Filed: 9/29/2026] (Docket No. 482).

**Status**: A certificate of no objection has been filed with respect to this matter and a proposed form of order has been uploaded. No hearing on this matter is necessary unless the Court has questions.

**MATTER GOING FORWARD**

2. Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Courts Order of December 5, 2025 [Filed: 8/27/2026] (Docket No. 465).

**Objection Deadline**: September 4, 2026 at 4:00 p.m. (ET).

**Responses Received**:

(a) Objection of Safety National Casualty Corporation as to Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Courts Order of December 5, 2025 [Filed: 9/4/2026] (Docket No. 470).

**Related Documents**:

(a) Reply in Support of Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Courts Order of December 5, 2025 [Filed: 9/11/2026] (Docket No. 474).

(b) Joinder of 99 Cents Creditors' Liquidating Trust to Objection of Safety National Casualty Corporation as to Motion of Olga Nunez for Relief From the Automatic Stay, the Plan Injunction and This Courts Order of December 5, 2025 [Filed: 10/1/2026] (Docket No. 483).

**Status**: This matter will go forward.

Dated: October 9, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
mseidl@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*