**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| 99 Cents Only Stores LLC, | ) | Case No. 24-10721 (JKS) |
| Post-Confirmation Debtor.[1] | ) | |
| | ) | **Hearing Date: October 14, 2026 at 3:30 p.m.** |

**MOVANT'S EXHIBITS WITH RESPECT TO THE MOTION OF OLGA NUNEZ FOR RELIEF FROM THE AUTOMATIC STAY, THE PLAN INJUNCTION AND THE COURT'S ORDER OF DECEMBER 5, 2025**

Pursuant to the Court's Chambers Procedures C.1.g., following are the hearing exhibits for movant Olga Nunez with respect to the *Motion for Olga Nunez for Relief from the Automatic Stay, the Plan Injunction and the Court's Order of December 5, 2025* (D.I. 465)

1. *Summons and Complaint* initiating action 23AVCV01022 in the California Superior Court, Los Angeles County (filed 9/11/2023).

2. *Notice of Deadlines for Filing Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code and Other Administrative Claims* (D.I. 793; filed 5/24/2024).

3. Proof of Claim #2524 of Olga Nunez filed 10/9/2024 for $1,000,000.00.

4. *Findings of Fact, Conclusions of Law, and Order, Approving the Disclosure Statement on a Final Basis, Confirming the Joint Chapter 11 Plan of Number Holdings, Inc., and Its Debtor Affiliates, and Granting Related Relief* (D.I. 1733; filed 1/24/2025) including the *Joint*

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 1000.

*Chapter 11 Plan of Number Holdings, Inc., and its Debtor Affiliates, and Granting Related Relief.*

5. *Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims* (D.I. 200; filed 10/22/2025).

6. Certificate of Service (D.I. 203; filed 10/22/2025)

7. *Order Granting Motion of the 99 Cents Creditors' Liquidating Trust for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), Authorizing (I) Fixing Certain Personal Injury Claims Pursuant to the Plan, and (II) Lifting the Plan Injunction to Allow Certain Personal Injury Claimants to Liquidate Claims* (D.I. 284; filed 12/5/2025).

8. *Order Sustaining the 99 Cents Creditors' Liquidating Trust's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Late Filed Personal Injury Claims)* (D.I. 282; filed 12/5/2025).

9. *Declaration of Defense Counsel Re Bankruptcy Status and Request for Dismissal* (Exhibit "A" to Motion filed 8/27/2026, D.I. 465-1).

10. Memorandum Opinion in Chan (D.I. 365; filed 3/6/2026).

11. *Memorandum Opinion* dated September 30, 2026 in *In re Rental Car Intermediate Holdings, LLC*, C.A. No. 25-1387 (MN).

12. Transcript of September 9, 2019 hearing *In re MAC Holdings*, LLC, Case No. 17-12226 (MFW) (D.I. 217; filed 12/11/2019).

DATED: October 12, 2026

*<u>/s/ Christopher D. Loizides</u>*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800

Wilmington, DE 19801
Telephone: (302) 654-0248
Email: loizides@loizides.com

*Counsel for Olga Nunez*