**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 18, 2026 AT 1:30 P.M.**
**(EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**
**AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET**
**STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED AT THE COURT'S REQUEST. NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTER:**

1. Creditor's Motion for an Order Modifying the Plan Injunction and Granting Related Relief [Filed: October 2, 2026, 2026; Docket No. 485]

   **Objection Deadline**: October 19, 2026, at 4:00 p.m. (ET).

   **Responses Received**:

   (a) Reservation of Rights and Limited Objection of Safety National Casualty Corporation as to Creditor's Motion for an Order Modifying the Plan Injunction and Granting Related Relief [Filed October 20, 2026; Docket No. 501].

   **Related Documents**:

   (a) Certification of Counsel Regarding Revised Proposed Order Modifying the Plan Injunction and Granting Related Relief [Filed October 22, 2026; Docket No. 502]

   (b) [Signed] Order Modifying the Plan Injunction and Granting Related Relief [Filed: October 26, 2026; Docket No. 505]

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

**Status**: An order has been entered resolving this matter. No hearing is necessary.

Dated: November 16, 2026

**PACHULSKI STANG ZIEHL JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No, 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
mseidl@pszjlaw.com
pkeane@pszjlaw.com

-and-

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
Jason S. Pomerantz (admitted *pro hac vice*)
1700 Broadway 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
blevine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel for the 99 Cents Creditors' Liquidating Trust*