**SCHEDULE 1 – NO LIABILITY CLAIMS**

| Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|
| CP Wood, LLC<br>Ringstad & Sanders LLP<br>c/o Todd C. Ringstad<br>4910 Birch Street, Suite 120<br>Newport Beach, CA 92660 | 99 Cents Only Stores LLC | 07.08.24 | 1672 | 503(b)(9): $Unliquidated<br>Other Administrative: $Unliquidated<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $Unliquidated | The Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, while there are attachments to the Proof of Claim, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |
| Sierra Fontana 99, LLC<br>Ringstad & Sanders LLP<br>c/o Todd C. Ringstad<br>4910 Birch Street<br>Suite 120<br>Newport Beach , CA 92660 | 99 Cents Only Stores LLC | 07.08.24 | 1861 | 503(b)(9): $Unliquidated<br>Other Administrative: $Unliquidated<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $Unliquidated | The Trust has determined that there are no amounts owed to this claimant and cannot ascertain a basis for the Claim. Moreover, while there are attachments to the Proof of Claim, the Proof of Claim does not attach or include sufficient information or documentation to constitute *prima facie* evidence of a valid Claim or to enable the Trust to assess the validity of the amount asserted or the allegation(s) set forth in the basis for claim section of the Claim. |